# EXHIBIT 7
# FDA BLA
# Approval Ltr



Our STN:  BL 125742/0 **BLA APPROVAL**

BioNTech Manufacturing GmbH August 23, 2021
Attention:  Amit Patel
Pfizer Inc.
235 East 42nd Street
New York, NY 10017

Dear Mr. Patel:

Please refer to your Biologics License Application (BLA) submitted and received on May 18, 2021, under section 351(a) of the Public Health Service Act (PHS Act) for COVID-19 Vaccine, mRNA.

**LICENSING**

We are issuing Department of Health and Human Services U.S. License No. 2229 to BioNTech Manufacturing GmbH, Mainz, Germany, under the provisions of section 351(a) of the PHS Act controlling the manufacture and sale of biological products.  The license authorizes you to introduce or deliver for introduction into interstate commerce, those products for which your company has demonstrated compliance with establishment and product standards.

Under this license, you are authorized to manufacture the product, COVID-19 Vaccine, mRNA, which is indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

The review of this product was associated with the following National Clinical Trial (NCT) numbers:  NCT04368728 and NCT04380701.

**MANUFACTURING LOCATIONS**

Under this license, you are approved to manufacture COVID-19 Vaccine, mRNA drug substance at Wyeth BioPharma Division of Wyeth Pharmaceuticals LLC, 1 Burtt Road, Andover, Massachusetts.  The final formulated product will be manufactured, filled, labeled and packaged at Pfizer Manufacturing Belgium NV, Rijksweg 12, Puurs, Belgium and at Pharmacia & Upjohn Company LLC, 7000 Portage Road, Kalamazoo, Michigan.  The diluent, 0.9% Sodium Chloride Injection, USP, will be manufactured at Hospira, Inc., (b) (4)                                     and at Fresenius Kabi USA, LLC, (b) (4)                              .

Page 2 – STN BL 125742/0 – Elisa Harkins

You may label your product with the proprietary name, COMIRNATY, and market it in 2.0 mL glass vials, in packages of 25 and 195 vials.

We did not refer your application to the Vaccines and Related Biological Products Advisory Committee because our review of information submitted in your BLA, including the clinical study design and trial results, did not raise concerns or controversial issues that would have benefited from an advisory committee discussion.

## DATING PERIOD

The dating period for COVID-19 Vaccine, mRNA shall be 9 months from the date of manufacture when stored between -90ºC to -60ºC (-130ºF to -76ºF).  The date of manufacture shall be no later than the date of final sterile filtration of the formulated drug product (at Pharmacia & Upjohn Company LLC in Kalamazoo, Michigan, the date of manufacture is defined as the date of sterile filtration for the final drug product; at Pfizer Manufacturing Belgium NV in Puurs, Belgium, it is defined as the date of the (b) (4)          Following the final sterile filtration, (b) (4)                                    , no reprocessing/reworking is allowed without prior approval from the Agency.  The dating period for your drug substance shall be (b) (4)   when stored at (b) (4)        We have approved the stability protocols in your license application for the purpose of extending the expiration dating period of your drug substance and drug product under 21 CFR 601.12.

## FDA LOT RELEASE

Please submit final container samples of the product in final containers together with protocols showing results of all applicable tests.  You may not distribute any lots of product until you receive a notification of release from the Director, Center for Biologics Evaluation and Research (CBER).

## BIOLOGICAL PRODUCT DEVIATIONS

You must submit reports of biological product deviations under 21 CFR 600.14.  You should identify and investigate all manufacturing deviations promptly, including those associated with processing, testing, packaging, labeling, storage, holding and distribution.  If the deviation involves a distributed product, may affect the safety, purity, or potency of the product, and meets the other criteria in the regulation, you must submit a report on Form FDA 3486 to the Director, Office of Compliance and Biologics Quality, electronically through the eBPDR web application or at the address below.  Links for the instructions on completing the electronic form (eBPDR) may be found on CBER's web site at https://www.fda.gov/vaccines-blood-biologics/report-problem-center-biologics-evaluation-research/biological-product-deviations:

        Food and Drug Administration
        Center for Biologics Evaluation and Research
        Document Control Center

Page 3 – STN BL 125742/0 – Elisa Harkins

10903 New Hampshire Ave.
WO71-G112
Silver Spring, MD 20993-0002

## MANUFACTURING CHANGES

You must submit information to your BLA for our review and written approval under 21 CFR 601.12 for any changes in, including but not limited to, the manufacturing, testing, packaging or labeling of COVID-19 Vaccine, mRNA, or in the manufacturing facilities.

## LABELING

We hereby approve the draft content of labeling including Package Insert, submitted under amendment 74, dated August 21, 2021, and the draft carton and container labels submitted under amendment 63, dated August 19, 2021.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, please submit the final content of labeling (21 CFR 601.14) in Structured Product Labeling (SPL) format via the FDA automated drug registration and listing system, (eLIST) as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the Package Insert submitted on August 21, 2021.  Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As* at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND CONTAINER LABELS

Please electronically submit final printed carton and container labels identical to the carton and container labels submitted on August 19, 2021, according to the guidance for industry *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications* at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-regulatory-submissions-electronic-format-certain-human-pharmaceutical-product-applications.

All final labeling should be submitted as Product Correspondence to this BLA STN BL 125742 at the time of use and include implementation information on Form FDA 356h.

## ADVERTISING AND PROMOTIONAL LABELING

Page 4 – STN BL 125742/0 – Elisa Harkins

You may submit two draft copies of the proposed introductory advertising and promotional labeling with Form FDA 2253 to the Advertising and Promotional Labeling Branch at the following address:

> Food and Drug Administration
> Center for Biologics Evaluation and Research
> Document Control Center
> 10903 New Hampshire Ave.
> WO71-G112
> Silver Spring, MD 20993-0002

You must submit copies of your final advertising and promotional labeling at the time of initial dissemination or publication, accompanied by Form FDA 2253 (21 CFR 601.12(f)(4)).

All promotional claims must be consistent with and not contrary to approved labeling. You should not make a comparative promotional claim or claim of superiority over other products unless you have substantial evidence or substantial clinical experience to support such claims (21 CFR 202.1(e)(6)).

**ADVERSE EVENT REPORTING**

You must submit adverse experience reports in accordance with the adverse experience reporting requirements for licensed biological products (21 CFR 600.80), and you must submit distribution reports at monthly intervals as described in 21 CFR 600.81.  For information on adverse experience reporting, please refer to the guidance for industry *Providing Submissions in Electronic Format —Postmarketing Safety Reports for Vaccines* at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-submissions-electronic-format-postmarketing-safety-reports-vaccines.  For information on distribution reporting, please refer to the guidance for industry *Electronic Submission of Lot Distribution Reports* at http://www.fda.gov/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Post-MarketActivities/LotReleases/ucm061966.htm.

**PEDIATRIC REQUIREMENTS**

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are deferring submission of your pediatric studies for ages younger than 16 years for this application because this product is ready for approval for use in individuals 16 years of age and older, and the pediatric studies for younger ages have not been completed.

Page 5 – STN BL 125742/0 – Elisa Harkins

Your deferred pediatric studies required under section 505B(a) of the Federal Food, Drug, and Cosmetic Act (FDCA) are required postmarketing studies. The status of these postmarketing studies must be reported according to 21 CFR 601.28 and section 505B(a)(4)(C) of the FDCA. In addition, section 506B of the FDCA and 21 CFR 601.70 require you to report annually on the status of any postmarketing commitments or required studies or clinical trials.

Label your annual report as an "**Annual Status Report of Postmarketing Study Requirement/Commitments**" and submit it to the FDA each year within 60 calendar days of the anniversary date of this letter until all Requirements and Commitments subject to the reporting requirements under section 506B of the FDCA are released or fulfilled. These required studies are listed below:

1. Deferred pediatric Study C4591001 to evaluate the safety and effectiveness of COMIRNATY in children 12 years through 15 years of age.

   Final Protocol Submission: October 7, 2020

   Study Completion: May 31, 2023

   Final Report Submission: October 31, 2023

2. Deferred pediatric Study C4591007 to evaluate the safety and effectiveness of COMIRNATY in infants and children 6 months to <12 years of age.

   Final Protocol Submission: February 8, 2021

   Study Completion: November 30, 2023

   Final Report Submission: May 31, 2024

3. Deferred pediatric Study C4591023 to evaluate the safety and effectiveness of COMIRNATY in infants <6 months of age.

   Final Protocol Submission: January 31, 2022

   Study Completion: July 31, 2024

   Final Report Submission: October 31, 2024

Submit the protocols to your IND 19736, with a cross-reference letter to this BLA STN BL 125742 explaining that these protocols were submitted to the IND. Please refer to the PMR sequential number for each study/clinical trial and the submission number as shown in this letter.
Submit final study reports to this BLA STN BL 125742. In order for your PREA PMRs to be considered fulfilled, you must submit and receive approval of an efficacy or a labeling

Page 6 – STN BL 125742/0 – Elisa Harkins

supplement.  For administrative purposes, all submissions related to these required pediatric postmarketing studies must be clearly designated as:

- **Required Pediatric Assessment(s)**

We note that you have fulfilled the pediatric study requirement for ages 16 through 17 years for this application.

## POSTMARKETING REQUIREMENTS UNDER SECTION 505(o)

Section 505(o) of the Federal Food, Drug, and Cosmetic Act (FDCA) authorizes FDA to require holders of approved drug and biological product applications to conduct postmarketing studies and clinical trials for certain purposes, if FDA makes certain findings required by the statute (section 505(o)(3)(A), 21 U.S.C. 355(o)(3)(A)).

We have determined that an analysis of spontaneous postmarketing adverse events reported under section 505(k)(1) of the FDCA will not be sufficient to assess known serious risks of myocarditis and pericarditis and identify an unexpected serious risk of subclinical myocarditis.

Furthermore, the pharmacovigilance system that FDA is required to maintain under section 505(k)(3) of the FDCA is not sufficient to assess these serious risks.

Therefore, based on appropriate scientific data, we have determined that you are required to conduct the following studies:

4. Study C4591009, entitled "A Non-Interventional Post-Approval Safety Study of the Pfizer-BioNTech COVID-19 mRNA Vaccine in the United States," to evaluate the occurrence of myocarditis and pericarditis following administration of COMIRNATY.

   We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this study according to the following schedule:

   Final Protocol Submission:  August 31, 2021

   Monitoring Report Submission:  October 31, 2022

   Interim Report Submission:  October 31, 2023

   Study Completion:  June 30, 2025

   Final Report Submission:  October 31, 2025

5. Study C4591021, entitled "Post Conditional Approval Active Surveillance Study Among Individuals in Europe Receiving the Pfizer-BioNTech Coronavirus

Disease 2019 (COVID-19) Vaccine," to evaluate the occurrence of myocarditis and pericarditis following administration of COMIRNATY.

We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this study according to the following schedule:

Final Protocol Submission:  August 11, 2021

Progress Report Submission:  September 30, 2021

Interim Report 1 Submission:  March 31, 2022

Interim Report 2 Submission:  September 30, 2022

Interim Report 3 Submission:  March 31, 2023

Interim Report 4 Submission:  September 30, 2023

Interim Report 5 Submission:  March 31, 2024

Study Completion:  March 31, 2024

Final Report Submission:  September 30, 2024

6. Study C4591021 substudy to describe the natural history of myocarditis and pericarditis following administration of COMIRNATY.

We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this study according to the following schedule:

Final Protocol Submission:  January 31, 2022

Study Completion:  March 31, 2024

Final Report Submission:  September 30, 2024

7. Study C4591036, a prospective cohort study with at least 5 years of follow-up for potential long-term sequelae of myocarditis after vaccination (in collaboration with Pediatric Heart Network).

We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this study according to the following schedule:

Final Protocol Submission:  November 30, 2021

Study Completion:  December 31, 2026

Page 8 – STN BL 125742/0 – Elisa Harkins

Final Report Submission:  May 31, 2027

8. Study C4591007 substudy to prospectively assess the incidence of subclinical myocarditis following administration of the second dose of COMIRNATY in a subset of participants 5 through 15 years of age.

We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this assessment according to the following schedule:

Final Protocol Submission:  September 30, 2021

Study Completion:  November 30, 2023

Final Report Submission:  May 31, 2024

9. Study C4591031 substudy to prospectively assess the incidence of subclinical myocarditis following administration of a third dose of COMIRNATY in a subset of participants 16 to 30 years of age.

We acknowledge the timetable you submitted on August 21, 2021, which states that you will conduct this study according to the following schedule:

Final Protocol Submission:  November 30, 2021

Study Completion:  June 30, 2022

Final Report Submission:  December 31, 2022

Please submit the protocols to your IND 19736, with a cross-reference letter to this BLA STN BL 125742 explaining that these protocols were submitted to the IND.  Please refer to the PMR sequential number for each study/clinical trial and the submission number as shown in this letter.

Please submit final study reports to the BLA.  If the information in the final study report supports a change in the label, the final study report must be submitted as a supplement to this BLA STN BL 125742.  For administrative purposes, all submissions related to these postmarketing studies required under section 505(o) must be submitted to this BLA and be clearly designated as:

- **Required Postmarketing Correspondence under Section 505(o)**
- **Required Postmarketing Final Report under Section 505(o)**
- **Supplement contains Required Postmarketing Final Report under Section 505(o)**

Section 505(o)(3)(E)(ii) of the FDCA requires you to report periodically on the status of any study or clinical trial required under this section.  This section also requires you to periodically report to FDA on the status of any study or clinical trial otherwise

Page 9 – STN BL 125742/0 – Elisa Harkins

undertaken to investigate a safety issue.  In addition, section 506B of the FDCA and 21 CFR 601.70 require you to report annually on the status of any postmarketing commitments or required studies or clinical trials.

You must describe the status in an annual report on postmarketing studies for this product.  Label your annual report as an **Annual Status Report of Postmarketing Requirements/Commitments** and submit it to the FDA each year within 60 calendar days of the anniversary date of this letter until all Requirements and Commitments subject to the reporting requirements of section 506B of the FDCA are fulfilled or released.  The status report for each study should include:

- the sequential number for each study as shown in this letter;
- information to identify and describe the postmarketing requirement;
- the original milestone schedule for the requirement;
- the revised milestone schedule for the requirement, if appropriate;
- the current status of the requirement (i.e., pending, ongoing, delayed, terminated, or submitted); and,
- an explanation of the status for the study or clinical trial.  The explanation should include how the study is progressing in reference to the original projected schedule, including, the patient accrual rate (i.e., number enrolled to date and the total planned enrollment).

As described in 21 CFR 601.70(e), we may publicly disclose information regarding these postmarketing studies on our website at http://www.fda.gov/Drugs/Guidance ComplianceRegulatoryInformation/Post-marketingPhaseIVCommitments/default.htm.

We will consider the submission of your annual report under section 506B of the FDCA and 21 CFR 601.70 to satisfy the periodic reporting requirement under section 505(o)(3)(E)(ii) provided that you include the elements listed in section 505(o) and 21 CFR 601.70.  We remind you that to comply with section 505(o), your annual report must also include a report on the status of any study or clinical trial otherwise undertaken to investigate a safety issue.  Failure to periodically report on the status of studies or clinical trials required under section 505(o) may be a violation of FDCA section 505(o)(3)(E)(ii) and could result in regulatory action.

**POSTMARKETING COMMITMENTS SUBJECT TO REPORTING REQUIREMENTS UNDER SECTION 506B**

We acknowledge your written commitments as described in your letter of August 21, 2021 as outlined below:

10. Study C4591022, entitled "Pfizer-BioNTech COVID-19 Vaccine Exposure during Pregnancy: A Non-Interventional Post-Approval Safety Study of Pregnancy and Infant Outcomes in the Organization of Teratology Information Specialists (OTIS)/MotherToBaby Pregnancy Registry."

    Final Protocol Submission:  July 1, 2021

Page 10 – STN BL 125742/0 – Elisa Harkins

      Study Completion:  June 30, 2025

      Final Report Submission:  December 31, 2025

11. Study C4591007 substudy to evaluate the immunogenicity and safety of lower dose levels of COMIRNATY in individuals 12 through <30 years of age.

      Final Protocol Submission:  September 30, 2021

      Study Completion:  November 30, 2023

      Final Report Submission:  May 31, 2024

12. Study C4591012, entitled "Post-emergency Use Authorization Active Safety Surveillance Study Among Individuals in the Veteran's Affairs Health System Receiving Pfizer-BioNTech Coronavirus Disease 2019 (COVID-19) Vaccine."

      Final Protocol Submission:  January 29, 2021

      Study Completion:  June 30, 2023

      Final Report Submission:  December 31, 2023

13. Study C4591014, entitled "Pfizer-BioNTech COVID-19 BNT162b2 Vaccine Effectiveness Study - Kaiser Permanente Southern California."

      Final Protocol Submission:  March 22, 2021

      Study Completion:  December 31, 2022

      Final Report Submission:  June 30, 2023

Please submit clinical protocols to your IND 19736, and a cross-reference letter to this BLA STN BL 125742 explaining that these protocols were submitted to the IND.  Please refer to the PMC sequential number for each study/clinical trial and the submission number as shown in this letter.

If the information in the final study report supports a change in the label, the final study report must be submitted as a supplement.  Please use the following designators to prominently label all submissions, including supplements, relating to these postmarketing study commitments as appropriate:

- **Postmarketing Commitment – Correspondence Study Update**
- **Postmarketing Commitment – Final Study Report**
- **Supplement contains Postmarketing Commitment – Final Study Report**

Page 11 – STN BL 125742/0 – Elisa Harkins

For each postmarketing study subject to the reporting requirements of 21 CFR 601.70, you must describe the status in an annual report on postmarketing studies for this product.  Label your annual report as an **Annual Status Report of Postmarketing Requirements/Commitments** and submit it to the FDA each year within 60 calendar days of the anniversary date of this letter until all Requirements and Commitments subject to the reporting requirements of section 506B of the FDCA are fulfilled or released.  The status report for each study should include:

- the sequential number for each study as shown in this letter;
- information to identify and describe the postmarketing commitment;
- the original schedule for the commitment;
- the status of the commitment (i.e., pending, ongoing, delayed, terminated, or submitted); and,
- an explanation of the status including, for clinical studies, the patient accrual rate (i.e., number enrolled to date and the total planned enrollment).

As described in 21 CFR 601.70(e), we may publicly disclose information regarding these postmarketing studies on our website at http://www.fda.gov/Drugs/Guidance ComplianceRegulatoryInformation/Post-marketingPhaseIVCommitments/default.htm.

**POST APPROVAL FEEDBACK MEETING**

New biological products qualify for a post approval feedback meeting.  Such meetings are used to discuss the quality of the application and to evaluate the communication process during drug development and marketing application review.  The purpose is to learn from successful aspects of the review process and to identify areas that could benefit from improvement.  If you would like to have such a meeting with us, please contact the Regulatory Project Manager for this application.

Sincerely,


Mary A. Malarkey                          Marion F. Gruber, PhD
Director                                  Director
Office of Compliance                      Office of Vaccines
  and Biologics Quality                     Research and Review
Center for Biologics                      Center for Biologics
  Evaluation and Research                   Evaluation and Research

# EXHIBIT 8
# FDA EUA
# Pfizer Ltr



August 23, 2021

Pfizer Inc.
Attention:  Ms. Elisa Harkins
500 Arcola Road
Collegeville, PA  19426

Dear Ms. Harkins:

On February 4, 2020, pursuant to Section 564(b)(1)(C) of the Federal Food, Drug, and Cosmetic Act (the FD&C Act or the Act), the Secretary of the Department of Health and Human Services (HHS) determined that there is a public health emergency that has a significant potential to affect national security or the health and security of United States citizens living abroad, and that involves the virus that causes Coronavirus Disease 2019 (COVID-19).[1]  On the basis of such determination, the Secretary of HHS on March 27, 2020, declared that circumstances exist justifying the authorization of emergency use of drugs and biological products during the COVID-19 pandemic, pursuant to Section 564 of the Act (21 U.S.C. 360bbb-3), subject to terms of any authorization issued under that section.[2]

On December 11, 2020, the Food and Drug Administration (FDA) issued an Emergency Use Authorization (EUA) for emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19 for individuals 16 years of age and older pursuant to Section 564 of the Act.  FDA reissued the letter of authorization on: December 23, 2020,[3] February 25, 2021,[4] May

---

[1] U.S. Department of Health and Human Services, Determination of a Public Health Emergency and Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564(b) of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3. February 4, 2020.

[2] U.S. Department of Health and Human Services, *Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564(b) of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3*, 85 FR 18250 (April 1, 2020).

[3] In the December 23, 2020 revision, FDA removed reference to the number of doses per vial after dilution from the letter of authorization, clarified the instructions for vaccination providers reporting to VAERS, and made other technical corrections.  FDA also revised the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) to clarify the number of doses of vaccine per vial after dilution and the instructions for reporting to VAERS. In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) and the Fact Sheet for Recipients and Caregivers were revised to include additional information on safety monitoring and to clarify information about the availability of other COVID-19 vaccines.

[4] In the February 25, 2021 revision, FDA allowed flexibility on the date of submission of monthly periodic safety reports and revised the requirements for reporting of vaccine administration errors by Pfizer Inc. The Fact Sheet for Health Care Providers Administering Vaccine (Vaccination Providers) was revised to provide an update to the storage and transportation temperature for frozen vials, direct the provider to the correct CDC website for information on monitoring vaccine recipients for the occurrence of immediate adverse reactions, to include data from a developmental toxicity study, and add adverse reactions that have been identified during post authorization use.  The Fact Sheet for Recipients and Caregivers was revised to add adverse reactions that have been identified during post authorization use.

Page 2 – Pfizer Inc.

10, 2021,[5] June 25, 2021,[6] and August 12, 2021.[7]

On August 23, 2021, FDA approved the biologics license application (BLA) submitted by BioNTech Manufacturing GmbH for COMIRNATY (COVID-19 Vaccine, mRNA) for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.

On August 23, 2021, having concluded that revising this EUA is appropriate to protect the public health or safety under section 564(g)(2) of the Act, FDA is reissuing the August 12, 2021 letter of authorization in its entirety with revisions incorporated to clarify that the EUA will remain in place for the Pfizer-BioNTech COVID-19 vaccine for the previously-authorized indication and uses, and to authorize use of COMIRNATY (COVID-19 Vaccine, mRNA) under this EUA for certain uses that are not included in the approved BLA.  In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) was revised to provide updates on expiration dating of the authorized Pfizer-BioNTech COVID-19 Vaccine and to update language regarding warnings and precautions related to myocarditis and pericarditis.  The Fact Sheet for Recipients and Caregivers was updated as the Vaccine Information Fact Sheet for Recipients and Caregivers, which comprises the Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and information about the FDA-licensed vaccine, COMIRNATY (COVID-19 Vaccine, mRNA).

Pfizer-BioNTech COVID-19 Vaccine contains a nucleoside-modified messenger RNA (modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2 formulated in lipid particles.  COMIRNATY (COVID-19 Vaccine, mRNA) is the same formulation as the Pfizer-BioNTech COVID-19 Vaccine and can be used interchangeably with the Pfizer-BioNTech COVID-19 Vaccine to provide the COVID-19 vaccination series.[8]

---

[5] In the May 10, 2021 revision, FDA authorized Pfizer-BioNTech Vaccine for the prevention of COVID-19 in individuals 12 through 15 years of age, as well as for individuals 16 years of age and older.  In addition, FDA revised the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) to include the following Warning: "Syncope (fainting) may occur in association with administration of injectable vaccines, in particular in  adolescents. Procedures should be in place to avoid injury from fainting."  In addition, the Fact Sheet for Recipients and Caregivers was revised to instruct vaccine recipients or their caregivers to tell the vaccination provider about fainting in association with a previous injection.

[6] In the June 25, 2021 revision, FDA clarified terms and conditions that relate to export of Pfizer-BioNTech COVID-19 Vaccine from the United States.  In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) was revised to include a Warning about myocarditis and pericarditis following administration of the Pfizer-BioNTech COVID-19 Vaccine.  The Fact Sheet for Recipients and Caregivers was updated to include information about myocarditis and pericarditis following administration of the Pfizer-BioNTech COVID-19 Vaccine.

[7] In the August 12, 2021 revision, FDA authorized a third dose of the Pfizer-BioNTech COVID-19 Vaccine administered at least 28 days following the two dose regimen of this vaccine in individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

[8] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Page 3 – Pfizer Inc.

For the December 11, 2020 authorization for individuals 16 years of age and older, FDA reviewed safety and efficacy data from an ongoing phase 1/2/3 trial in approximately 44,000 participants randomized 1:1 to receive Pfizer-BioNTech COVID-19 Vaccine or saline control. The trial has enrolled participants 12 years of age and older.  FDA's review at that time considered the safety and effectiveness data as they relate to the request for emergency use authorization in individuals 16 years of age and older.  FDA's review of the available safety data from 37,586 of the participants 16 years of age and older, who were followed for a median of two months after receiving the second dose, did not identify specific safety concerns that would preclude issuance of an EUA.  FDA's analysis of the available efficacy data from 36,523 participants 12 years of age and older without evidence of SARS-CoV-2 infection prior to 7 days after dose 2 confirmed the vaccine was 95% effective (95% credible interval 90.3, 97.6) in preventing COVID-19 occurring at least 7 days after the second dose (with 8 COVID-19 cases in the vaccine group compared to 162 COVID-19 cases in the placebo group).  Based on these data, and review of manufacturing information regarding product quality and consistency, FDA concluded that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective.  Additionally, FDA determined it is reasonable to conclude, based on the totality of the scientific evidence available, that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine, for the prevention of COVID-19 in individuals 16 years of age and older.  Finally, on December 10, 2020, the Vaccines and Related Biological Products Advisory Committee voted in agreement with this conclusion.

For the May 10, 2021 authorization for individuals 12 through 15 years of age, FDA reviewed safety and effectiveness data from the above-referenced, ongoing Phase 1/2/3 trial that has enrolled approximately 46,000 participants, including 2,260 participants 12 through 15 years of age.  Trial participants were randomized 1:1 to receive Pfizer-BioNTech COVID-19 Vaccine or saline control.  FDA's review of the available safety data from 2,260 participants 12 through 15 years of age, who were followed for a median of 2 months after receiving the second dose, did not identify specific safety concerns that would preclude issuance of an EUA.  FDA's analysis of SARS-CoV-2 50% neutralizing antibody titers 1 month after the second dose of Pfizer-BioNTech COVID-19 Vaccine in a subset of participants who had no serological or virological evidence of past SARS-CoV-2 infection confirm the geometric mean antibody titer in participants 12 through 15 years of age was non-inferior to the geometric mean antibody titer in participants 16 through 25 years of age.  FDA's analysis of available descriptive efficacy data from 1,983 participants 12 through 15 years of age without evidence of SARS-CoV-2 infection prior to 7 days after dose 2 confirm that the vaccine was 100% effective (95% confidence interval 75.3, 100.0) in preventing COVID-19 occurring at least 7 days after the second dose (with no COVID-19 cases in the vaccine group compared to 16 COVID-19 cases in the placebo group).  Based on these data, FDA concluded that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in individuals 12 through 15 years of age. Additionally, FDA determined it is reasonable to conclude, based on the totality of the scientific evidence available, that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine, for the prevention of COVID-19 in individuals 12 through 15 years of age.

Page 4 – Pfizer Inc.

For the August 12, 2021 authorization of a third dose of the Pfizer-BioNTech COVID-19 Vaccine in individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise, FDA reviewed safety and effectiveness data reported in two manuscripts on solid organ transplant recipients.  The first study was a single arm study conducted in 101 individuals who had undergone various solid organ transplant procedures (heart, kidney, liver, lung, pancreas) a median of 97±8 months earlier.  A third dose of the Pfizer-BioNTech COVID-19 Vaccine was administered to 99 of these individuals approximately 2 months after they had received a second dose.  Levels of total SARS-CoV-2 binding antibodies meeting the pre-specified criteria for success occurred four weeks after the third dose in 26/59 (44.0%) of those who were initially considered to be seronegative and received a third dose of the Pfizer-BioNTech COVID-19 Vaccine; 67/99 (68%) of the entire group receiving a third vaccination were subsequently considered to have levels of antibodies indicative of a significant response.  In those who received a third vaccine dose, the adverse event profile was similar to that after the second dose and no grade 3 or grade 4 events were reported.  A supportive secondary study describes a double-blind, randomized-controlled study conducted in 120 individuals who had undergone various solid organ transplant procedures (heart, kidney, kidney-pancreas, liver, lung, pancreas) a median of 3.57 years earlier (range 1.99-6.75 years).  A third dose of a similar mRNA vaccine (the Moderna COVID-19 vaccine) was administered to 60 individuals approximately 2 months after they had received a second dose (i.e., doses at 0, 1 and 3 months); saline placebo was given to 60 individuals or comparison.  The primary outcome was anti-RBD antibody at 4 months greater than 100 U/mL.  This titer was selected based on NHP challenge studies as well as a large clinical cohort study to indicate this antibody titer was  protective.  Secondary outcomes were based on a virus neutralization assay and polyfunctional T cell responses.  Baseline characteristics were comparable between the two study arms as were pre-intervention anti-RBD titer and neutralizing antibodies.  Levels of total SARS-CoV-2 binding antibodies indicative of a significant response occurred four weeks after the third dose in 33/60 (55.0%) of the Moderna COVID-19 vaccinated group and 10/57 (17.5%) of the placebo individuals.  In the 60 individuals who received a third vaccine dose, the adverse event profile was similar to that after the second dose and no grade 3 or grade 4 adverse events were reported. Despite the moderate enhancement in antibody titers, the totality of data (i.e., supportive paper by Hall et al. demonstrated efficacy of the product in the elderly and persons with co-morbidities) supports the conclusion that a third dose of the Pfizer-BioNTech COVID-19 vaccine may be effective in this population, and that the known and potential benefits of a third dose of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine for immunocompromised individuals at least 12 years of age who have received two doses of the Pfizer-BioNTech COVID-19 Vaccine and who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

Having concluded that the criteria for issuance of this authorization under Section 564(c) of the Act are met, I am authorizing the emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19, as described in the Scope of Authorization section of this letter (Section II) and subject to the terms of this authorization.  Additionally, as specified in subsection III.BB, I am authorizing use of COMIRNATY (COVID-19 Vaccine, mRNA) under this EUA when used to provide a two-dose regimen for individuals aged 12 through 15 years, or

Page 5 – Pfizer Inc.

to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

## I.     Criteria for Issuance of Authorization

I have concluded that the emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19 when administered as described in the Scope of Authorization (Section II) meets the criteria for issuance of an authorization under Section 564(c) of the Act, because:

A. SARS-CoV-2 can cause a serious or life-threatening disease or condition, including severe respiratory illness, to humans infected by this virus;

B. Based on the totality of scientific evidence available to FDA, it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in preventing COVID-19, and that, when used under the conditions described in this authorization, the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine when used to prevent COVID-19 outweigh its known and potential risks; and

C. There is no adequate, approved, and available[9] alternative to the emergency use of Pfizer-BioNTech COVID-19 Vaccine to prevent COVID-19.[10]

## II.     Scope of Authorization

I have concluded, pursuant to Section 564(d)(1) of the Act, that the scope of this authorization is limited as follows:

- Pfizer Inc. will supply Pfizer-BioNTech COVID-19 Vaccine either directly or through authorized distributor(s),[11] to emergency response stakeholders[12] as directed by the U.S.

---

[9] Although COMIRNATY (COVID-19 Vaccine, mRNA) is approved to prevent COVID-19 in individuals 16 years of age and older, there is not sufficient approved vaccine available for distribution to this population in its entirety at the time of reissuance of this EUA. Additionally, there are no products that are approved to prevent COVID-19 in individuals age 12 through 15, or that are approved to provide an additional dose to the immunocompromised population described in this EUA.

[10] No other criteria of issuance have been prescribed by regulation under Section 564(c)(4) of the Act.

[11] "Authorized Distributor(s)" are identified by Pfizer Inc. or, if applicable, by a U.S. government entity, such as the Centers for Disease Control and Prevention (CDC) and/or other designee, as an entity or entities allowed to distribute authorized Pfizer-BioNTech COVID-19 Vaccine.

[12] For purposes of this letter, "emergency response stakeholder" refers to a public health agency and its delegates that have legal responsibility and authority for responding to an incident, based on political or geographical boundary lines (e.g., city, county, tribal, territorial, State, or Federal), or functional (e.g., law enforcement or public health range) or sphere of authority to administer, deliver, or distribute vaccine in an emergency situation. In some cases (e.g., depending on a state or local jurisdiction's COVID-19 vaccination response organization and plans), there might be overlapping roles and responsibilities among "emergency response stakeholders" and "vaccination providers" (e.g., if a local health department is administering COVID-19 vaccines; if a pharmacy is acting in an

Page 6 – Pfizer Inc.

> government, including the Centers for Disease Control and Prevention (CDC) and/or other designee, for use consistent with the terms and conditions of this EUA;
> - The Pfizer-BioNTech COVID-19 Vaccine covered by this authorization will be administered by vaccination providers[13] and used only to prevent COVID-19 in individuals ages 12 and older; and
> - Pfizer-BioNTech COVID-19 Vaccine may be administered by a vaccination provider without an individual prescription for each vaccine recipient.

This authorization also covers the use of the licensed COMIRNATY (COVID-19 Vaccine, mRNA) product when used to provide a two-dose regimen for individuals aged 12 through 15 years, or to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

**Product Description**

The Pfizer-BioNTech COVID-19 Vaccine is supplied as a frozen suspension in multiple dose vials; each vial must be diluted with 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP prior to use to form the vaccine. The Pfizer-BioNTech COVID-19 Vaccine does not contain a preservative.

Each 0.3 mL dose of the Pfizer-BioNTech COVID-19 Vaccine contains 30 mcg of a nucleoside-modified messenger RNA (modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2. Each dose of the Pfizer-BioNTech COVID-19 Vaccine also includes the following ingredients: lipids (0.43 mg (4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 0.05 mg 2[(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 0.09 mg 1,2-distearoyl-sn-glycero-3-phosphocholine, and 0.2 mg cholesterol), 0.01 mg potassium chloride, 0.01 mg monobasic potassium phosphate, 0.36 mg sodium chloride, 0.07 mg dibasic sodium phosphate dihydrate, and 6 mg sucrose. The diluent (0.9% Sodium Chloride Injection) contributes an additional 2.16 mg sodium chloride per dose.

---

official capacity under the authority of the state health department to administer COVID-19 vaccines). In such cases, it is expected that the conditions of authorization that apply to emergency response stakeholders and vaccination providers will all be met.

[13] For purposes of this letter, "vaccination provider" refers to the facility, organization, or healthcare provider licensed or otherwise authorized by the emergency response stakeholder (e.g., non-physician healthcare professionals, such as nurses and pharmacists pursuant to state law under a standing order issued by the state health officer) to administer or provide vaccination services in accordance with the applicable emergency response stakeholder's official COVID-19 vaccination and emergency response plan(s) and who is enrolled in the CDC COVID-19 Vaccination Program. If the vaccine is exported from the United States, a "vaccination provider" is a provider that is authorized to administer this vaccine in accordance with the laws of the country in which it is administered. For purposes of this letter, "healthcare provider" also refers to a person authorized by the U.S. Department of Health and Human Services (e.g., under the PREP Act Declaration for Medical Countermeasures against COVID-19) to administer FDA-authorized COVID-19 vaccine (e.g., qualified pharmacy technicians and State-authorized pharmacy interns acting under the supervision of a qualified pharmacist). See, e.g., HHS. *Fourth Amendment to the Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19 and Republication of the Declaration*. 85 FR 79190 (December 9, 2020).

Page 7 – Pfizer Inc.

The dosing regimen is two doses of 0.3 mL each, 3 weeks apart.  A third dose may be administered at least 28 days following the second dose of the two dose regimen of this vaccine to individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

The manufacture of the authorized Pfizer-BioNTech COVID-19 Vaccine is limited to those facilities identified and agreed upon in Pfizer's request for authorization.

The Pfizer-BioNTech COVID-19 Vaccine vial label and carton labels are clearly marked for "Emergency Use Authorization." The Pfizer-BioNTech COVID-19 Vaccine is authorized to be distributed, stored, further redistributed, and administered by emergency response stakeholders when packaged in the authorized manufacturer packaging (i.e., vials and cartons), despite the fact that the vial and carton labels may not contain information that otherwise would be required under the FD&C Act.

Pfizer-BioNTech COVID-19 Vaccine is authorized for emergency use with the following product-specific information required to be made available to vaccination providers and recipients, respectively (referred to as "authorized labeling"):

- Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers): Emergency Use Authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19)

- Vaccine Information Fact Sheet for Recipients and Caregivers About COMIRNATY (COVID-19 Vaccine, mRNA) and Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease (COVID-19).

I have concluded, pursuant to Section 564(d)(2) of the Act, that it is reasonable to believe that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine, when used to prevent COVID-19 and used in accordance with this Scope of Authorization (Section II), outweigh its known and potential risks.

I have concluded, pursuant to Section 564(d)(3) of the Act, based on the totality of scientific evidence available to FDA, that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in preventing COVID-19 when used in accordance with this Scope of Authorization (Section II), pursuant to Section 564(c)(2)(A) of the Act.

Having reviewed the scientific information available to FDA, including the information supporting the conclusions described in Section I above, I have concluded that Pfizer-BioNTech COVID-19 Vaccine (as described in this Scope of Authorization (Section II)) meets the criteria set forth in Section 564(c) of the Act concerning safety and potential effectiveness.

The emergency use of Pfizer-BioNTech COVID-19 Vaccine under this EUA must be consistent with, and may not exceed, the terms of the Authorization, including the Scope of Authorization (Section II) and the Conditions of Authorization (Section III).  Subject to the terms of this EUA and

Page 8 – Pfizer Inc.

under the circumstances set forth in the Secretary of HHS's determination under Section 564(b)(1)(C) described above and the Secretary of HHS's corresponding declaration under Section 564(b)(1), Pfizer-BioNTech COVID-19 Vaccine is authorized to prevent COVID-19 in individuals 12 years of age and older as described in the Scope of Authorization (Section II) under this EUA, despite the fact that it does not meet certain requirements otherwise required by applicable federal law.

## III.   Conditions of Authorization

Pursuant to Section 564 of the Act, I am establishing the following conditions on this authorization:

Pfizer Inc. and Authorized Distributor(s)

A.   Pfizer Inc. and authorized distributor(s) will ensure that the authorized Pfizer-BioNTech COVID-19 Vaccine is distributed, as directed by the U.S. government, including CDC and/or other designee, and the authorized labeling (i.e., Fact Sheets) will be made available to vaccination providers, recipients, and caregivers consistent with the terms of this letter.

B.   Pfizer Inc. and authorized distributor(s) will ensure that appropriate storage and cold chain is maintained until delivered to emergency response stakeholders' receipt sites.

C.   Pfizer Inc. will ensure that the terms of this EUA are made available to all relevant stakeholders (e.g., emergency response stakeholders, authorized distributors, and vaccination providers) involved in distributing or receiving authorized Pfizer-BioNTech COVID-19 Vaccine.  Pfizer Inc. will provide to all relevant stakeholders a copy of this letter of authorization and communicate any subsequent amendments that might be made to this letter of authorization and its authorized labeling.

D.   Pfizer Inc. may develop and disseminate instructional and educational materials (e.g., video regarding vaccine handling, storage/cold-chain management, preparation, disposal) that are consistent with the authorized emergency use of the vaccine as described in the letter of authorization and authorized labeling, without FDA's review and concurrence, when necessary to meet public health needs during an emergency. Any instructional and educational materials that are inconsistent with the authorized labeling are prohibited.

E.   Pfizer Inc. may request changes to this authorization, including to the authorized Fact Sheets for the vaccine.  Any request for changes to this EUA must be submitted to Office of Vaccines Research and Review (OVRR)/Center for Biologics Evaluation and Research (CBER).  Such changes require appropriate authorization prior to implementation.[14]

---

[14] The following types of revisions may be authorized without reissuing this letter: (1) changes to the authorized labeling; (2) non-substantive editorial corrections to this letter; (3) new types of authorized labeling, including new fact sheets; (4) new carton/container labels; (5) expiration dating extensions; (6) changes to manufacturing

Page 9 – Pfizer Inc.

F.  Pfizer Inc. will report to Vaccine Adverse Event Reporting System (VAERS):
- Serious adverse events (irrespective of attribution to vaccination);
- Cases of Multisystem Inflammatory Syndrome in children and adults; and
- Cases of COVID-19 that result in hospitalization or death, that are reported to Pfizer Inc.

These reports should be submitted to VAERS as soon as possible but no later than 15 calendar days from initial receipt of the information by Pfizer Inc.

G.  Pfizer Inc. must submit to Investigational New Drug application (IND) number 19736 periodic safety reports at monthly intervals in accordance with a due date agreed upon with the Office of Biostatistics and Epidemiology (OBE)/CBER beginning after the first full calendar month after authorization.  Each periodic safety report is required to contain descriptive information which includes:
- A narrative summary and analysis of adverse events submitted during the reporting interval, including interval and cumulative counts by age groups, special populations (e.g., pregnant women), and adverse events of special interest;
- A narrative summary and analysis of vaccine administration errors, whether or not associated with an adverse event, that were identified since the last reporting interval;
- Newly identified safety concerns in the interval; and
- Actions taken since the last report because of adverse experiences (for example, changes made to Healthcare Providers Administering Vaccine (Vaccination Providers) Fact Sheet, changes made to studies or studies initiated).

H.  No changes will be implemented to the description of the product, manufacturing process, facilities, or equipment without notification to and concurrence by FDA.

I.  All manufacturing facilities will comply with Current Good Manufacturing Practice requirements.

J.  Pfizer Inc. will submit to the EUA file Certificates of Analysis (CoA) for each drug product lot at least 48 hours prior to vaccine distribution.  The CoA will include the established specifications and specific results for each quality control test performed on the final drug product lot.

K.  Pfizer Inc. will submit to the EUA file quarterly manufacturing reports, starting in July 2021, that include a listing of all Drug Substance and Drug Product lots produced after issuance of this authorization.  This report must include lot number, manufacturing site, date of manufacture, and lot disposition, including those lots that

---

processes, including tests or other authorized components of manufacturing; (7) new conditions of authorization to require data collection or study.  For changes to the authorization, including the authorized labeling, of the type listed in (3), (6), or (7), review and concurrence is required from the Preparedness and Response Team (PREP)/Office of the Center Director (OD)/CBER and the Office of Counterterrorism and Emerging Threats (OCET)/Office of the Chief Scientist (OCS).

Page 10 – Pfizer Inc.

were quarantined for investigation or those lots that were rejected. Information on the reasons for lot quarantine or rejection must be included in the report.

L.  Pfizer Inc. and authorized distributor(s) will maintain records regarding release of Pfizer-BioNTech COVID-19 Vaccine for distribution (i.e., lot numbers, quantity, release date).

M.  Pfizer Inc. and authorized distributor(s) will make available to FDA upon request any records maintained in connection with this EUA.

N.  Pfizer Inc. will conduct post-authorization observational studies to evaluate the association between Pfizer-BioNTech COVID-19 Vaccine and a pre-specified list of adverse events of special interest, along with deaths and hospitalizations, and severe COVID-19. The study population should include individuals administered the authorized Pfizer-BioNTech COVID-19 Vaccine under this EUA in the general U.S. population (12 years of age and older), populations of interest such as healthcare workers, pregnant women, immunocompromised individuals, subpopulations with specific comorbidities. The studies should be conducted in large scale databases with an active comparator. Pfizer Inc. will provide protocols and status update reports to the IND 19736 with agreed-upon study designs and milestone dates.

Emergency Response Stakeholders

O.  Emergency response stakeholders will identify vaccination sites to receive authorized Pfizer-BioNTech COVID-19 Vaccine and ensure its distribution and administration, consistent with the terms of this letter and CDC's COVID-19 Vaccination Program.

P.  Emergency response stakeholders will ensure that vaccination providers within their jurisdictions are aware of this letter of authorization, and the terms herein and any subsequent amendments that might be made to the letter of authorization, instruct them about the means through which they are to obtain and administer the vaccine under the EUA, and ensure that the authorized labeling [i.e., Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) and Vaccine Information Fact Sheet for Recipients and Caregivers] is made available to vaccination providers through appropriate means (e.g., e-mail, website).

Q.  Emergency response stakeholders receiving authorized Pfizer-BioNTech COVID-19 Vaccine will ensure that appropriate storage and cold chain is maintained.

Vaccination Providers

R.  Vaccination providers will administer the vaccine in accordance with the authorization and will participate and comply with the terms and training required by CDC's COVID-19 Vaccination Program.

Page 11 – Pfizer Inc.

S.  Vaccination providers will provide the Vaccine Information Fact Sheet for Recipients and Caregivers to each individual receiving vaccination and provide the necessary information for receiving their second dose and/or third dose.

T.  Vaccination providers administering the vaccine must report the following information associated with the administration of the vaccine of which they become aware to VAERS in accordance with the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers):
    • Vaccine administration errors whether or not associated with an adverse event
    • Serious adverse events (irrespective of attribution to vaccination)
    • Cases of Multisystem Inflammatory Syndrome in children and adults
    • Cases of COVID-19 that result in hospitalization or death

    Complete and submit reports to VAERS online at https://vaers.hhs.gov/reportevent.html.  The VAERS reports should include the words "Pfizer-BioNTech COVID-19 Vaccine EUA" in the description section of the report.  More information is available at vaers.hhs.gov or by calling 1-800-822-7967.  To the extent feasible, report to Pfizer Inc. by contacting 1-800-438-1985 or by providing a copy of the VAERS form to Pfizer Inc.; Fax: 1-866-635-8337.

U.  Vaccination providers will conduct any follow-up requested by the U.S government, including CDC, FDA, or other designee, regarding adverse events to the extent feasible given the emergency circumstances.

V.  Vaccination providers will monitor and comply with CDC and/or emergency response stakeholder vaccine management requirements (e.g., requirements concerning obtaining, tracking, and handling vaccine) and with requirements concerning reporting of vaccine administration data to CDC.

W.  Vaccination providers will ensure that any records associated with this EUA are maintained until notified by FDA.  Such records will be made available to CDC, and FDA for inspection upon request.

<u>Conditions Related to Printed Matter, Advertising, and Promotion</u>

X.  All descriptive printed matter, advertising, and promotional material, relating to the use of the Pfizer-BioNTech COVID-19 Vaccine shall be consistent with the authorized labeling, as well as the terms set forth in this EUA, and meet the requirements set forth in section 502(a) and (n) of the FD&C Act and FDA implementing regulations.

Y.  All descriptive printed matter, advertising, and promotional material relating to the use of the Pfizer-BioNTech COVID-19 Vaccine clearly and conspicuously shall state that:

Page 12 – Pfizer Inc.

- This product has not been approved or licensed by FDA, but has been authorized for emergency use by FDA, under an EUA to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 12 years of age and older; and
- The emergency use of this product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of the medical product under Section 564(b)(1) of the FD&C Act unless the declaration is terminated or authorization revoked sooner.

Condition Related to Export

Z. If the Pfizer-BioNTech COVID-19 Vaccine is exported from the United States, conditions C, D, and O through Y do not apply, but export is permitted only if 1) the regulatory authorities of the country in which the vaccine will be used are fully informed that this vaccine is subject to an EUA and is not approved or licensed by FDA and 2) the intended use of the vaccine will comply in all respects with the laws of the country in which the product will be used.  The requirement in this letter that the authorized labeling (i.e., Fact Sheets) be made available to vaccination providers, recipients, and caregivers in condition A will not apply if the authorized labeling (i.e., Fact Sheets) are made available to the regulatory authorities of the country in which the vaccine will be used.

Conditions With Respect to Use of Licensed Product

AA. COMIRNATY  (COVID-19 Vaccine, mRNA) is now licensed for individuals 16 years of age and older.  There remains, however, a significant amount of Pfizer-BioNTech COVID-19 vaccine that was manufactured and labeled in accordance with this emergency use authorization.  This authorization thus remains in place with respect to that product for the previously-authorized indication and uses (i.e., for use to prevent COVID-19 in individuals 12 years of age and older with a two-dose regimen, and to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise).

BB. This authorization also covers the use of the licensed COMIRNATY (COVID-19 Vaccine, mRNA) product when used to provide a two-dose regimen for individuals aged 12 through 15 years, or to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.  Conditions A through W in this letter apply when COMIRNATY (COVID-19 Vaccine, mRNA) is provided for the uses described in this subsection III.BB, except that product manufactured and labeled in accordance with the approved BLA is deemed to satisfy the manufacturing, labeling, and distribution requirements of this authorization.

**IV.    Duration of Authorization**

Page 13 – Pfizer Inc.

This EUA will be effective until the declaration that circumstances exist justifying the authorization of the emergency use of drugs and biological products during the COVID-19 pandemic is terminated under Section 564(b)(2) of the Act or the EUA is revoked under Section 564(g) of the Act.

Sincerely,

--/S/--

_____

RADM Denise M. Hinton
Chief Scientist
Food and Drug Administration

Enclosures

# EXHIBIT 9
# Boyce Ltr
# to HCP

August 23, 2021
RE: Pfizer–BioNTech COVID-19 Vaccine IMPORTANT PRODUCT INFORMATION
**Certain Pfizer-BioNTech COVID-19 Vaccine Lots authorized for Emergency Use comply with the Biologics License Application (BLA)**

Dear Healthcare Professional,
Pfizer, Inc. would like to provide you with updated and very important information related to the Pfizer–BioNTech COVID-19 Vaccine, authorized for emergency use by FDA under an Emergency Use Authorization (EUA). On August 23, 2021, FDA approved BioNTech's Biologics License Application (BLA) for COMIRNATY (COVID-19 Vaccine, mRNA), under U.S. License No. 2229. Many lots of Pfizer–BioNTech COVID-19 Vaccine are in circulation that were authorized for emergency use, and are labelled in accordance with the EUA. **Some of these lots comply with the recently approved BLA for COMIRNATY and are therefore considered "BLA-approved" lots for administration to individuals 16 years of age and older.** The lots that are BLA-approved for administration may be found at cvdvaccine-us.com/resources. For these lots, please see the COMIRNATY® full prescribing information for indication and usage, dosing and administration, and important safety information. This information can be found by scanning the QR code. **Please note, it is imperative that you not discard any available EUA lots. These lots continue to be authorized for use under EUA in individuals 12 years of age and older, and for use as a third dose in certain immunocompromised individuals. You can continue to use them up to the date of expiry.**

Sincerely,



Donna Boyce
Senior Vice President, Global Regulatory Affairs

**BIONTECH**



Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany
Marketing Authorization Holder

Manufactured by
Pfizer Inc.
New York, NY 11017

US License No. 2229





2021TA035 v1.0

## If you plan to redistribute the Pfizer–BioNTech COVID-19 Vaccine, please read on…



Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany
Marketing Authorization Holder

Manufactured by
Pfizer Inc.
New York, NY 11017

US License No. 2229

**WHAT?**   If you plan on redistributing the Pfizer–BioNTech COVID-19 Vaccine, you must include at least <u>one copy of the letter with QR code</u> in each of the smaller, portable packaging containers being used for transport.

**WHY?**   Once the Pfizer–BioNTech COVID-19 Vaccine arrives at its final destination, the QR code may be used to look up the lot number on the carton to determine if the product is BLA-approved.

**HOW?**   To create additional copies of the letter to include in smaller transport containers, you may:
- Make copies of this letter using a copy machine
- Make printouts by visiting cvdvaccine-us.com/resources

For questions related to this notification please contact
Pfizer Customer Service at 1-800-666-7248.





2021TA035 v1.0

EXHIBIT 10
FDA BNT
Fact Sheet

# COVID-19 Vaccination Education Pfizer-BioNTech

Thank you for your commitment to getting vaccinated. Included in this packet is the information that you need to know:

- Next steps after receiving the COVID-19 Vaccine including symptom monitoring.

- Centers for Disease Control and Prevention Vaccine Safety (V-Safe) symptom reporting.

You must come back for your second vaccine dose. Your second dose appointment was scheduled when you made your appointment for today. If you need to change your second dose appointment, please call 612-467-1100. Please make all possible efforts to keep your already scheduled second dose appointment. Bring this packet with you to your second dose appointment.

www.va.gov/minneapolis-health-care/



# A Guide to Available Services for Enrolled Veterans

Minneapolis VA Health Care System (MVAHCS) is a teaching hospital providing a full range of patient care services with state-of-the-art technology, education, and research. Comprehensive health care is provided through primary care, tertiary care and long-term care in areas of medicine, surgery, psychiatry, physical medicine and rehabilitation, neurology, oncology, dentistry, geriatrics, extended care and 13 Community Based Outpatient Clinics (CBOC) across the region.



✓ VHA is the largest integrated health care system in the United States, providing care at 1,227 health care facilities, including 168 VA Medical Centers and 1,047 outpatient sites of care of varying complexity.

✓ As of 2016, VA Consolidated Mail Outpatient Pharmacy received the highest customer satisfaction among the nation's public and private mail-order pharmacies, according to a J.D. Power study. Nearly 5 million Veterans receive their prescriptions through VHA pharmacies.

✓ VA is the national leader in telehealth services. VA telehealth services are critical to expanding access to VA care in more than 45 clinical areas.

## Services Available at the Minneapolis VA Health Care System

| | | |
|---|---|---|
| Audiology & ENT | Neurology & Neurosurgery | Primary Care |
| Cardiology | Nutrition | Prosthetics |
| Dental | Oncology/Cancer Care | Rehabilitation |
| Dermatology | Ophthalmology | Respiratory Services |
| General Surgery | Optometry | Telehealth Services |
| Home Care Services | Orthopedics | Thoracic Surgery |
| Hospice/Palliative Care | Orthotics | Urology |
| Mental Health Services | Pharmacy | Vascular Surgery |
| MOVE! Weight Management | Podiatry & Wound | Women's Health |
| Whole Health & Integrative Health Services | | |

**IMPORTANT NUMBERS**

Minneapolis VA Health Care System:
(612) 725-2000 • Toll Free: (866) 414-5058

Primary Care Call Center:
(612) 467-1100 • Toll Free: 1 (866) 414-5058

Enrollment:
1 (877) 222-VETS (8387)

Benefits:
1-800-827-1000



For more information, please visit:
www.va.gov/minneapolis-health-care/
www.va.gov

Revised: July 2021

**VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS
ABOUT COMIRNATY (COVID-19 VACCINE, mRNA)
AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS
DISEASE 2019 (COVID-19)**

**You are being offered either COMIRNATY (COVID-19 Vaccine, mRNA) or the
Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019
(COVID-19) caused by SARS-CoV-2.**

**This Vaccine Information Fact Sheet for Recipients and Caregivers comprises the
Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and also
includes information about the FDA-licensed vaccine, COMIRNATY (COVID-19
Vaccine, mRNA).**

**The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the
FDA-authorized Pfizer-BioNTech COVID-19 Vaccine under Emergency Use
Authorization (EUA) have the same formulation and can be used interchangeably
to provide the COVID-19 vaccination series.[1]**

> **COMIRNATY (COVID-19 Vaccine, mRNA) is an FDA-approved COVID-19
> vaccine made by Pfizer for BioNTech.**
> - **It is approved as a 2-dose series for prevention of COVID-19 in
>   individuals 16 years of age and older.**
> - **It is also authorized under EUA to be administered to:**
>   - **prevent COVID-19 in individuals 12 through 15 years, and**
>   - **provide a third dose to individuals 12 years of age and older who
>     have been determined to have certain kinds of
>     immunocompromise.**

**The Pfizer-BioNTech COVID-19 Vaccine has received EUA from FDA to:**
- **prevent COVID-19 in individuals 12 years of age and older, and**
- **provide a third dose to individuals 12 years of age and older who have
  been determined to have certain kinds of immunocompromise.**

This Vaccine Information Fact Sheet contains information to help you understand the
risks and benefits of COMIRNATY (COVID-19 Vaccine, mRNA) and the
Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently
a pandemic of COVID-19. Talk to your vaccination provider if you have questions.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine
are administered as a 2-dose series, 3 weeks apart, into the muscle.

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can
be used interchangeably to provide the vaccination series without presenting any safety or effectiveness
concerns. The products are legally distinct with certain differences that do not impact safety or
effectiveness.

Under EUA for individuals who are determined to have certain kinds of immunocompromise, a third dose may be administered at least 4 weeks after the second dose.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine may not protect everyone.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

**WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE**

**WHAT IS COVID-19?**
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness leading to death. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

**WHAT IS COMIRNATY (COVID-19 VACCINE, mRNA) AND HOW IS IT RELATED TO THE PFIZER-BIONTECH COVID-19 VACCINE?**

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[1]

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE VACCINE?**
**Tell the vaccination provider about all of your medical conditions, including if you:**

- have any allergies
- have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine
- have ever fainted in association with an injection

**WHO SHOULD GET THE VACCINE?**
FDA has approved COMIRNATY (COVID-19 Vaccine, mRNA) for use in individuals 16 years of age and older and has authorized it for emergency use in individuals 12 through 15 years.

FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine in individuals 12 years of age and older.

**WHO SHOULD <u>NOT</u> GET THE VACCINE?**
You should not get the COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine if you:

- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**
COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine include the following ingredients: mRNA, lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HOW IS THE VACCINE GIVEN?**
COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine will be given to you as an injection into the muscle.

The vaccination series is 2 doses given 3 weeks apart.

If you receive one dose of the vaccine, you should receive a second dose of the vaccine 3 weeks later to complete the vaccination series.

**HAVE COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE BEEN USED BEFORE?**

In clinical trials, approximately 23,000 individuals 12 years of age and older have received at least 1 dose of the Pfizer-BioNTech COVID-19 Vaccine. Data from these clinical trials supported the Emergency Use Authorization of the Pfizer-BioNTech COVID-19 Vaccine and the approval of COMIRNATY (COVID-19 Vaccine, mRNA). Millions of individuals have received the Pfizer-BioNTech COVID-19 Vaccine under EUA since December 11, 2020.

**WHAT ARE THE BENEFITS OF COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**

The vaccine has been shown to prevent COVID-19 following 2 doses given 3 weeks apart. The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**

There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine. In most of these people, symptoms began within a few days following receipt of the second dose of vaccine. The chance of having this occur is very low. You should seek medical attention right away if you have any of the following symptoms after receiving the vaccine:

- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

Side effects that have been reported with COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine include:

- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- myocarditis (inflammation of the heart muscle)
- pericarditis (inflammation of the lining outside the heart)
- injection site pain
- tiredness
- headache

Revised: 23 August 2021

- muscle pain
- chills
- joint pain
- fever
- injection site swelling
- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
- diarrhea
- vomiting
- arm pain

These may not be all the possible side effects of the vaccine. Serious and unexpected side effects may occur. The possible side effects of the vaccine are still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include either "COMIRNATY (COVID-19 Vaccine, mRNA)" or "Pfizer-BioNTech COVID-19 Vaccine EUA", as appropriate, in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---------|-----------|------------------|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

Revised: 23 August 2021

**WHAT IF I DECIDE NOT TO GET COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE?**

Under the EUA, it is your choice to receive or not receive the vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE?**

Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

**CAN I RECEIVE THE COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE AT THE SAME TIME AS OTHER VACCINES?**

Data have not yet been submitted to FDA on administration of COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine at the same time with other vaccines. If you are considering receiving COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine with other vaccines, discuss your options with your healthcare provider.

**WHAT IF I AM IMMUNOCOMPROMISED?**

If you are immunocompromised, you may receive a third dose of the vaccine. The third dose may still not provide full immunity to COVID-19 in people who are immunocompromised, and you should continue to maintain physical precautions to help prevent COVID-19. In addition, your close contacts should be vaccinated as appropriate.

**WHAT IF I AM PREGNANT OR BREASTFEEDING?**

If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

**WILL COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE GIVE ME COVID-19?**

No. The vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**

When you get your first dose, you will get a vaccination card to show you when to return for your second dose or if you have certain kinds of immunocompromise, your third dose of COMIRNATY (COVID-19 Vaccine, mRNA) or Pfizer-BioNTech COVID-19 Vaccine. Remember to bring your card when you return.

**ADDITIONAL INFORMATION**

If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com  | 1-877-829-2619 (1-877-VAX-CO19) |

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**
Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**
The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the

date of receiving the vaccine. To learn more about this program, visit
www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**
An Emergency Use Authorization (EUA) is a mechanism to facilitate the availability and
use of medical products, including vaccines, during public health emergencies, such as
the current COVID-19 pandemic. An EUA is supported by a Secretary of Health and
Human Services (HHS) declaration that circumstances exist to justify the emergency
use of drugs and biological products during the COVID-19 pandemic.

The FDA may issue an EUA when certain criteria are met, which includes that there are
no adequate, approved, available alternatives. In addition, the FDA decision is based
on the totality of scientific evidence available showing that the product may be effective
to prevent COVID-19 during the COVID-19 pandemic and that the known and potential
benefits of the product outweigh the known and potential risks of the product. All of
these criteria must be met to allow for the product to be used in the treatment of
patients during the COVID-19 pandemic.

This EUA for the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY will end when
the Secretary of HHS determines that the circumstances justifying the EUA no longer
exist or when there is a change in the approval status of the product such that an EUA
is no longer needed.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-7.2

Revised: 23 August 2021

 Scan to capture that this Fact Sheet was provided to vaccine
recipient for the electronic medical records/immunization
information systems.

Barcode Date: 08/2021

## NEXT STEPS after receiving the COVID-19 Vaccine

### VA Side Effects and Adverse Events Reporting Fact Sheet

Whether you are an employee or a Veteran receiving the COVID-19 vaccine, you have taken an important step towards protecting yourself, your family and friends, and your communities from COVID-19.

### Now that you have received the vaccine, what can you expect?

Vaccines protect us by stimulating the body's natural immune system to produce antibodies to fight a virus. This is called an immune response. Vaccines are a way to trigger the immune response to allow the body to protect against becoming infected and getting sick from illnesses like COVID-19.

Many people who receive the COVID-19 vaccine who experience a reaction have mild symptoms (listed in the table below). These usually go away on their own within a few days. These side effects are a sign that your immune system is doing exactly what it is supposed to do. It is working and building up protection to disease.

| Local symptoms at the injection site may include: | General symptoms (not at the injection site) may include: | | |
|---|---|---|---|
| Pain – Discomfort | Chills | Muscle or Body Aches (myalgia) | Joint Pains (arthralgia) |
| Redness/Swelling/Itching | Fever | Fatigue or Tiredness | Allergic Reaction |
| | Headache | Nausea/Vomiting/Diarrhea | |

It is important to know what side effects to expect and which ones should be reported to your healthcare team or when to seek immediate medical attention. ***Contact your health care provider if your symptoms make you unable to work, do daily activities, or if you feel that you need urgent care for any of these symptoms.*** This reporting is part of the Emergency Use Authorization (EUA) safety monitoring process required by the U. S. Food and Drug Administration (FDA). You can play an important role in this process.

### If you experience a reaction to the vaccine, please use the table on the back of the sheet to record your symptoms and the day that you experienced them.

If you experience these symptoms ***and they have an impact on your daily routine***, please contact your provider and record your information in the table on the back of this sheet.

- If you are an employee and experience symptoms to the COVID-19 vaccine that impact daily activities, please contact your local Employee Occupational Health department at _____.
- If you are a Veteran and experience symptoms to the COVID-19 vaccine that impact daily activities, please contact your healthcare team at _____.
- If you are a non-Veteran, adolescent patient, or Veteran not eligible for general care at the VA and experience symptoms, please contact your primary care provider. In addition, please remember to share your CDC Vaccination Record card with your primary care provider or pediatrician (adolescents).

**Janssen Vaccine Only**: A very rare but serious side effect involving blood clots with low levels of platelets (blood cells that help your body stop bleeding) has occurred primarily among women aged 18-49 years following vaccination with the Janssen vaccine. In people who developed these blood clots and low levels of platelets, symptoms began approximately one to two weeks following vaccination. The chance of having this occur is remote. You should seek medical attention right away if you have any of the following symptoms after receiving the Janssen COVID-19 vaccine:

- Severe or persistent headaches or blurred vision
- Shortness of breath
- Chest pain
- Leg swelling
- Persistent abdominal pain
- Easy bruising or tiny blood spots under the skin beyond the injection site

**Moderna and Pfizer-BioNTech COVID-19 Vaccines Only**: Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received these vaccines. In most of these people, symptoms frequently began within a few days following receipt of the second dose. The chance of having this occur is very rare and according to CDC, the benefits of the vaccine outweigh the risks. You should seek medical attention right away if you have any of the following symptoms after receiving the Moderna or Pfizer-BioNTech COVID-19 Vaccine:

- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

## Your Safe Care is Our Mission



There are vaccines that require two doses and one that requires one dose. If you receive a vaccine requiring two doses, it is important for you to return for the 2nd dose to maximize immunity from the vaccine to protect yourself, your family and friends, and your community.

☐ **You will be returning for a 2nd dose on**: _____. Please bring this sheet and your Vaccination Record card when you return for your next appointment.

☐ **You do not need to return for a second dose.**

## COVID-19 Vaccine Monitoring Record

| Current Vaccines and Required Doses | | | | |
|---|---|---|---|---|
| Vaccine | Pfizer BioNTech | Moderna | Janssen | Other |
| Doses Required | 2 | 2 | 1 | |
| Days Apart | 21 days (minimum) | 28 days (minimum) | | |

*Please see the tables on the previous page to review the descriptions of and differences between injection site symptoms and general symptoms.*

| Day | Dose 1 | | Dose 2* (Not required for Janssen) | |
|---|---|---|---|---|
| | Have you had any injection site symptoms?<br><br>**Check if yes**<br>(write which one) | Have you had any general symptoms?<br><br>**Check if yes**<br>(write which one) | Have you had any injection site symptoms?<br><br>**Check if yes**<br>(write which one) | Have you had any general symptoms?<br><br>**Check if yes**<br>(write which one) |
| 1 (day of vaccination) | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ |
| 5 | ☐ | ☐ | ☐ | ☐ |
| 6 | ☐ | ☐ | ☐ | ☐ |
| 7 | ☐ | ☐ | ☐ | ☐ |
| **Week** | | | | |
| 2 (up to 14 days after vaccination) | ☐ | ☐ | ☐ | ☐ |
| 3 (up to 21 days) | ☐ | ☐ | ☐ | ☐ |
| 4 (up to 28 days) | ☐ | ☐ | ☐ | ☐ |
| 5 (up to 35 days) | ☐ | ☐ | ☐ | ☐ |
| 6 (up to 42 days) | ☐ | ☐ | ☐ | ☐ |

Other important events

**Please contact your provider/clinic immediately if any of the following occur after you receive the vaccine**:
- You are admitted to the hospital for any reason
- You receive a positive test for COVID-19
- If female, you become pregnant

**Notes** (any info needed to collect – temperature/date (if fever), medication taken, reported to doctor/clinic/ER, COVID-19 test)

*July 2021*

## Your Safe Care is Our Mission

VA | U.S. Department of Veterans Affairs



# Get vaccinated.
# Get your smartphone.
# Get started with v-safe.

## What is v-safe?

*V-safe* is a smartphone-based tool that uses text messaging and web surveys to provide personalized health check-ins after you receive a COVID-19 vaccination. Through *v-safe*, you can quickly tell CDC if you have any side effects after getting the COVID-19 vaccine. Depending on your answers, someone from CDC may call to check on you.

Your participation in CDC's *v-safe* makes a difference—it helps keep COVID-19 vaccines safe.

## How can I participate?

Once you get a COVID-19 vaccine, you can enroll in *v-safe* using your smartphone. Participation is voluntary and you can opt out at any time. You will receive text messages from *v-safe* around 2pm local time. To opt out, simply text "STOP" when *v-safe* sends you a text message. You can also start *v-safe* again by texting "START."

## How long do v-safe check-ins last?

During the first week after you get your vaccine, *v-safe* will send you a text message each day to ask how you are doing. Then you will get check-in messages once a week for up to 5 weeks. The questions *v-safe* asks should take less than 5 minutes to answer. If you need a second dose of vaccine, *v-safe* will provide a new 6-week check-in process so you can share your second-dose vaccine experience as well. You'll also receive check-ins 3, 6, and 12 months after your final dose of vaccine.

## Is my health information safe?

Yes. Your personal information in *v-safe* is protected so that it stays confidential and private.*

*To the extent *v-safe* uses existing information systems managed by CDC, FDA, and other federal agencies, the systems employ strict security measures appropriate for the data's level of sensitivity. These measures comply, where applicable, with the following federal laws, including the Privacy Act of 1974; standards enacted that are consistent with the Health Insurance Portability and Accountability Act of 1996 (HIPAA); the Federal Information Security Management Act, and the Freedom of Information Act.



**v-safe** ℠

after vaccination



Use your smartphone to tell CDC about any side effects after getting the COVID-19 vaccine. You'll also get reminders if you need a second vaccine dose.

**Sign up with your smartphone's browser at**
**vsafe.cdc.gov**

**OR**

**Aim your smartphone's camera at this code**



12/01/20

# How to register and use *v-safe*

You will need your smartphone and information about the COVID-19 vaccine you received. This information can be found on your vaccination record card; if you cannot find your card, please contact your healthcare provider.

# Register

**1.** Go to the *v-safe* website using one of the two options below:



**2.** Read the instructions. Click **Get Started**.

**3.** Enter your name, mobile number, and other requested information. Click **Register**.

**4.** You will receive a text message with a verification code on your smartphone. Enter the code in *v-safe* and click **Verify**.

**5.** At the top of the screen, click **Enter your COVID-19 vaccine information**.

**6.** Select which COVID-19 vaccine you received (found on your vaccination record card; if you cannot find your card, please contact your healthcare provider). Then enter the date you were vaccinated. Click **Next**.

**7.** Review your vaccine information. If correct, click **Submit**. If not, click **Go Back**.

**8.** **Congrats! You're all set!** If you complete your registration before 2pm local time, *v-safe* will start your initial health check-in around 2pm that day. If you register after 2pm, *v-safe* will start your initial health check-in immediately after you register—just follow the instructions.

   You will receive a reminder text message from *v-safe* when it's time for the next check-in—around 2pm local time. Just click the link in the text message to start the check-in.

# Complete a v-safe health check-in

**1.** When you receive a *v-safe* check-in text message on your smartphone, click the link when ready.

**2.** Follow the instructions to complete the check-in.

## Troubleshooting

***How can I come back and finish a check-in later if I'm interrupted?***
◙ Click the link in the text message reminder to restart and complete your check-in.

***How do I update my vaccine information after my second COVID-19 vaccine dose?***
◙ ***V-safe*** will automatically ask you to update your second dose information. Just follow the instructions.

**Need help with *v-safe*?**
Call 800-CDC-INFO (800-232-4636)
TTY 888-232-6348
Open 24 hours, 7 days a week
Visit www.cdc.gov/vsafe



12/31/2020

EXHIBIT 11
OJAG SJA
Update

CONTROLLED UNCLASSIFIED INFORMATION

**COVID-19 MANDATORY VACCINATION IMPLEMENTATION**

**GUIDANCE FOR SERVICE MEMBERS**

**Deputy Director of Staff for COVID-19**

**3 September 2021**

CONTROLLED UNCLASSIFIED INFORMATION

CONTROLLED UNCLASSIFIED INFORMATION

**Chapter 1 – INTRODUCTION**                                              **1**

Section 1.1      Purpose                                                   1

Section 1.2      Background                                                1

Section 1.3      Key Messages                                             1

Section 1.4      Applicability and Scope                                  2


**Chapter 2 – ROLES AND RESPONSIBILITIES**                              **3**

Section 2.1      HAF/DDS COVID-19                                         3

Section 2.2      AF/SG                                                     3

Section 2.3      MAJCOMS and FLDCOMS                                      3

Section 2.4      Installation Commanders                                 3

Section 2.5      Public Affairs                                           4

Section 2.6      Legal                                                     4

Section 2.7      Chaplain                                                  4

Section 2.8      Unit Commanders                                          4

Section 2.9      Military Treatment Facility Commanders or Local Equivalent   5

Section 2.10     Vaccine Site Coordinator                                5

Section 2.11     Individuals Receiving Vaccination                      6


**Chapter 3 – EDUCATION PLAN FOR MANDATORY VACCINATION**                **7**

Section 3.1      General                                                   7

Section 3.2      Key Messages                                             7

Section 3.3      Education for Individuals                               7

Section 3.4      Education for Medical Personnel                         8


**Chapter 4 – MEDICAL ISSUES**                                          **9**

Section 4.1      Vaccine Administration                                  9

Section 4.2      Pregnancy and Nursing Considerations                   9

Section 4.3      Pre-Vaccination Screening                              9

Section 4.4      Adverse Reactions                                       9

Section 4.5      Medical Exemptions                                      10

Section 4.6      COVID-19 Vaccine Tracking and Documentation            11

CONTROLLED UNCLASSIFIED INFORMATION

CONTROLLED UNCLASSIFIED INFORMATION

Section 4.7        Medical Logistics/Vaccine Distribution                              11

Section 4.8.       Aircrew Management                                                 11


**Chapter 5 – ADMINISTRATIVE ISSUES**                                              **13**

Section 5.1        Exemptions                                                         13

Section 5.2        Healthcare Access Guidelines                                       13

Section 5.3        Refusal Management                                                 13


**ATTACHMENTS**                                                                      **15**

1 - Religious Accommodation Requests                                                  15

2 - Medical Exemption Requests                                                        16

CONTROLLED UNCLASSIFIED INFORMATION

CONTROLLED UNCLASSIFIED INFORMATION

## Chapter 1

## INTRODUCTION

**1.1.  Purpose.**  This document provides Department of the Air Force implementation guidance pursuant to the 24 August 2021 Secretary of Defense memorandum and the subsequent 3 September 2021 Secretary of the Air Force memorandum.  Accomplishment of mandatory COVID-19 vaccinations will be carried out as soon as possible after receiving this implementation guidance.

**1.2.  Background.**

1.2.1.  On 23 August 2021, the US Food and Drug Administration (FDA) approved the Pfizer-BioNTech mRNA COVID-19 vaccine which will be now be marketed as "COMIRNATY®"  for prevention of COVID-19 disease in individuals 16 years of age and older.  The vaccine also continues to be available under Emergency Use Authorization (EUA) for individuals 12 through 15 years of age and for the administration of a third dose in certain immunocompromised individuals.

1.2.1.1.  The FDA approved COMIRNATY® and the FDA authorized Pfizer-BioNTech COVID-19 vaccine under emergency use authorization have the same formulation and can be used interchangeably.

1.2.1.2.  Providers can use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine according to the FDA.  Other vaccines may be added to this list in the future.

1.2.2.  All other vaccines authorized by the FDA under an EUA will remain voluntary until they receive full FDA approval.

1.2.3.  Following the FDA news release, the Secretary of Defense announced that the COVID-19 vaccine would be a requirement for all members of the Armed Forces under DoD authority on active duty or in the Ready Reserve, including National Guard.

1.2.4.  Service members voluntarily immunized with a COVID-19 vaccine under FDA EUA or World Health Organization (WHO) Emergency Use Listing (EUL) IAW applicable dose requirements prior to, or after, the establishment of this policy are considered fully vaccinated.

**1.3.  Key Messages.**  Education of all levels of the command structure is imperative to ensure the success of this program.  The key messages for this vaccination effort are:

1.3.1.  Your health and safety are our #1 concern.

1.3.2.  The vaccine is safe and effective.

CONTROLLED UNCLASSIFIED INFORMATION

1.3.3.  The threat from COVID-19 is real and deadly.

1.3.4.  Vaccination offers a layer of protection, in addition to hand washing, use of cloth face masks, social distancing, tele-working, and other non-pharmaceutical interventions.

**1.4.  Applicability and Scope.**

1.4.1.  All individuals identified in section 1.2.3.

1.4.2.  All other eligible personnel are strongly recommended to voluntarily receive either the approved COMIRNATY®  or other FDA EUA or WHO EUL COVID-19 vaccines.

1.4.3.  Members who are actively participating in COVID-19 clinical trials are exempt from mandatory vaccination against COVID-19 until the trial is complete.

CONTROLLED UNCLASSIFIED INFORMATION

## Chapter 2

## ROLES AND RESPONSIBILITIES

**2.1.  AF/DDS COVID-19.**

2.1.1.  As OPR for implementation of the vaccination mandate, develop and implement necessary DAF policy.

2.1.2.  Provide program oversight.

2.1.3.  Coordinate with other Services and agencies on policy implementation and execution as appropriate.

2.1.4.  Review and coordinate requests from MAJCOMs and FLDCOMS for exceptions to policy.

**2.2.  AF/SG.**

2.2.1.  Coordinate with DHA Director.

2.2.2.  Serve as the final appeal authority for all denials of requests for religious accommodations per DAFI 52-201.

**2.3.  MAJCOMs and FLDCOMs.**

2.3.1  Designate a staff element as OPR for management of implementation of this guidance. (Designate any OCRs as deemed necessary.)

2.3.2.  Consult with installations on vaccination issues which require command support.

2.3.3.  Coordinate requests for exceptions to policy with installations and HAF/DDS COVID-19.

2.3.4.  Adjudicate religious exemptions per DAFI 52-201.

**2.4.  Installation Commander.**

2.4.1.  Ensure compliance with this guidance by maintaining oversight and ownership of the installation's implementation plan for mandatory vaccination.

2.4.2.  As needed, develop a base implementation plan consistent with DoD and DAF guidance.  The Department of the Air Force plan may be used as the foundation for the installation's implementation plan.

2.4.3.  As needed, designate a senior line officer as the installation OIC to oversee the implementation of this guidance and the vaccination mandate.

2.4.4.  Direct the Medical Treatment Facility (MTF) Commander or Senior Officer in the Reserve Medical Unit to coordinate the medical administrative and clinical functions of COVID-19 vaccination pursuant to this guidance.

2.4.5.  Ensure all installation personnel receive education on the ma as outlined in Chapter 3 of this plan.

2.4.6.  Submit requests for exception to policy to MAJCOM and FLDCOM OPRs for coordination.

**2.5.  Public Affairs.**

2.5.1.  Prioritize community education and provide support to command teams.

2.5.2.  Coordinate responses to media inquiries.

**2.6.  Legal.**

2.6.1.  Educate base personnel as needed on relevant legal issues.

2.6.2.  Answer any inquiries regarding legal issues related to mandatory vaccination and this guidance (e.g., Freedom of Information Act requests and refusals to receive mandatory vaccinations) and provide guidance to commanders as needed/requested.

**2.7.  Chaplain.**

2.7.1. Assist with vaccine exemptions based on religious accommodations IAW DAFI 52-201. The senior chaplain leads the RRT in providing recommendations to commanders on how to resolve religious matters.  See Attachment 1, Religious Accommodation Requests.

**2.8.  Unit Commanders.**

2.8.1.  Ensure unit personnel are educated on the vaccine and the vaccination requirement IAW Chapter 3 of this plan.  Helpful documents such as "DoD & MHS Talking Points – COVID-19 Updates (29 Jul 21)", "COVID19 Vaccine FAQs_V1_3Aug 2021" and others are accessible from https://www.milsuite.mil/book/groups/daf-covid-19-vaccine-confidence-working-group-cvcwg.

2.8.2.  Enforce compliance with the mandate from the Secretary of Defense and the Secretary of the Air Force by issuing an order for all unvaccinated members under the unit's command to receive the COVID-19 vaccine.

CONTROLLED UNCLASSIFIED INFORMATION

2.8.3.  For personnel subject to the vaccination mandate, manage cases of individual refusal to receive the vaccine IAW section 5.3 of this plan.  Begin taking refusal management steps as soon as possible following notification by the MTF of vaccine refusal by a unit member.

## 2.9.  Military Treatment Facility Commander or Local Equivalent.

2.9.1.  Provide oversight for all medical administrative and clinical aspects of vaccination IAW DHA-IPM 20-004.

2.9.2.  Assign medical provider(s), as needed, to support:

2.9.2.1.  The installation's Religious Resolution Team (RRT) and medical counseling for personnel requesting religious waivers;

2.9.2.2.  The medical evaluation of personnel requiring a medical exemptions; and

2.9.2.3.  Notification of commanders if the initial refusal of the COVID-19 vaccine takes place in the MTF or Points of Dispensing (PODs). (See paragraph 5.3.2.)

2.9.3.  Ensure appropriate medical personnel are educated on the clinical and policy aspects of the vaccine program (see Chapter 3).  Be prepared to provide additional information to Commanders and individuals.

2.9.4.  Ensure a process is in place for access to health care for individuals who may have an adverse reaction to the vaccine.

2.9.5.  Ensure those receiving vaccination are offered education prior to vaccine administration.

2.9.6.  Oversee management of adverse events IAW DHA-IPM 20-004.

2.9.7.  Ensure providers are educated on evaluation for vaccine exemption requests.  (See paragraph 3.4.)

## 2.10.  Vaccine Site Coordinator.

2.10.1.  Ensure education and training of vaccinators on current vaccination policy is accomplished IAW DHA-IPM 20-004 and any supplemental guidance from DHA-IHD.

2.10.2.  Ensure the most current version of the FDA Fact Sheet is readily available/distributed at education venues and within the MTF until an Advisory Committee on Immunization Practices (ACIP)-approved Vaccine Information Statement (VIS) becomes available.

2.10.3.  Continue to coordinate with the vaccine coordinators and logistics champions.

CONTROLLED UNCLASSIFIED INFORMATION

2.10.4.  For deployers going to countries where yellow shot record is required, ensure COVID-19 vaccine is also documented in their yellow shot record.

**2.11.  Individuals Receiving Vaccination.**

2.11.1.  Receive education on the COVID-19 disease threat and information on the vaccine.

2.11.2.  Read the FDA Fact Sheet.

2.11.3.  Address any concerns with medical staff prior to receiving the vaccine.

2.11.4.  Air Reserve Component (ARC) members who receive vaccination outside a military facility will provide documentation to their unit health monitor and reserve medical unit within 72 hours of vaccination.

CONTROLLED UNCLASSIFIED INFORMATION

**Chapter 3**

**EDUCATION PLAN FOR VACCINATION**

**3.1.  General.**  Education is the key to a successful COVID-19 vaccination program.
Commanders at all levels are responsible for educating their personnel before vaccination.  This
educational program will inform personnel of the following:

3.1.1.  The Food and Drug Administration (FDA) has licensed the Pfizer-BioNTech mRNA
COVID-19 vaccine, now marketed as "COMIRNATY®," for prevention of COVID-19
disease as well as preventing COVID-19-related serious negative outcomes.  (Note: IAW
FDA guidance, COMIRNATY® has the same formulation and can be used interchangeably
with the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine.  Providers can use doses
distributed under the EUA to administer the vaccination series as if the doses were the
licensed vaccine.)

3.1.2.  Known and potential benefits and risks of COMIRNATY®.

3.1.3.  Only an FDA-licensed vaccine may be mandated; however, Service members may be
voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use Authorization
(EUA) or World Health Organization (WHO) Emergency Use Listing prior to or after the
establishment of this policy and are considered fully vaccinated.

3.1.4.  The FDA and Centers for Disease Control and Prevention (CDC) have monitoring
systems in place to ensure that any safety concerns continue to be identified and evaluated in
a timely manner.

**3.2.  Key Messages.**

3.2.1.  Your health and safety are our #1 concern.

3.2.2.  The vaccine is safe and effective.

3.2.3.  The threat from COVID-19 is real and deadly.

3.2.4.  Vaccination offers a layer of protection, in addition to hand washing, use of cloth face
masks, social distancing, tele-working, and other non-pharmaceutical interventions.

**3.3.  Education for Individuals.**  All unvaccinated personnel (as identified in section 1.2) must
receive education on the COVID-19 vaccinations before receiving the vaccine.  This applies to
individuals initiating or continuing the vaccination series.

3.3.1.  The primary mode of providing education to individuals is the FDA Fact Sheet that
will be disseminated at the Immunizations Clinic and/or PODs at minimum.  Prior to

CONTROLLED UNCLASSIFIED INFORMATION

receiving a fully FDA-approved COVID-19 vaccine or an EUA/EUL COVID-19 vaccine, individuals must have had the opportunity to review the product-specific information.

> 3.3.1.1.  Upon arrival at the MTF to receive the COVID-19 vaccine, individuals will be offered a copy of the product specific Fact Sheet.  Prior to administering the COVID-19 vaccine, the immunization technician will confirm the individual has understood the information within the FDA Fact Sheet.  Any questions should be addressed prior to vaccination.

**3.4.  Education for Medical Personnel.**  Medical personnel are the primary source of information on the disease, the vaccine, and vaccine side effects.  For those individuals who experience an adverse event associated with the vaccine, medical personnel will provide the appropriate treatment and referral, if necessary, for diagnosis and treatment of medical conditions.

> 3.4.1.  Military Treatment Facility Commander or local equivalent will ensure that healthcare professionals and vaccinators involved in COVID-19 vaccination review and comply with implementation guidance.

> 3.4.2.  Medical personnel involved with vaccination must understand healthcare-access guidance, procedures for reporting in the Vaccine Adverse Events Reporting System (VAERS) and reasons for medical exemption.

> 3.4.3.  Understand the healthcare provider's roles and responsibilities with medical and administrative exemptions to include religious exemptions.

> 3.4.4.  Personnel providing COVID-19 immunizations must acknowledge training IAW DHA-IPM 20-004.

> 3.4.5.  The Chief of Medical Staff (SGH) will ensure education on the vaccine and the vaccination requirement is accomplished for: clinical supervisors of vaccinators, preventive medicine and public health staff, relevant healthcare providers (e.g., allergy-immunology, ambulatory care, flight medicine, emergency care), and any other provider designated by the Medical Commander.  Education must also include the components listed in 3.1.

CONTROLLED UNCLASSIFIED INFORMATION

## Chapter 4

## MEDICAL ISSUES

**4.1.  Vaccine Administration.**

4.1.1.  Administer COVID-19 vaccine IAW DHA-IPM 20-004.

4.1.2.  ASIMS will turn "yellow" for not fully vaccinated personnel on 3 September 2021. ASIMS will turn "red" for those not fully vaccinated personnel by the respective timelines.

4.1.3.  An order to receive the COVID-19 vaccine is not related to the colors in ASIMS.  The colors are for MTF tracking purposes only.

4.1.4.  For individuals recently diagnosed with COVID-19, treated with monoclonal antibodies, or treated with convalescent plasma, administer COVID-19 immunization in accordance with recommendations from the CDC, recommendations from the CDC's Advisory Committee on Immunization Practices (ACIP), and FDA guidelines.

**4.2.  Pregnancy and Nursing Considerations.**  The COVID-19 vaccine is recommended during pregnancy.

4.2.1.  Pregnant Service members (unless under medical exemption) are recommended to receive COVID-19 vaccination consistent with guidance from the CDC, American College of Obstetricians and Gynecologists (ACOG), and the Society for Maternal-Fetal Medicine (SMFM); however, a pregnant Service member with concerns about vaccination during pregnancy may pursue a temporary medical exemption following vaccine counseling from her healthcare provider, as per paragraph 2-6.a.(1)(a) of AFI 48-110.

4.2.2.  As needed, consult medical providers to weigh the benefit/risk of getting COMIRNATY®  during pregnancy.

4.2.3.  Nursing mothers (unless under a medical exemption) are mandated to receive COMIRNATY®.

4.2.4.  Individuals seeking information related to vaccination during pregnancy or while nursing are encouraged to access the following website: https://www.acog.org/womens-health/faqs/coronavirus-covid-19-pregnancy-and-breastfeeding.

**4.3.  Pre-vaccination Screening.**  Medically screen patients prior to administering the COVID-19 vaccine to ensure there are no contraindications for receiving the vaccine.

**4.4.  Adverse Reactions.**

4.4.1  General Information.  Medical personnel must be prepared to manage perceived or actual adverse events after vaccination: how to minimize them, respond to them, and report

CONTROLLED UNCLASSIFIED INFORMATION

them IAW AFI 48-110.  Treat each concern with care; some symptoms following COVID-19 vaccination may or may not be caused by the vaccination, but all deserve individual attention.

4.4.2  Immunization Technician's Role.  Immunization technicians will have the most current version of the FDA Fact Sheet and other sources of information available in the clinic, which provide details on potential side effects.  If a patient returns to the clinic after receiving a vaccination and indicates that they had an adverse reaction, the immunization technician can, again, provide these information sources to the patient.  If the adverse reaction is anything more than a mild, local reaction, they should be referred to a provider.  In every case, the patient should be given the option of seeing a provider.

4.4.3  Any serious adverse event temporally associated with receipt of a dose of a fully FDA-approved COVID-19 vaccine or an EUA/EUL COVID-19 vaccine should be immediately evaluated by a privileged healthcare provider.  Adverse event management should be thoroughly documented in medical records.

4.4.4.  Adverse reactions from DoD-directed immunizations are Line of Duty (LOD) conditions.

4.4.5.  Adverse event reporting follow the procedures IAW DHA-IPM 20-004.

**4.5.  Medical Exemptions.**

4.5.1.  Granting medical exemptions is a medical function that must be performed by a privileged military health care provider IAW AFI 48-110.  Medical exemptions may be based on pre-existing conditions or result from vaccine adverse reactions and should be consistent with the CDC Interim Clinical Considerations for Use of COVID-19 Vaccines: https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html#vaccinated-part-clinical-trail. See the Medical Exemption Process Attachment for more detail.

4.5.1.1.  For the COVID-19 vaccines, IAW CDC guidance, contraindications include: 1) severe allergic reaction (anaphylaxis) after previous dose or to a component of the specific COVID-19 vaccine; 2) immediate allergic reaction of any severity to a previous dose or known (diagnosed) allergy to a component of the specific COVID-19 vaccine; and 3) development of pericarditis or myocarditis after the first dose.

4.5.1.2.  Previous infections or positive serology do not exempt Service members from full vaccination requirements.  (At this time, DoD, consistent with CDC recommendations, has not determined that a serological test is sufficient to meet the immunization requirements.)

CONTROLLED UNCLASSIFIED INFORMATION

4.5.1.3.  Only "MT" or "Medical, Temporary" medical exemption code should used in ASIMS.  A temporary medical exemption for up to 365 days allows future evaluation against other fully approved/biologics license application vaccines.

4.5.2.  Granting of medical exemptions may require a duty status change or deployment limitation for the individual.  Any change in duty status/deployment eligibility/assignment limitation due to a medical exemption must be processed IAW applicable AFIs.

4.5.2.1.  Use of medical exemption codes in ASIMS must be IAW AFI 48-110, Table C-1.

**4.6.  COVID-19 Vaccine Tracking and Documentation.**

4.6.1.  The Public Health Office or the Base Operational Medicine Clinic (BOMC) will assist commanders and their designees with ASIMS access.

4.6.2.  COVID-19 vaccination documentation will ensure clinical decision making is captured.

4.6.2.1 Vaccination sites using MHS GENESIS will continue to use this EHR platform for vaccination documentation.

4.6.2.2 Vaccination sites using AHLTA will use either ASIMS or AHLTA.  Do not double document.  Data entered into ASIMS or AHLTA will flow to the other.

4.6.2.3 ASIMS can be used as an alternate in locations (Guard/Reserve) who do not have access to AHLTA/MHS GENESIS but do have ASIMS/ Health Artifact and Image Management Solution (HAIMS) capabilities.

4.6.3.  ASIMS will serve as the tracking mechanism for immunizations of Airmen and Guardians.

4.6.4   For deployers going to countries where yellow shot record is required, document COVID-19 vaccine in their yellow shot record.

**4.7.  Medical Logistics/Vaccine Distribution.**  The US Army Medical Materiel Agency (USAMMA) is responsible for coordinating the distribution of COVID-19 vaccine within DoD.

4.7.1.  Base level medical logistics personnel can order the COVID-19 vaccine from USAMMA.

4.7.2.  Ensure proper COMIRNATY® storage requirements are met.

4.7.3.  Monitor for any relevant shelf-life extensions.

**4.8.  Aircrew Management.**

CONTROLLED UNCLASSIFIED INFORMATION

4.8.1.  Adverse reactions are rare for all vaccines.  Benefits of administration of vaccine for this population far outweigh the risks. After receiving COVID-19 vaccine, all flyers, controllers, and special warfare airmen (DD Form 2992 holders) will maintain access to medical care on the ground and not perform aviation-related duties (e.g., flying, controlling, or jumping) for a period of 48 hours after each dose IAW Department of the Air Force Memorandum, "HAF SII 20-02: DNIF Guidance for COVID Vaccines," December 21, 2020.  No formal grounding is required for uncomplicated immunizations.

CONTROLLED UNCLASSIFIED INFORMATION

**Chapter 5**

**ADMINISTRATIVE ISSUES**

**5.1. Exemptions.**

5.1.1.  Guidance for religious accommodations is found in DAFI 52-201.  The MAJCOM, FLDCOM, DRU or FOA commander is the approval and denial authority for religious exemptions.  AF/SG is the appellate authority for any religious vaccine exemption requests.

5.1.2.  Administrative and medical exemptions are handled and coded IAW AFI 48-110.

5.1.2.1.  The only administrative exemption is for members on approved terminal leave.

5.1.2.1.1.  Official documentation from the Squadron Commander including the administrative code and duration (specific date, temporary, indefinite) of exemption will be presented to the Immunization Clinic.  Validated administrative exemptions will then be entered into ASIMS by the Immunization Clinic staff.

5.1.2.2. Medical Exemptions may be authorized under AFI 48-110.  See paragraph 4.5.1. for procedures.

**5.2. Healthcare Access Guidelines**.  At the time of immunization, all vaccine recipients will be provided information on potential adverse events.

5.2.1.  Whenever an individual presents to an MTF expressing a belief that the condition for which the treatment is sought is related to an immunization received in a DoD clinic, they are authorized initial or emergency care to evaluate and treat an actual or perceived adverse reaction.  Care may also be provided by a civilian medical facility in the following circumstances: an individual believes the situation to be an emergency and the civilian hospital is the nearest facility or an individual is on leave status, TDY or in a non-duty status (ARC personnel) and there are no MTFs within 50 miles.  Pre-approval may still be required depending on the specific circumstances when not an emergent situation.  Refer to AFI 48-110 for additional guidance.

5.2.1.1.  ARC Personnel.  If a member suffers an adverse reaction from a DoD-directed immunization while in an approved duty status, it is an LOD condition.

**5.3. Refusal Management.**

5.3.1.  Military Members.  A commander ordering a military member to take the COVID-19 vaccine constitutes a lawful order.  However, the member's commander may exercise his or her discretion in handling refusal cases.  When issuing an order to a military member to take the COVID-19 vaccine, if an individual indicates he or she is going to refuse the COVID-19 vaccination or has initially refused the vaccination the following approach should be used:

CONTROLLED UNCLASSIFIED INFORMATION

5.3.1.1.  Find out why the individual is reluctant.

5.3.1.2.  Provide the member with appropriate education.

5.3.1.3.  Combinations of concerns may require education by a number of people; for example:

5.3.1.3.1.  Concerns with vaccine safety, efficacy, or health risks should be sent to the supporting medical organization (if not previously accomplished).  Medical education should be tailored to the specific concerns of the individual (efficacy, reproduction, allergic reactions, etc.) and should be accomplished by a health care provider knowledgeable about the COVID-19 vaccine and who is able to address the specific medical concerns of the individual.  The medical counseling will be documented in the individual's medical record.

5.3.1.3.2.  If the member is still reluctant after additional education, send the member to the Area Defense Counsel for an explanation of the potential consequences of his/her refusal.

5.3.1.4.  The commander should ensure the order, and accompanying counseling on appropriate resources, is documented in writing.

5.3.1.5.  If the member refuses to follow the order to vaccinate, consult with the servicing Staff Judge Advocate's office for appropriate action.

5.3.1.6.  Notify the Immunization Clinic of the decision so the proper administrative code can be entered in ASIMS.

5.3.2.  Management of Vaccine Refusal in the Immunization Clinic.

5.3.2.1.  If an individual subject to the vaccination requirement, as identified in paragraph 1.2.3 of this plan, refuses a fully FDA-approved COVID-19 vaccine, the technician should notify the Immunization Clinic NCOIC/OIC before that individual leaves the clinic.  The NCOIC/OIC (or technician if they are not available) should verify again that the individual has been offered the FDA Fact Sheet and the opportunity to ask questions. Notify the SGH.  (Note: IAW FDA guidance, COMIRNATY® has the same formulation and can be used interchangeably with the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine.  Providers can use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine.)

5.3.2.2.  SGH will ensure appropriate commanders are aware of refusals.

5.3.2.3.  Vaccine refusal should be handled with the appropriate regard to the individual's privacy.

CONTROLLED UNCLASSIFIED INFORMATION

**ATTACHMENT 1 – RELIGIOUS ACCOMMODATION REQUESTS**

| **Post-Accession Immunization Exemption Requests** | | |
|---|---|---|
| | **STEPS** | **NOTES** |
| 1 | **Member** requests exemption of immunization requirements via letter addressed to the appropriate approval authority (MAJCOM/FLDCOM) for immunizations) | Include, at a minimum, the name, grade, DoD Identification number, faith group, unit, and specialty code of the Airman or Guardian; the nature of the accommodation requested; the religious basis for the request; a comment on the sincerity of the request; and the substantial burden on the member's expression of religion. (DAFI 52-201, par. 5.3)<br>• Example at DAFI 52-201, Attachment 6.<br>• Decision authority is member's MAJCOM/FLDCOM, DRU or FOA commander (DAFI 52-201, par. 6.6.1)<br>• Member has a *temporary exemption* from immunization while request is processing (DAFI 52-201, par. 2.12) |
| 2 | Unit **commander** counsels the requestor after receiving the request | CC should counsel member that noncompliance with immunization requirements may adversely affect readiness for deployment, assignment, international travel, or result in other administrative consequences (DAFI 52-201, par. 6.6.1.1)<br><br>CC's counseling must be documented in a memorandum and included with the religious accommodation request package. |
| 3 | Military **medical provider** counsels the requestor | Counseling must be documented in a memorandum and included with the request package (DAFI 52-201, par. 6.6.1.)<br><br>Military provider must ensure member is making an informed decision and should address, at minimum, specific info about the disease concerned, specific vaccine info (including product constituents, benefits, risks), and potential risks of infection for unimmunized individuals (AFI 48-110, para 2-6b.(3)(a)2.) |
| 4 | Military **Chaplain** interviews the requestor | Chaplain must complete Interview Checklist (Attachment 5) and draft written memo (DAFI 52-201, par. 5.4) |
| 5 | Submit package to the Religious Resolution Team (**RRT**) for review. | At Installation level, the RRT will include the commander (or designee), Senior Installation Chaplain (or equivalent), public affairs officer, and staff judge advocate, and a medical provider (DAFI 52-201, par. 3.8.1.1)<br><br>Wing/Delta Chaplain, as lead for RRT, shall write the memo to the decision authority detailing the RRT recommendation and any dissenting views of<br>others (DAFI 52-201, par. 5.6.3) |
| 6 | **Staff judge advocate** will draft a written legal review. | The review will also state whether the request and enclosures are complete within the provisions of the DAFI 52-201. |

CONTROLLED UNCLASSIFIED INFORMATION

| 7 | **Each commander** shall endorse the request with recommendation for approval or disapproval and forward through the chain of command to the decision authority. | Endorsements must address (DAFI 52-201, par. 6.6.1.5):<br>• If there is a compelling government interest and any effect the accommodation will have on readiness, unit cohesion, good order and discipline, health, or safety, and impact on the duties of the member<br>• whether **less restrictive means** can be used to meet the government's compelling government interest<br>• **30 business days** for CONUS requests (**60 business days** for OCONUS requests and requests from Reserve Component members not on active duty) from the date of submission to unit to final action by MAJCOM/FLDCOM commander and notification to the member (DAFI 52-201, Table 2.1)<br><br>NOTE: Although AFI 48-110 says the AF only grants temporary immunization exemptions, the newer DAFI 52-201 states that approvals will remain in effect during follow-on duties, assignments, or locations, and for the duration of a Service member's military career. However, there may be a change in circumstances that requires the accommodation to be reevaluated in the future (e.g., deployment, new duties, or other material change in circumstances). (DAFI 52-201, par. 5.7.2)<br>• DAFI 52-201, par. 5.7.3. New requests for the same accommodation are not necessary upon new assignment, transfer of duty stations, temporary duty, or other significant changes in circumstances, including deployment unless noted on the approval memorandum.DAFI 52-201, par. 5.7.4. Approved accommodations will continue unless the member's commander determines a compelling government interest exists requiring a temporary or permanent withdrawal of the approval. (T-1). |
| 8 | **MAJCOM/FLDCOM, DRU, or FOA commander determines whether approval, or partial / complete denial is appropriate** | If denial - he/she will indicate so on the memorandum, indicate the reasoning for disapproval and forward it to the servicing FSS (DAFI 52-201, par. 6.6.1.6). |
| 9 | **Servicing FSS ensures a copy of the final decision is included in the member's automated personnel records.** | DAFI 52-201, par. 6.6.1.6 |
| 10 | **Member's commander should notify the member of the final decision.** | DAFI 52-201, par. 6.6.1.6 |

CONTROLLED UNCLASSIFIED INFORMATION

| 11 | Member may appeal decision to AF/SG | Member shall address a memorandum to the appeal authority with a copy given to the previous disapproval authority and provide the memorandum to the unit commander for processing (DAFI 52-201, par. 5.8.2)<br><br>AF/SG is ultimate appeal authority for immunization exemptions (DAFI 52-201, Table 6.1)<br><br>30 business days to resolve appeal (DAFI 52-201, par. 2.10) |
|----|----|----|

| Checklist for Required Package Items |
|---|
| Member's request letter *(DAFI 52-201, par. 5.3 and 6.6.1)* |
| Unit CC's Written Counseling w/ requestor *(DAFI 52-201, par. 6.6.1.1)* |
| Chaplain's Interview Memo w/ requestor *(DAFI 52-201, par. 5.4 and 4.2.7)* |
| Military Medical Provider Counseling Memo w/ requestor *(DAFI 52-201, par. 6.6.1.2 and AFI 48-110, par. 2-6b.(3)(a)2.)* |
| SJA Legal Review (DAFI 52-201, par. 5.6.2) |
| RRT's Recommendation from Wing Chaplain to Unit CC (DAFI 52-201, par. 5.6.1 and 6.6.1.3) |
| Chain of Command Recommendations (DAFI 52-201, par. 6.6.1.5). NOTE: there may be a change in circumstances that requires the accommodation to be reevaluated in the future (e.g., deployment, new duties, or other material change in circumstances). (DAFI 52-201, par. 5.7.2). We recommend CC endorsements consider whether to include any recommended circumstances that would require reevaluation (such as overseas PCS or deployments). |

CONTROLLED UNCLASSIFIED INFORMATION

**ATTACHMENT 2 - MEDICAL EXEMPTION REQUESTS**

| **Immunization Medical Exemption Requests** | |
|---|---|
| <u>**STEPS**</u> | <u>**NOTES**</u> |
| 1 | **Member** requests medical exemption of COVID-19 immunization requirements | - Member notifies commander of possible contraindication to vaccine |
| 2 | Unit **commander** ensures member is evaluated by military medical provider | |
| 3 | Military **medical provider** evaluates member | - Provider evaluates potential contraindication based on the health of vaccine candidate and the nature of the vaccine under consideration; counsels member on vaccine compliance |
| 4 | **Medical provider makes determination** | - Provider documents exemption in ASIMS and electronic health record |
| 5 | **Commander** reviews ASIMS | - Commander has awareness of member's readiness status |

EXHIBIT 12 SecDef Memo



# SJA UPDATE

**10 Sep 2021** · **Mandatory COVID-19 Vaccinations** · **21-4**

**Conehead POCs**

CAPT Rock DeTolve,
Division Director
703.614.0925

Mr. Steve Milewski,
Deputy Div Dir
703.614.5740 (office)
571-319-6729 (cell)

CDR Dominic
Antenucci,
Branch Head 131,
Personnel Law
703.614.7404

LCDR Sarah Dorsett,
Branch Head 132,
Ethics/Stds of Conduct
703.614.7479

CDR Jennifer Pike,
Branch Head 133,
Legs/Regs/FOIA/PA/
Disability
703.614.7408

CDR Justin Pilling,
Branch Head 134,
Command Authority &
Investigations
703.614.5757

**OJAG, Code 13
1000 Navy Pentagon,
Room 4D641
Washington, D.C.
20350-1000
Fax: 703.614.9400**

1. **Purpose**. This SJA Update provides information and guidance to staff judge advocates on the mandatory COVID-19 vaccinations of Navy service members on active duty or in the Ready Reserve. We will tell you what we know, what we don't know, and what to expect in the coming days and weeks. All staff judge advocates should read enclosures (1) – (5), which are summarized below.

2. **Enclosures**

    (1) SECDEF memo of 24 Aug 21
    (2) ALNAV 062/21
    (3) NAVADMIN 190/21
    (4) BUMED memo 6300 Ser M00/21M00035 of 3 Sep 21
    (5) ASN (MR&A) memo of 8 Sep 21
    (6) NAVPERS 1070/613, COVID-19 Vaccination Administrative
        Counseling/Warning

3. **What we know**

- The primary authorities governing mandatory COVID-19 vaccinations of Navy service members are the SECDEF memo of 24 Aug 21, ALNAV 062/21, NAVADMIN 190/21, BUMED memo 6300 Ser M00/21M00035 of 3 Sep 21, and ASN (M&RA) memo of 8 Sep 21. *See* enclosures (1) – (5). All staff judge advocates should read these documents and be familiar with their requirements.

- **SECDEF's mandate**. Navy service members on active duty and in the Ready Reserve must become "<u>fully vaccinated</u>" against COVID-19 no later than 28 Nov 21 (for active-duty members) and 28 Dec 21 (for Ready Reserve members).[1] ALNAV 062/21, ¶ 4.

- **The order to become fully vaccinated is a lawful order**. Refusal to be fully vaccinated against COVID-19, absent an approved administrative or medical exemption, will constitute a failure to obey a lawful order and is punishable under the Uniform Code of Military Justice and/or may result in administrative action. ALNAV 062/21, ¶ 5; NAVADMIN 190/21, ¶ 3c.

- **"Fully vaccinated"**

    o  Service members are considered "fully vaccinated" two weeks after completing the second dose of a two-dose COVID-19 vaccine or two

weeks after receiving a single dose of a one-dose vaccine. NAVADMIN 190/21, ¶ 2b.

o   Service members with a previous COVID-19 infection are <u>not</u> considered fully vaccinated.  NAVADMIN 190/21, ¶ 3d(1).

- **Currently, there are three available exemptions from mandatory vaccinations.**

   (1) Service members who are actively participating in COVID-19 **clinical trials** are exempted from mandatory vaccination until the trial is complete in order to avoid invalidating such clinical trial results. SECDEF memo of 24 Aug 21; ALNAV 062/21 ¶ 5; NAVADMIN 190/21 ¶ 3d(2).

   (2) An **approved medical exemption** from the COVID-19 vaccine under BUMEDINST 6230.15B of October 7, 2013.  The approval authority is the first Navy Medical Department Flag Officer in the medical provider's chain of command.  *See* NAVADMIN 190/21, ¶ 3d.

   (3) An **approved religious accommodation** for the COVID-19 vaccine under BUPERS Instruction 1730.11A of March 16, 2020 and MILPERSMAN 1730-020.  *Id.*  The approval authority is the Chief of Naval Personnel.

- We understand that BUMED, together with the other Military Departments, is reviewing the administrative exemption from *deployment (mobility) immunizations* within 180 days before separation or retirement under BUMEDINST 6230.15B, ¶ 2-6b(1), in order to determine its applicability to mandatory COVID-19 vaccinations.  Guidance will be forthcoming.

- **On 8 Sep 21, ASN (M&RA) clarified the use of the Pfizer-BioNTech vaccine for mandatory vaccinations in the DON.**

   o   **Bottom line – the Pfizer-BioNTech vaccine and the Comirnaty vaccine have the same formulation and are interchangeable.** Mandatory vaccinations in the Navy will use the current stock of the Pfizer-BioNTech vaccine.  The Comirnaty vaccine won't be readily available for eight to twelve weeks based on current estimates, which are subject to change.

- **New Page 13.**  On 9 Sep 21, the JAG and OPNAV N3N5 approved a new Page 13, which implements the ASN (M&RA) memo of 8 Sep 21 regarding the use of the Pfizer-BioNTech vaccine.  *See* enclosure (6).  This version will be posted on the N3N5 portal, available at: https://portal.secnav.navy.mil/cop/crc/COVID/Documentationand PDFTraining/Forms/Allitems.aspx.

---

[1]The Ready Reserve consists of service members in the Selected Reserve (SELRES) and the Individual Ready Reserve (IRR).  *See* 10 U.S.C. chapter 1005.

The old Page 13 was and remains valid, but the new Page 13 clarifies the validity of vaccinations using the Pfizer-BioNTech vaccine.

- **Withholding of Disciplinary Authority**. Enclosure (3) withholds commanders' authority to initiate non-judicial punishment, courts-martial, or administrative processing in cases of Navy service members refusing the vaccine. This withholding would apply to all allegations of offenses arising from the member's refusal, including violations of UCMJ Articles 86 (*Failure to Go*), 89 (*Disrespect Toward a Superior Commissioned Officer*), 90 (*Willfully Disobeying a Superior Commissioned Officer*), 91 (*Insubordinate Conduct Toward a Warrant, Noncommissioned, or Petty Officer*), and 92 (*Failure to Obey an Order*). Further questions pertaining to military justice should be referred to Code 20. https://portal.secnav.navy.mil/orgs/JAG/20/SitePages/Home.aspx

4. <u>**Under further consideration**</u>

- Who will be the COVID-19 Consolidated Disposition Authority (CCDA) and when the CCDA will be appointed.

- When additional guidance on providing matters to the CCDA will be announced via NAVADMIN.

- How the CCDA will receive and process information.

- How the Navy Reserve is effecting the mandate for service members in the SELRES and IRR.

5. <u>**Best practices**</u>

- **Master the applicable authorities**. You should advise your commanders, their staffs, and commanding officers regarding their duties and responsibilities under the applicable authorities governing mandatory vaccinations, as well as the range of medical and administrative exemptions and counseling options available to service members. Take time to study the authorities, identify issues, and propose solutions to ISIC SJAs for discussion and resolution.

- **Expect the initial steps to involve data calls**. As a necessary first step, the CCDA will need information – the name, rank, duty status (active-duty, SELRES, IRR), and parent command of those service members who've refused to comply with the lawful order to receive the mandatory vaccination and do not have an approved or pending exemption. How this information will be submitted to the CCDA is TBD. But you should expect to assist and guide your commanders and commanding officers with taking the steps necessary under NAVADMIN 190/21, including the provision of a Page 13 counseling (enclosure (6)), to identify those service members who refuse the lawful order to become fully vaccinated against COVID-19.

- **Civilians/Contractors**. Forward questions pertaining to civilian and contractor vaccinations to the appropriate OGC attorney in your chain of command.

- **Expect additional SJA updates from Code 13**. When we have updates, answers to questions, or further guidance, we'll do our best to publish it as quickly as possible.

6. **Branch 134 Points of Contact**. Current Branch 134 personnel are listed below. The Code 13 SharePoint site provides updated contact information at: https://portal.secnav.navy.mil/orgs/JAG/13II/SitePages/Home.aspx.

CDR Justin Pilling, justin.d.pilling@navy.mil; (703) 614-5757;
LCDR Christian Colburn, christian.l.colburn1@navy.mil; (703) 614-5783;
LT Sara Black (primary POC for 138/1150 and EO/SH appeal issues),
  sara.black@navy.mil; (703) 692-2421

# EXHIBIT13
# DON BU/MED



**DEPARTMENT OF THE NAVY**
**BUREAU OF MEDICINE AND SURGERY**
**7700 ARLINGTON BOULEVARD**
**FALLS CHURCH VA 22042**

IN REPLY REFER TO
6300
Ser M00/21M00035
3 Sep 21

MEMORANDUM FOR COMMANDER, NAVAL MEDICAL FORCES ATLANTIC
COMMANDER, NAVAL MEDICAL FORCES PACIFIC
COMMANDER, NAVAL MEDICAL FORCES SUPPORT
COMMAND

Subj:   INTERCHANGABILITY OF FOOD AND DRUG ADMINISTRATION-APPROVED
PFIZER-BIONTECH VACCINE COMIRNATY® AND FOOD AND DRUG
ADMINISTRATION-AUTHORIZED PFIZER-BIONTECH VACCINE UNDER
EMERGENCY USE AUTHORIZATION

Ref:   (a) Comirnaty® Biologics License Application
(b) Emergency Use Authorization for Pfizer-BioNTech COVID-19 vaccine of
23 Aug 2021

1.  <u>Purpose</u>.  Address the interchangeability of the Food and Drug Administration (FDA)-approved Comirnaty® and FDA-authorized Pfizer-BioNTech Coronavirus Disease 2019 (COVID-19) vaccine.

2.  <u>Background</u>.  On 23 August 2021, the FDA approved the Biologics License Application submitted by Pfizer-BioNTech for individuals 16 years of age and older, reference (a).  On the same day the FDA revised the Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine for individuals 12-15 years of age and for a third dose in immunocompromised individuals, reference (b).

3.  The FDA-approved vaccine, and the vaccine used under the EUA, have the same formulation, and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns.  Navy medical providers can use Pfizer-BioNTech doses previously distributed under the EUA to administer mandatory vaccinations.

B. L. GILLINGHAM

Copy to:
COMPACFLT
COMUSFLTFORCOM
OPNAV (N3N5)
HQMC HS

EXHIBIT 14
Dr.
McCullough
Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

**Exhibit 1 of Complaint for Declaratory Judgment**

**AFFIDAVIT OF DR. PETER A. MCCULLOUGH IN SUPPORT OF DECLARATORY
JUDGMENT COMPLAINT**

I, Doctor **Peter A. McCullough**, MD, MPH, being duly sworn, depose and state as follows:

1.      I make this affidavit in support of the above referenced Complaint as expert testimony in support thereof.

2.      The expert opinions expressed here are my own and arrived at from my persons, professional and educational experiences taken in context, where appropriate, by scientific data, publications, treatises, opinions, documents, reports and other information relevant to the subject matter.

**Experience & Credentials**

3.      I am competent to testify to the facts and matters set forth herein.  A true and accurate copy of my *curriculum vitae* is attached hereto as **Exhibit A**.

4.      After receiving a bachelor's degree from Baylor University, I completed my medical degree as an Alpha Omega Alpha graduate from the University of Texas Southwestern Medical School in Dallas. I went on to complete my internal medicine residency at the University of Washington in Seattle, a cardiology fellowship including service as Chief Fellow at William Beaumont Hospital, and a master's degree in public health at the University of Michigan.

5.      I am board certified in internal medicine and cardiovascular disease and hold an additional certification in clinical lipidology, and previously echocardiography.  I am on the active medical staff at Baylor University Medical Center and Baylor Jack and Jane Hamilton Heart and Vascular Hospital, in Dallas, Texas. I am also on staff at Baylor Heart and Vascular Institute, which promotes cardiovascular research and education. I practice internal medicine and clinical cardiology as well as teach and conduct research, and I am an active scholar in medicine with roles as an author, editorialist, and reviewer for dozens of major medical journals and textbooks.  I am Professor of Medicine at Texas Christian University and the University of North Texas Health Sciences Center School of Medicine.

6.      I have led clinical, education, research, and program operations at major academic centers (Henry Ford Hospital, Oakland University William Beaumont School of Medicine) as well as academically oriented community health systems.  I spearheaded the

clinical development of *in vitro* natriuretic peptide and neutrophil gelatinase associated lipocalin assays in diagnosis, prognosis, and management of heart and kidney disease now used worldwide.  I also led the first clinical study demonstrating the relationship between severity of acute kidney injury and mortality after myocardial infarction.  I have contributed to the understanding of the epidemiology of chronic heart and kidney disease through many manuscripts from the Kidney Early Evaluation Program Annual Data Report published in the American Journal of Kidney Disease and participated in clinical trial design and execution in cardiorenal applications of acute kidney injury, hypertension, acute coronary syndromes, heart failure, and chronic cardiorenal syndromes. I participated in event adjudication (involved attribution of cause of death) in trials of acute coronary syndromes, chronic kidney disease, heart failure, and data safety and monitoring of anti-diabetic agents, renal therapeutics, hematology products, and gastrointestinal treatments.  I have served as the chairman or as a member of over twenty randomized trials of drugs, devices, and clinical strategies.  Sponsors have included pharmaceutical manufacturers, biotechnology companies, and the National Institutes of Health.

7.     I frequently lecture and advise on internal medicine, nephrology, and cardiology for leading institutions worldwide.  I am recognized by my peers for my work on the role of chronic kidney disease as a cardiovascular risk state.  I have over 1,000 related scientific publications, including the "Interface between Renal Disease and Cardiovascular Illness" in Braunwald's Heart Disease Textbook.  My works have appeared in the New England Journal of Medicine, Journal of the American Medical Association, and other top-tier journals worldwide.  I am an associate editor of the American Journal of Cardiology and the American Journal of Kidney Diseases.  I have testified before the U.S. Senate Committee on Homeland Security and Governmental Affairs, the U.S. Food and Drug Administration Cardiorenal Advisory Panel and its U.S. Congressional Oversight Committee, and the Texas Senate Committee on Health and Human Services.

8.     I am a Fellow of the American College of Cardiology, the American Heart Association, the American College of Physicians, the American College of Chest Physicians, the National Lipid Association, and the National Kidney Foundation.  I am also a Diplomate of the American Board of Clinical Lipidology.

9.     In 2013, I was honored with the International Vicenza Award for Critical Care Nephrology for my contribution and dedication to the emerging problem of cardiorenal syndromes. I am the President of the Cardiorenal Society of America, an organization dedicated to bringing together cardiologists and nephrologists, and I engage in research, improved quality of care, and community outreach to patients with both heart and kidney disease.[1]

10.     I am the current President of the Cardiorenal Society of America, a professional organization dedicated to advancing research and clinical care for patients who have combined heart and kidney disease.  I am the Editor-in-Chief of *Cardiorenal Medicine*, a

---

[1] *See* http://www.cardiorenalsociety.org/.

primary research journal listed by the National Library of Medicine which is the only publication with a primary focus on research concerning patients with combined heart and kidney disease. Finally, I am the Editor-in-Chief of *Reviews in Cardiovascular Medicine*, a widely read journal that publishes reviews on contemporary topics in cardiology and is also listed by the National Library of Medicine.

11.    My appended *curriculum vitae* further demonstrates my academic and scientific achievements and provides a list of publications authored by me over the past thirty years.

12.    Since the outset of the pandemic, I have been a leader in the medical response to the COVID-19 disaster and have published "Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection," the first synthesis of sequenced multidrug treatment of ambulatory patients infected with SARS-CoV-2 in the *American Journal of Medicine* and updated in *Reviews in Cardiovascular Medicine*.[2]  I have forty-seven peer-reviewed publications on the COVID-19 infection cited in the National Library of Medicine. Through a window to public policymakers, I have contributed extensively on issues surrounding the COVID-19 crisis in a series of OPED's for *The Hill*. I testified on the SARS-CoV-2 outbreak in the U.S. Senate Committee on Homeland Security and Governmental Affairs on November 19, 2020.  I testified on lessons learned from the pandemic response in the Texas Senate Committee on Health and Human Services on March 10, 2021, and on early treatment of COVID-19 for the Colorado General Assembly on March 31, 2021.  Additionally, I testified in the New Hampshire Senate on legislation concerning the investigational COVID-19 vaccine on April 14, 2020.  My expertise on the SARS-CoV-2 infection and COVID-19 syndrome, like that of infectious disease specialists, is approximately eighteen months old.  I have formed my opinions based upon my direct clinical experience with acute and convalescent COVID-19 cases as well as on closely following the preprint and published literature on the outbreak.  I have additionally, specifically reviewed all of the key published rare cases and reports concerning possible recurrence of SARS-CoV-2.

## Opinion

---

[2] McCullough PA, Kelly RJ, Ruocco G, Lerma E, Tumlin J, Wheelan KR, Katz N, Lepor NE, Vijay K, Carter H, Singh B, McCullough SP, Bhambi BK, Palazzuoli A, De Ferrari GM, Milligan GP, Safder T, Tecson KM, Wang DD, McKinnon JE, O'Neill WW, Zervos M, Risch HA. Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection. Am J Med. 2021 Jan;134(1):16-22. doi: 10.1016/j.amjmed.2020.07.003. Epub 2020 Aug 7. PMID: 32771461; PMCID: PMC7410805 available at https://pubmed.ncbi.nlm.nih.gov/32771461/; McCullough PA, Alexander PE, Armstrong R, Arvinte C, Bain AF, Bartlett RP, Berkowitz RL, Berry AC, Borody TJ, Brewer JH, Brufsky AM, Clarke T, Derwand R, Eck A, Eck J, Eisner RA, Fareed GC, Farella A, Fonseca SNS, Geyer CE Jr, Gonnering RS, Graves KE, Gross KBV, Hazan S, Held KS, Hight HT, Immanuel S, Jacobs MM, Ladapo JA, Lee LH, Littell J, Lozano I, Mangat HS, Marble B, McKinnon JE, Merritt LD, Orient JM, Oskoui R, Pompan DC, Procter BC, Prodromos C, Rajter JC, Rajter JJ, Ram CVS, Rios SS, Risch HA, Robb MJA, Rutherford M, Scholz M, Singleton MM, Tumlin JA, Tyson BM, Urso RG, Victory K, Vliet EL, Wax CM, Wolkoff AG, Wooll V, Zelenko V. Multifaceted highly targeted sequential multidrug treatment of early ambulatory high-risk SARS-CoV-2 infection (COVID-19). Rev Cardiovasc Med. 2020 Dec 30;21(4):517-530. doi: 10.31083/j.rcm.2020.04.264. PMID: 33387997 available at https://pubmed.ncbi.nlm.nih.gov/33387997/.

13.     I have reviewed the Complaint for Declaratory Judgment which delineates the subject matter relating to proposed acts by the United States Department of Defense to compel Investigative New Drugs under the Emergency Use Authorization to the members of the Armed forces that have contracted and recovered from the Covid-19 virus.

14.     I am competent to opine on the medical aspects of these allegations based upon my above-referenced education and professional medical experience and the basis of my opinions are formed as a result of my education and experience.

15.     As a Medical Doctor and scientist in the biological health and treatment of human beings, I confirm and attest that:

a)  the fatality rate of the Covid- 19 virus, or any variation thereof, including the so called "Delta" or "Lambda" (hereinafter "Virus") is .0046% across combined age groups in the United States;

b)  the fatality rate associated with the Virus does not meet the definition of a "Pandemic" as declared by the Defendants World Health Organization, Centers for Disease Control and Prevention, The National Institutes of Health or any other governmental or non-governmental agency or entity acting with authority to make such a declaration;

c)  there are widely available methods to reduce the risk of infection with SARS-CoV-2 including anti-infective oral and nasal sprays and washes, oral medications, and outpatient monoclonal antibodies, which are "approved" drugs by the Food and Drug Administration and highly effective in preventing and treating the Virus; (references:     https://www.amjmed.com/article/S0002-9343(20)30673-2/fulltext;  &   https://rcm.imrpress.com/EN/10.31083/j.rcm.2020.04.264,  & https://doi.org/10.23958/ijirms/vol06-i03/1100;

d)  Of those people that have already contracted and recovered from the Virus  there is no better protection against reinfection, including the foregoing named therapeutics.

e)  In fact, more than thirty percent (+30%) of the global population have already had and recovered from the Virus due to its highly contagious and extremely low mortality rate.   Indeed, the Virus as an isolated infection is substantially less fatal than any year's normal flu or Corona Virus.

f)  Multiple studies, including but not limited to: "Immunological memory to SARS-CoV-2 assessed for greater than six months after infection;" "SARS-CoV-2 infection induces long-lived bone marrow plasma cells in humans;" "Exposure to

SARS-CoV-2 generates T-cell memory in the absence of a detectable viral infection;" and "Protection afforded by the BNT162b2 and mRNA-1273 COVID-19 vaccines in fully vaccinated cohorts with and without prior infection;" have studied, documented and proven that long-term and usually lifetime protection is provided by antibodies developed naturally by people who have contracted flu and flu-family viruses, such as the Virus. Scientific and peer-reviewed articles cited are attached annexed as a part of this Sworn Affidavit as appendixes hereto.

g) Further, multiple studies, including but not limited to: "Necessity of COVID-19 vaccination in previously infected individuals;" "Comparison of kinetics of immune responses to SARS-CoV-2 proteins in individuals with varying severity of infection and following a single dose of the AZD1222;" and "Quantifying the risk of SARS-CoV-2 reinfection over time" have demonstrated that people who have been inoculated with any of the three Investigational New Drug, Emergency Use Only Covid 19 vaccines produced by Moderna, Pfizer and Johnson & Johnson, have had little, no or even negative effects on people who receive them after having developed natural immunity. Scientific and peer-reviewed articles cited are attached annexed as a part of this Sworn Affidavit as appendixes hereto.

h) There are many VAERS and other documented reports demonstrating that people who already had naturally developed immunity who later received one of the IND/EUA Covid 19 vaccines may have been injured or conditions exacerbated by the use of said vaccines after having natural immunity.

i) To put it concisely and bluntly, people who have the naturally created antibodies resulting from contracting and recovering from the Virus should not receive any inoculation against the virus or any family or variant thereof because it will do more harm than good.

Peter A. McCullough, MD, MPH

State of Texas                    §
                                  §
County of Dallas                  §

The undersigned, being duly sworn, deposes and says:

I, Peter A. McCullough, MD, MPH, declare under the penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

I am an adult of sound mind, 58 years old, and declare that the information herein is true, correct and complete and that I have voluntarily affirmed this affidavit based upon my own personal knowledge, education, and experience, and under the penalty of perjury of the laws of the United States of America.

SUBSCRIBED AND SWORN TO BEFORE ME on the 6 day of August 2021, to certify which witness my hand and official seal.

DIXIE LEE FRAZIER
Notary ID #131563137
My Commission Expires
May 10, 2022

Notary Public for the State of Texas

My Commission Expires: May 10, 2022

EXHIBIT 15
Cleveland
Clinic Study

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 82 of 100
medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

# Necessity of COVID-19 vaccination in previously infected individuals

Nabin K. Shrestha,[1] Patrick C. Burke,[2] Amy S. Nowacki,[3] Paul Terpeluk,[4] Steven M. Gordon[1]

From the Departments of [1]Infectious Diseases, [2]Infection Prevention, [3]Quantitative Health Sciences, and [4]Occupational Health, Cleveland Clinic, Cleveland, Ohio.

**Keywords:** SARS-CoV-2; COVID-19; Incidence; Vaccines; Immunity;

**Running Title:** COVID-19 vaccination if already infected

**Corresponding author:**

Nabin K. Shrestha, MD, MPH

9500 Euclid Avenue / G-21

Cleveland, OH 44195

Phone: 216-636-1873 / Fax: 216-445-9446 / Email: shrestn@ccf.org

**Summary:** Cumulative incidence of COVID-19 was examined among 52238 employees in an American healthcare system. COVID-19 did not occur in anyone over the five months of the study among 2579 individuals previously infected with COVID-19, including 1359 who did not take the vaccine.

1

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 83 of 100
medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

# ABSTRACT

***Background.*** The purpose of this study was to evaluate the necessity of COVID-19 vaccination in persons previously infected with SARS-CoV-2.

***Methods.*** Employees of the Cleveland Clinic Health System working in Ohio on Dec 16, 2020, the day COVID-19 vaccination was started, were included. Any subject who tested positive for SARS-CoV-2 at least 42 days earlier was considered previously infected. One was considered vaccinated 14 days after receipt of the second dose of a SARS-CoV-2 mRNA vaccine. The cumulative incidence of SARS-CoV-2 infection over the next five months, among previously infected subjects who received the vaccine, was compared with those of previously infected subjects who remained unvaccinated, previously uninfected subjects who received the vaccine, and previously uninfected subjects who remained unvaccinated.

***Results.*** Among the 52238 included employees, 1359 (53%) of 2579 previously infected subjects remained unvaccinated, compared with 22777 (41%) of 49659 not previously infected. The cumulative incidence of SARS-CoV-2 infection remained almost zero among previously infected unvaccinated subjects, previously infected subjects who were vaccinated, and previously uninfected subjects who were vaccinated, compared with a steady increase in cumulative incidence among previously uninfected subjects who remained unvaccinated. Not one of the 1359 previously infected subjects who remained unvaccinated had a SARS-CoV-2 infection over the duration of the study. In a Cox proportional hazards regression model, after adjusting for the phase of the epidemic, vaccination was associated with a significantly lower risk of SARS-CoV-2 infection among those not previously infected (HR 0.031, 95% CI 0.015 to 0.061) but not among those previously infected (HR 0.313, 95% CI 0 to Infinity).

***Conclusions.*** Individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination, and vaccines can be safely prioritized to those who have not been infected before.

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 84 of 100

It is made available under a CC-BY-NC-ND 4.0 International license .

(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.

## INTRODUCTION

The two FDA-approved (BNT162b2 mRNA [Pfizer-BioNTech] and mRNA-1273 [Moderna])
mRNA vaccines have been shown to be very efficacious in protecting against Severe Acute Respiratory
Syndrome (SARS) – associated Coronavirus-2 (SARS-CoV-2) infection [1,2]. The effectiveness of the
Pfizer-BioNTech vaccine in a real-world setting has also been shown to be comparable to the efficacy
demonstrated in clinical trials [3,4]. Given these, there has been an understandable desire to vaccinate as
many people as possible.

The ability to vaccinate a large part of the population is limited by the supply of vaccine. As of
March 21, 2021, 78% of 447 million doses of the coronavirus disease 2019 (COVID-19) vaccines that
had been deployed had gone to only ten countries [5]. The COVAX initiative was borne out of the
recognition that equitable distribution of vaccines worldwide was essential for effective control of the
COVID-19 pandemic. However, the reality is that there is great disparity in the availability of vaccines
across countries. Countries with limited supplies of vaccine have to prioritize how their supply of
vaccines will be allocated within their populations. Criteria used for such prioritization have included
profession, age, and comorbid conditions. Data that inform prioritization criteria with help maximize the
benefits of whatever vaccine is available.

Observational studies have found very low rates of reinfection among individuals with prior
SARS-CoV-2 infection [6–8]. This brings up the question about whether it is necessary to vaccinate
previously infected individuals. These studies notwithstanding, there remains a theoretical possibility that
the vaccine may still provide some benefit in previously infected persons. A prior large observational
study concluded that immunity from natural infection cannot be relied on to provide adequate protection
and advocated for vaccination of previously infected individuals [9]. The CDC website recommends that
persons previously infected with SARS-CoV-2 still get the vaccine [10]. Despite these recommendations,
credible reports of previously infected persons getting COVID-19 are rare. The rationale often provided
for getting the COVID-19 vaccine is that it is safer to get vaccinated than to get the disease. This is

3

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 85 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21257762; this version posted June 2, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license .

certainly true, but it is not an explanation for why people who have already had the disease need to be vaccinated. A strong case for vaccinating previously infected persons can be made if it can be shown that previously infected persons who are vaccinated have a lower incidence of COVID-19 than previously infected persons who did not receive the vaccine.

The purpose of this study was to attempt to do just that, and thereby evaluate the necessity of the COVID-19 vaccine in persons who were previously infected with SARS-CoV-2.

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 86 of 100
is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
(which was not certified by peer review) It is made available under a CC-BY-NC-ND 4.0 International license .

## METHODS

### Study design

This was a retrospective cohort study conducted at the Cleveland Clinic Health System in Ohio, USA. The study was approved by the Cleveland Clinic Institutional Review Board. A waiver of informed consent and waiver of HIPAA authorization were approved to allow access to personal health information by the research team, with the understanding that sharing or releasing identifiable data to anyone other than the study team was not permitted without additional IRB approval.

### Setting

PCR testing for SARS-CoV-2 at Cleveland Clinic began on March 12, 2020, and a streamlined process dedicated to the testing of health care personnel (HCP) was begun shortly thereafter. All employees with a positive SARS-CoV-2 test were interviewed by Occupational Health, with date of onset of symptoms of COVID-19 being one of the questions asked. Vaccination for COVID-19 began at Cleveland Clinic on December 16, 2020. When initially started it was the Pfizer-BioNTech vaccine that was administered, until the Moderna vaccine became available, from which time employees received one or the other. All employees were scheduled to receive their second vaccine dose 28 days after the first one, regardless of which vaccine was given. The employee cohort was chosen for this study because of documentation of their COVID-19 vaccination and of any SARS-CoV-2 infection in the Occupational Health database.

### Participants

All employees of the Cleveland Clinic Health System, working in Ohio, on Dec 16, 2020, were screened for inclusion in the study. Those who were in employment on December 16, 2020, were included.

5

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 87 of 100

this version posted June 1, 2021. ; medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

## Variables

SARS-CoV-2 infection was defined as a positive nucleic acid amplification test. The date of infection was taken to be the date of onset of symptoms when available, and the date of specimen collection when not. A person was considered vaccinated 14 days after receipt of the second dose of the vaccine (which would have been 42 days after receipt of the first dose of the vaccine for most subjects). For the sake of consistency in the duration assumed for development of natural and vaccine immunity, any person who tested positive for SARS-CoV-2 at least 42 days before the vaccine rollout date, was considered previously infected. Other covariates collected were age, job location, job type (patient-facing or non-patient facing), and job category. The job location variable could be one of the following: Cleveland Clinic Main Campus, regional hospital (within Ohio), ambulatory center, administrative center, or remote location. The job category was one of the following: professional staff, residents/fellows, advance practice practitioners, nursing, pharmacy, clinical support, research, administration, and administration support.

## Outcome

The study outcome was time to SARS-CoV-2 infection, the latter defined as a positive nucleic acid amplification test for SARS-CoV-2 on or after December 16, 2020. Time to SARS-CoV-2 infection was calculated as number of days from December 16, 2020 (vaccine rollout date) to SARS-CoV-2 infection. Employees that had not developed a SARS-CoV-2 infection were censored at the end of the study follow-up period (May 15, 2021). Those who received the Johnson & Johnson vaccine (81 subjects) without having had a SARS-CoV-2 infection were censored on the day of receipt of the vaccine, and those whose employment was terminated during the study period before they had SARS-CoV-2 infection (2245 subjects) were censored on the date of termination of employment. The health system never had a requirement for asymptomatic employee test screening. Most of the positive tests, therefore, would have

6

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 88 of 100

is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

been tests done to evaluate suspicious symptoms. A small proportion would have been tests done as part of pre-operative or pre-procedural screening.

## Statistical analysis

A Simon-Makuch hazard plot [11] was created to compare the cumulative incidence of SARS-CoV-2 infection among previously infected subjects who were vaccinated, with those of previously infected subjects who remained unvaccinated, previously uninfected subjects who were vaccinated, and previously uninfected subjects who remained unvaccinated. Previous infection was treated as a time-independent covariate (SARS-CoV-2 infection at least 42 days before Dec 16, 2020), and vaccination (14 days after receipt of the second dose of the vaccine) was treated as a time-dependent covariate (Figure 1). Curves for the unvaccinated were based on data for those who did not receive the vaccine over the duration of the study, and for those who did until the date they were considered vaccinated, from which point onwards their data were recorded into the corresponding vaccinated set. A Cox proportional hazards regression model was fitted with time to SARS-CoV-2 infection as the outcome variable against vaccination (as a time-dependent covariate whose value changed on the date a subject was considered vaccinated)[12]. Previous infection (as a time-independent covariate) and an interaction term for previous infection and vaccination were included as covariates. The phase of the epidemic was adjusted for by including the slope of the epidemic curve as a time-dependent covariate whose value changed continuously with the slope of the epidemic curve. The analysis was performed by NKS and ASN using the *survival* package and R version 4.0.5 [12–14].

Case R1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 89 of 100
medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

## RESULTS

Of 52238 employees included in the study, 2579 (5%) were previously infected with SARS-CoV-2.

### Baseline characteristics

Those previously infected with SARS-CoV-2 were significantly younger (mean ± SD age; 39 ± 13 vs. 42 ± 13, p<0.001), and included a significantly higher proportion with patient-facing jobs (65% vs. 51%, p<0.001). Table 1 shows the characteristics of subjects grouped by whether or not they were previously infected. A significantly lower proportion of those previously infected (47%, 1220 subjects) were vaccinated by the end of the study compared to 59% (29461) of those not previously infected (p<0.001). Of those vaccinated, 63% received the Moderna vaccine. Twelve percent of subjects with previous SARS-CoV-2 infection did not have a symptom onset date, suggesting they may possibly have been identified on pre-operative or pre-procedural screening, and may not have had symptomatic infection. When vaccination was begun, the epidemic in Ohio was at the peak of its third wave (Figure 2).

### Cumulative incidence of COVID-19

Figure 3 is a Simon-Makuch plot showing that SARS-CoV-2 infections occurred almost exclusively in subjects who were not previously infected with SARS-CoV-2 and who remained unvaccinated. The cumulative incidence of SARS-CoV-2 infection among previously infected unvaccinated subjects did not differ from that of previously infected subjects who were vaccinated, and that of previously uninfected subjects who were vaccinated. For all three of these groups, the cumulative incidence of SARS-CoV-2 infection was much lower than that of subjects who were not previously infected and who remained unvaccinated. Of the 2154 SARS-CoV-2 infections during the study period, 2139 (99.3%) occurred among those not previously infected who remained unvaccinated or were waiting

8

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 90 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 1, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license .

to get vaccinated, and15 (0.7%) occurred among those not previously infected who were vaccinated. Not one of the 2579 previously infected subjects had a SARS-CoV-2 infection, including 1359 who remained unvaccinated throughout the duration of the study.

## Association of vaccination with occurrence of COVID-19

In a Cox proportional hazards regression model, after adjusting for the phase of the epidemic, vaccination was associated with a significantly lower risk of SARS-CoV-2 infection among those not previously infected (HR 0.031, 95% CI 0.015 – 0.061) but not among those previously infected (HR 0.313, 95% CI 0 – Infinity). The absence of events among those who were previously infected, whether they received the vaccine or not, precluded accurate or precise estimates for the latter effect size.

## Duration of protection

This study was not specifically designed to determine the duration of protection afforded by natural infection, but for the previously infected subjects the median duration since prior infection was 143 days (IQR 76 – 179 days), and no one had SARS-CoV-2 infection over the following five months, suggesting that SARS-CoV-2 infection may provide protection against reinfection for 10 months or longer.

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 91 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 2, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license .

## DISCUSSION

This study shows that subjects previously infected with SARS-CoV-2 are unlikely to get COVID-19 reinfection whether or not they receive the vaccine. This finding calls into question the necessity to vaccinate those who have already had SARS-CoV-2 infection.

It is reasonable to expect that immunity acquired by natural infection provides effective protection against future infection with SARS-CoV-2. Observational studies have indeed found very low rates of reinfection over the following months among survivors of COVID-19 [6–8]. Reports of true reinfections are extremely rare in the absence of emergence of new variants. When such reinfections occur, it would be purely speculative to suggest that a vaccine might have prevented them. Duration of protective immunity from natural infection is not known. However, the same also can be said about duration of protective immunity from vaccination. Uncertainty about the duration of protective immunity afforded by natural infection is not by itself a valid argument for vaccinating previously infected individuals. This study provides direct evidence that vaccination with the best available vaccines does not provide additional protection in previously infected individuals.

A prior study concluded that natural infection cannot be relied on to protect against COVID-19 [9]. That study was based on comparison of PCR-positivity rates during a second COVID-19 surge in Denmark between those who tested positive and negative during the first COVID-19 surge, and indirectly calculated that prior infection provided 80.5% protection against repeat infection, and that protection against those older than 65 years was only 47.1%. The study did not compare vaccinated and unvaccinated people, and it is therefore an assumption to consider that a vaccine would have provided better protection in that particular population. Furthermore, there was a gap of only seven weeks between the end of the first surge and the beginning of the second in that study. It is now well-known that a small number of people can continue to have positive PCR test results for several weeks to a few months after infection, one study finding that 5.3% remained positive at 90 days [15]. It is possible that some of the positives picked up in the early part of the second surge were not necessarily new infections but residual

10

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 92 of 100
medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

virus from the tail end of the first surge. Since the actual number of infections was small, a few such misclassifications could change the rates substantially. Our study examined rates of SARS-CoV-2 infection in vaccinated and unvaccinated individuals and showed that those previously infected who did not receive the vaccine did not have higher rates of SARS-CoV-2 infection than those previously infected who did, thereby providing direct evidence that vaccination does not add protection to those who were previously infected.

There are several strengths to our study. Its large sample size and follow-up of up to 5 months provide us with an ample degree of confidence in its findings. A major strength of our study is that we adjusted the analyses for the phase of the epidemic at all time points. The risk of acquisition of infection is strongly influenced by the phase of the epidemic at any given time, and it is important to adjust for this for accurate risk analyses. Given that was this a study among employees of a health system, and that the health system had policies and procedures in recognition of the critical importance of keeping track of the pandemic among its employees, we had an accurate accounting of who had COVID-19, when they were diagnosed with COVID-19, who received a COVID-19 vaccine, and when they received it.

The study has its limitations. Because we did not have a policy of asymptomatic employee screening, previously infected subjects who remained asymptomatic might have been misclassified as previously uninfected. Given this limitation, one should be cautious about drawing conclusions about the protective effect of prior asymptomatic SARS-CoV-2 infection. It should be noted though, that 12% of the subjects classified as previously infected did not have a symptom onset date recorded, suggesting that at least some of those classified as previously infected might have been asymptomatic infections. It is reassuring that none of these possibly asymptomatically infected individuals developed COVID-19 during the duration of the study. The study follow-up duration was short, being only five months, but this was longer than published mRNA vaccine efficacy studies [1,2], and longer than the follow-up duration of the largest published vaccine effectiveness studies to date [3,4]. Median freedom from reinfection (time from initial infection until end of follow-up) in this study, for those previously infected, of almost 10 months, is consistent with findings in an earlier study that immunoglobulin G (IgG) to the spike protein remained

11

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 93 of 100

It is made available under a CC-BY-NC-ND 4.0 International license .

(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.

stable over more than six months after an episode of infection [16]. Our study included no children and few elderly subjects, and the majority would not have been immunosuppressed. Data governance policies in our institution precluded us from obtaining detailed clinical information on employees. While one cannot generalize this study's findings to assume that prior infection would provide adequate immunity in these groups, there is also no reason to expect a vaccine to provide additional protection in these same groups. Lastly, it is necessary to emphasize that these findings are based on the prevailing assortment of virus variants in the community during the study. It is not known how well these results will hold if or when some of the newer variants of concern become prominent. However, if prior infection does not afford protection against some of the newer variants of concern, there is little reason to suppose that the currently available vaccines would either. Vaccine breakthrough infections with variants have indeed been reported [17].

Our study's findings have important implications. Worldwide, COVID-19 vaccines are still in short supply. As of March 9, 2021, dozens of countries had not been able to administer a single dose of the vaccine [18]. As of May 17, 2021, only 17 countries had been able to reach ten percent or more of their populations with at least the first dose of vaccine [19]. Given such a scarcity of the vaccine, and the knowledge that vaccine does not provide additional protection to those previously infected, it would make most sense to limit vaccine administration to those who have not previously had the infection. In addition to profession, age, and comorbid conditions, previous infection should be an important consideration in deciding whom to prioritize to receive the vaccine. A practical and useful message would be to consider symptomatic COVID-19 to be as good as having received a vaccine, and that people who have had COVID-19 confirmed by a reliable laboratory test do not need the vaccine.

In conclusion, individuals who have laboratory-confirmed symptomatic SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination, and vaccines can be safely prioritized to those who have not been infected before.

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 94 of 100
medRxiv preprint doi: https://doi.org/10.1101/2021.06.22.21259262; this version posted June 24, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

# TRANSPARENCY DECLARATION

## Conflict of Interest

Selection of "no competing interests" reflects that all authors have completed the ICMJE uniform disclosure form at www.icmje.org/coi_disclosure.pdf and declare: no support from any organization for the submitted work; no financial relationships with any organizations that might have an interest in the submitted work in the previous three years; no other relationships or activities that could appear to have influenced the submitted work.

## Funding

None received.

## Author contributions

NKS: Conceptualization, Methodology, Validation, Investigation, Data curation, Software, Formal analysis, Visualization, Writing- Original draft preparation, Writing- Reviewing and Editing, Supervision, Project administration.

ASN: Methodology, Formal analysis, Visualization, Validation, Writing- Reviewing and Editing.

PCB: Resources, Investigation, Validation, Writing- Reviewing and Editing.

PT: Resources, Writing- Reviewing and Editing.

SMG: Project administration, Resources, Writing- Reviewing and Editing.

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 95 of 100

preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

# REFERENCES

1.      Polack FP, Thomas SJ, Kitchin N, et al. Safety and Efficacy of the BNT162b2 mRNA Covid-19
        Vaccine. N Engl J Med **2020**;383:2603–15.

2.      Baden LR, El Sahly HM, Essink B, et al. Efficacy and Safety of the mRNA-1273 SARS-CoV-2
        Vaccine. N Engl J Med **2021**;384:403–16.

3.      Dagan N, Barda N, Kepten E, et al. BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass
        Vaccination Setting. N Engl J Med **2021**;384:1412–23.

4.      Haas EJ, Angulo FJ, McLaughlin JM, et al. Impact and effectiveness of mRNA BNT162b2
        vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths
        following a nationwide vaccination campaign in Israel: an observational study using national
        surveillance data. Lancet **2021**;397:1819–29.

5.      Beyrer C, Allotey P, Amon JJ, et al. Human rights and fair access to COVID-19 vaccines: the
        International AIDS Society–Lancet Commission on Health and Human Rights. Lancet
        **2021**;397:1524–7.

6.      Sheehan MM, Reddy AJ, Rothberg MB. Reinfection Rates Among Patients Who Previously
        Tested Positive for Coronavirus Disease 2019: A Retrospective Cohort Study. Clin Infect Dis
        **2021**. Available from: https://doi.org/10.1093/cid/ciab234. Accessed May 5, 2021.

7.      Pilz S, Chakeri A, Ioannidis JP, et al. SARS-CoV-2 re-infection risk in Austria. Eur J Clin Invest
        **2021**;51:e13520.

8.      Lumley SF, O'Donnell D, Stoesser NE, et al. Antibody Status and Incidence of SARS-CoV-2
        Infection in Health Care Workers. N Engl J Med **2021**;384:533–40.

9.      Hansen CH, Michlmayr D, Gubbels SM, Mølbak K, Ethelberg S. Assessment of protection
        against reinfection with SARS-CoV-2 among 4 million PCR-tested individuals in Denmark in
        2020: a population-level observational study. Lancet **2021**;397:1204–12.

10.     Centers for Disease Control and Prevention. Frequently Asked Questions about COVID-19

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 96 of 100
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

Vaccination. **2021**;Available from: https://www.cdc.gov/coronavirus/2019-
ncov/vaccines/faq.html. Accessed April 26, 2021.

11. Simon R, Makuch RW. A non-parametric graphical representation of the relationship between
survival and the occurrence of an event: Application to responder versus non-responder bias. Stat
Med **1984;**3:35–44.

12. Therneau TM, Crowson C, Atkinson E. Using Time Dependent Covariates and Time Dependent
Coefficients in the Cox Model. Available from: https://cran.r-
project.org/web/packages/survival/vignettes/timedep.pdf. Accessed May 8, 2021.

13. Therneau TM, Grambsh, PM. Modeling Survival Data: Extending the Cox Model. New York,
NY: Springer International Publishing; 2000.

14. R Core Team. R: A Language and Environment for Statistical Computing. Vienna, Austria: R
Foundation for Statisical Computing; 2021.

15. Vibholm LK, Nielsen SSF, Pahus MH, et al. SARS-CoV-2 persistence is associated with antigen-
specific CD8 T-cell responses. EBioMedicine **2021**;64:103230.

16. Dan JM, Mateus J, Kato Y, et al. Immunological memory to SARS-CoV-2 assessed for up to 8
months after infection. Science **2021**;371:eabf4063.https://doi.org/10.1126/science.abf4063.

17. Hacisuleyman E, Hale C, Saito Y, et al. Vaccine Breakthrough Infections with SARS-CoV-2
Variants. N Engl J Med **2021**; https://doi.org/10.1056/NEJMoa2105000.

18. The Lancet. Access to COVID-19 vaccines: looking beyond COVAX. Lancet **2021**;397:941.

19. Mathieu E, Ritchie H, Ortiz-Ospina E, et al. A global database of COVID-19 vaccinations. Nat
Hum Behav **2021**;https://doi.org/10.1038/s41562-021-01122-8.

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 97 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

## TABLES

**Table 1. Study Subject Characteristics**

| Characteristic | Previously Infected (N = 2579) | Not Previously Infected (N = 49659) | *P* Value |
|---|---|---|---|
| **Age, y, mean ± SD** | 39±13 | 42±13 | <0.001 |
| **Patient-facing job** | 1676 (65) | 25504 (51) | <0.001 |
| **Job location** | | | <0.001 |
| **Cleveland Clinic Main Campus** | 1011 (39) | 19595 (40) | |
| **Regional hospitals** | 1096 (43) | 16433 (33) | |
| **Ambulatory centers** | 313 (12) | 7767 (16) | |
| **Administrative centers** | 138 (5) | 4424 (9) | |
| **Remote location** | 21 (<1) | 1440 (3) | |
| **Job category** | | | <0.001 |
| **Professional staff** | 89 (4) | 3775 (8) | |
| **Residents and fellows** | 72 (3) | 1669 (3) | |
| **Advanced practice practitioners** | 154 (6) | 2806 (6) | |
| **Nursing** | 1142 (44) | 13623 (27) | |
| **Pharmacy** | 44 (2) | 1274 (3) | |
| **Research** | 328 (13) | 6776 (14) | |
| **Clinical support** | 111 (4) | 3500 (7) | |
| **Administration** | 614 (24) | 15050(30) | |
| **Administration support** | 25 (1) | 1186 (2) | |

Data are presented as no. (%) unless otherwise indicated

Case 1:21-cv-02228-RM-STV Document 22 Filed 09/24/21 USDC Colorado Page 98 of 100

was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .

## FIGURES



**Figure 1. Explanation of "previously infected" analyzed as a time-independent covariate and "vaccinated" treated as a time-dependent covariate.**

Case 1:21-cv-02228-RM-STV Document 22-76 Filed 09/24/21 USDC Colorado Page 99 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC-ND 4.0 International license .



**Figure 2. COVID-19 epidemic curve before and after vaccine rollout.** Points on the scatter plot

represent the proportion of all COVID-19 PCR tests done at Cleveland Clinic that were positive on any

given day. The colored line represents a fitted polynomial curve.

Case 1:21-cv-02228-RM-STV Document 23-17 Filed 09/24/21 USDC Colorado Page 100 of 100

medRxiv preprint doi: https://doi.org/10.1101/2021.06.01.21258176; this version posted June 5, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license .



**Figure 3. Simon-Makuch plot showing the cumulative incidence of COVID-19 among subjects previously infected and not previously infected with COVID-19, who did and did not receive the vaccine.** Curves for the unvaccinated are based on data for those who did not receive the vaccine during the duration of the study, and for those waiting to receive the vaccine. Day zero was Dec 16, 2020, the day vaccination was started in our institution. Error bars represent 95% confidence intervals. Seven subjects who had been vaccinated earlier as participants in clinical trials were considered vaccinated throughout the duration of the study. Twelve subjects who received their first dose in the first week of the vaccination campaign managed to get their second dose three weeks later, and were thus considered vaccinated earlier than 42 days since the start of the vaccination campaign.