UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSG, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S. DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |

| | |
|---|---|
| Commissioner of the Food & Drug Administration | * |
| | * |
| U.S. FOOD AND DRUG ADMINISTRATION | * |
| | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW

Plaintiffs legal counsel, Todd Callender and Dale Saran, Motion this Court to Withdraw certain pleadings identified herein from the record for reasons of administrative errors. This Motion is separate and distinct from a Motion for Leave to file an Amended Complaint, which should have preceded the filing of Plaintiff's Amended Complaint under Fed.R.Civ.P 15 and in conformance with D.C.COLO.LCivR 15.1(a).

1   The documents counsel seek to withdraw along with the reason for the request are as follows:

    a) ECF No. 13 – Motion for Preliminary Injunction;

        i) Reason – it is duplicative of ECF No. 16;

    b) ECF No. 14 – Exhibits in Support of Motion for Preliminary Injunction

        i)  Reason – the exhibit includes only one page and is incomplete;

    c) ECF No. 15 – Exhibits in Support of Motion for Preliminary Injunction

        i)  Reason – these exhibits are also incomplete;

    d) ECF No. 16 – Motion for Preliminary Injunction;

        i) Counsel recognizes that the Court's Minute Order (ECF No. 20) instructed counsel to only remove one of the PI Motions, however, the problems of the incorrect exhibits

relate to both motions and will therefore cause both PI Motions (ECF Nos. 13 & 16) to read incorrectly. Therefore, counsel asks the Court for leave to withdraw ECF No. 16, as well as 13, in order to file a version of the PI Motion with synchronized Exhibits that will ultimately make the Court's job easier and the record accurate;

      e) ECF 17 – Exhibits in Support of Preliminary Injunction Motion

          i) For the same reasons listed in d) above, counsel respectfully requests to remove the exhibits in order to submit properly conforming and numbered exhibits to its Preliminary Injunction Motion;

      f) ECF No. 21 – Exhibits in Support of Amended Complaint (ECF No. 18)

          i) This filing is duplicative of ECF No. 22;

      g) ECF No. 22 – Exhibits in Support of Amended Complaint (ECF No. 18)

          i) As with the Preliminary Injunction Motion above, the Exhibits, while substantially correct, contain two mislabeled Exhibits and one out of order that throws off the numbering. Counsel requests to withdraw these in order to submit properly numbered Exhibits that will accompany its Amended Complaint, should the Court grant the Motion for Leave to Amend which will be filed today.

### Detriment or Prejudice to Parties

2.    Given that none of the Defendants have answered the Complaint nor entered their appearance in the proceedings, none of these changes have any material effect, detriment, or prejudice to the Defendants. Indeed, if anything, this will aid both the Court, the Defendants, and the public, by having a clean record in which all of the references can be tracked and understood, increase judicial economy, and accurately reflect the Plaintiffs claims and supporting evidence.

3.    WHEREFORE, Plaintiffs pray this honorable Court will grant this Motion to Withdraw in as expedient manner as is possible so as to limit any detriment or prejudice to the parties caused by these errors, which fall squarely on the shoulders of counsel.

Dated: September 29, 2021

Respectfully submitted,

   /s/  *Todd S. Callender*
Todd Callender, Esq.
Colorado Bar #25981
600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com
Attorney for the Plaintiffs

   */s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 800-670-2577
Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSG, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S. DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |

| | |
|---|---|
| JANET WOODCOCK, Acting Commissioner of the Food & Drug Administration | * * * |
| U.S. FOOD AND DRUG ADMINISTRATION | * * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

1. On September 23, 2021, and September 24, 2021, Plaintiffs' counsel attempted to file a Motion for a Preliminary Injunction along with accompanying exhibits in support through the Court's electronic filing system.

2. In so filing, Plaintiffs' counsel frankly made a mess. Two copies of the same Motion for Preliminary Injunction and two sets of incomplete exhibits were filed, as were a non-conforming Amended Complaint and duplicative exhibits in support of that.

3. The Court has issued Minute Orders (ECF No. 19 and 20) to instruct counsel to make the pleadings conform to both the rules and good practice. Counsel need to ensure this does not happen again and waste judicial resources on sloppy and inaccurate filings.

**ORDERED, that the clerk of the Court withdraw the following items per the Plaintiffs Motion to Withdraw:**

   **ECF Nos. 13-17, 21, and 22**

Dated: September \_\_\_\_, 2021

_____
Honorable Raymond P. Moore

Judge of the District Court