# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSGT, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S.  DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |

| | |
|---|---|
| Commissioner of the Food & Drug | * |
| Administration | * |
| U.S. FOOD AND | * |
| DRUG ADMINISTRATION | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

*     *     *     *     *     *     *     *     *     *     *     *     *

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the original Plaintiffs – the class of military servicemembers who have already had COVID-19 and are facing mandatory vaccination with an unlicensed Emergency Use Authorization (EUA) drug – respectfully move the Court for leave to file the attached Amended Complaint ("Amended Complaint") in conformance with the Court's local rules, D.C.COLO.LCivR 15.1(a).

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs originally – and erroneously – filed an amended complaint (ECF Dkt. #18) outside of the 21-day window for filing amended complaints "as a matter of course"[1] under Rule 15(a)(1)(A). Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency because the Defendants have not yet filed an answer or entered an appearance in the case. Further, there would be no undue prejudice to Defendants and there has been no bad faith

---

[1] Defendants in this case were served on Aug. 27, 2021, making Sep. 17, 2021, the suspense date for an amended complaint filing "as a matter of course."

by Plaintiffs; Plaintiffs seek only to put evidence and facts before the Court resulting from Defendant DOD's own actions subsequent to the filing of the Original Complaint.

For example, the Defendant SECDEF's original order of August 24, 2021, stated that "Mandatory vaccination against COVID-19 will only use vaccines that receive *full licensure* from the Food and Drug Administration (FDA)."[2] (emphasis added). The Defendant FDA issued confusing guidance regarding the licensure status of two different vaccines, one called COMIRNATY that the FDA approved a Biologics License Application (BLA) for, and one called Pfizer BioNTech BNT-162b2 ("Pfizer BNT"), for which the FDA extended its Emergency Use Approval.

It was therefore unclear what stocks the DOD had of each and what would be used to inoculate service members such as Plaintiffs. It was also unclear to what extent Defendants would follow their own regulations for service members who had naturally acquired immunity as a result of already having had and recovered from COVID-19. DOD components began ordering armed forces members to be inoculated with the EUA Pfizer BNT vaccine. On Sept. 3, 2021, officials operating under the authority of Defendant DOD published a document called "COVID-19 MANDATORY VACCINATION IMPLEMENTATION GUIDANCE FOR SERVICEMEMBERS."[3] In that document, under ¶1.4.2, "Applicability and Scope," Defendant DOD states that "All other eligible personnel are strongly recommended to *voluntarily receive either the approved COMIRNATY® or other FDA EUA* or WHO EUL COVID-19 vaccines." This is a clear admission that service members cannot be forced or coerced into taking either the COMIRNATY or any EUA product. Notwithstanding this, service members continue to be

---

[2] Defendant Austin's Order is available online - here - and is included as an exhibit to the proposed Amended Complaint.
[3] This document is also an Exhibit to Plaintiffs Amended Complaint.

coerced, have leave and liberty curtailed or denied, and other adverse administrative actions

taken against them in order to pressure them into taking an EUA product.

One week later, on Sept. 10, 2021, members of Defendant DOD issued a "SJA [Staff

Judge Advocate] Update" for military lawyers regarding this issue.[4] This guidance claims to cite

a Assistant Secretary of the Navy (Manpower and Reserve Affairs) "clarification" that "Bottom

Line – the Pfizer-BioNTech vaccine and the Comirnaty vaccine have the same formulation and

are interchangeable." This is legally incorrect and triggered Plaintiffs need to file the Amended

Complaint in order to stop what has now become a mandate forcing military members to accept a

clear EUA product in violation of two separate federal statutes.

Allowing the Plaintiffs to submit an Amended Complaint will help the Court and the

interests of justice rather than hinder or cause undue delay, because Plaintiffs' amended

complaint has not changed in substance beyond incorporating and addressing the various

conflicting pieces of evidence mentioned above. It is Plaintiffs' contention that some of these

documents constitute "admissions by a party opponent" that the vaccine Defendant DOD seeks

to use to inoculate Plaintiffs is not FDA-licensed.

Plaintiffs therefore seek to add in those facts and exhibits to the record to ensure that the

Court has a complete record of the status of the vaccine, as well as additional medical evidence

that demonstrates the immediate and irreparable nature of the harm facing Plaintiffs. These

allegations and supporting evidence support a contemporaneously filed Preliminary Injunction

Motion and help Plaintiffs meet their evidentiary burden. Given that none of the Defendants have

answered the Complaint, nor entered an appearance in the proceedings, and that these documents

---

[4] This document is included as an Exhibit to the Amended Complaint, as well.

are the Defendants' own products, none of these changes will surprise or unfairly prejudice the

Defendants.

WHEREFORE, Plaintiffs pray this honorable Court will grant this Motion for Leave to

Amend the Complaint so as to limit any detriment or prejudice to either party, ensure that the

Court has a complete, fulsome record upon which to decide the case, and ensure that the needs of

justice are met.


Dated: September 29, 2021


Respectfully submitted,


　　　/s/  *Todd S. Callender*
Todd Callender, Esq.
Colorado Bar #25981
600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com
Attorney for the Plaintiffs


　　*/s/ Dale Saran*
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 800-670-2577
Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

DANIEL ROBERT                                        *

SSGT, U.S. ARMY                                      *

                                                     *

HOLLIE MULVIHILL                                     *

SSGT, USMC                                           *

                                                     *

      Plaintiffs,                                *

                                                     *

        v.                                   *

                                                     *   Civil Action No. 1:21-cv-02228-RM-STV

LLOYD AUSTIN                                         *

Secretary of Defense,                                *

U.S.  DEPARTMENT OF DEFENSE                          *

Washington, D.C. 20301                               *

                                                     *

      and                                        *

                                                     *

XAVIER BECERRA                                       *

Secretary of the U.S. Department of                  *

Health and Human Services                            *

U.S. DEPARTMENT OF HEALTH                            *

AND HUMAN SERVICES                                   *

                                                     *

      and                                        *

                                                     *

JANET WOODCOCK, Acting      *

Commissioner of the Food & Drug      *

Administration      *

U.S. FOOD AND      *

DRUG ADMINISTRATION      *

     *

UNITED STATES OF AMERICA      *

     *

     Defendants.      *

*    *    *    *    *    *    *    *    *    *    *    *

## ORDER

1.        On September 24, 2021, the Plaintiffs filed an Amended Complaint outside of the 21-day time-limit for amending complaints as matter of cause under Fed.R.Civ.P. 15 and without leave of the Court. The Amended Complaint was also not in compliance with D.C.COLO.LCivR 15.1(a) regarding form.

2.        The Court issued a minute order ordering the corrections by Sep. 29, 2021.

3.        Having examined the Amended Complaint, its Exhibits, and noting that the Defendants have not yet appeared or answered the original complaint in the case, and that the Amended Complaint does not change the nature of the claims against the Defendants, the Motion for Leave to Amend the Complaint is granted.

**ORDERED that the Amended Complaint is accepted in accordance with Fed.R.Civ.P. 15(a)(2) and D.C.COLO.LCivR 15.1(a).**

Dated: September \_\_\_\_, 2021

_____

Honorable Raymond P. Moore

Judge of the District Court