EXHIBIT 12
FDA BNT
Fact Sheet

# COVID-19 Vaccination Education Pfizer-BioNTech

Thank you for your commitment to getting vaccinated. Included in this packet is the information that you need to know:

- Next steps after receiving the COVID-19 Vaccine including symptom monitoring.

- Centers for Disease Control and Prevention Vaccine Safety (V-Safe) symptom reporting.

You must come back for your second vaccine dose. Your second dose appointment was scheduled when you made your appointment for today. If you need to change your second dose appointment, please call 612-467-1100. Please make all possible efforts to keep your already scheduled second dose appointment. Bring this packet with you to your second dose appointment.

www.va.gov/minneapolis-health-care/



# A Guide to Available Services for Enrolled Veterans

Minneapolis VA Health Care System (MVAHCS) is a teaching hospital providing a full range of patient care services with state-of-the-art technology, education, and research. Comprehensive health care is provided through primary care, tertiary care and long-term care in areas of medicine, surgery, psychiatry, physical medicine and rehabilitation, neurology, oncology, dentistry, geriatrics, extended care and 13 Community Based Outpatient Clinics (CBOC) across the region.



✓ VHA is the largest integrated health care system in the United States, providing care at 1,227 health care facilities, including 168 VA Medical Centers and 1,047 outpatient sites of care of varying complexity.

✓ As of 2016, VA Consolidated Mail Outpatient Pharmacy received the highest customer satisfaction among the nation's public and private mail-order pharmacies, according to a J.D. Power study. Nearly 5 million Veterans receive their prescriptions through VHA pharmacies.

✓ VA is the national leader in telehealth services. VA telehealth services are critical to expanding access to VA care in more than 45 clinical areas.

## Services Available at the Minneapolis VA Health Care System

| | | |
|---|---|---|
| Audiology & ENT | Neurology & Neurosurgery | Primary Care |
| Cardiology | Nutrition | Prosthetics |
| Dental | Oncology/Cancer Care | Rehabilitation |
| Dermatology | Ophthalmology | Respiratory Services |
| General Surgery | Optometry | Telehealth Services |
| Home Care Services | Orthopedics | Thoracic Surgery |
| Hospice/Palliative Care | Orthotics | Urology |
| Mental Health Services | Pharmacy | Vascular Surgery |
| MOVE! Weight Management | Podiatry & Wound | Women's Health |
| Whole Health & Integrative Health Services | | |

**IMPORTANT NUMBERS**

Minneapolis VA Health Care System:
(612) 725-2000 • Toll Free: (866) 414-5058

Primary Care Call Center:
(612) 467-1100 • Toll Free: 1 (866) 414-5058

Enrollment:
1 (877) 222-VETS (8387)

Benefits:
1-800-827-1000



For more information, please visit:
www.va.gov/minneapolis-health-care/
www.va.gov

Revised: July 2021

**VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, mRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19)**

**You are being offered either COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2.**

**This Vaccine Information Fact Sheet for Recipients and Caregivers comprises the Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and also includes information about the FDA-licensed vaccine, COMIRNATY (COVID-19 Vaccine, mRNA).**

**The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine under Emergency Use Authorization (EUA) have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[1]**

**COMIRNATY (COVID-19 Vaccine, mRNA) is an FDA-approved COVID-19 vaccine made by Pfizer for BioNTech.**
- **It is approved as a 2-dose series for prevention of COVID-19 in individuals 16 years of age and older.**
- **It is also authorized under EUA to be administered to:**
  - **prevent COVID-19 in individuals 12 through 15 years, and**
  - **provide a third dose to individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise.**

**The Pfizer-BioNTech COVID-19 Vaccine has received EUA from FDA to:**
- **prevent COVID-19 in individuals 12 years of age and older, and**
- **provide a third dose to individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise.**

---

This Vaccine Information Fact Sheet contains information to help you understand the risks and benefits of COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19. Talk to your vaccination provider if you have questions.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine are administered as a 2-dose series, 3 weeks apart, into the muscle.

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Revised: 23 August 2021

Under EUA for individuals who are determined to have certain kinds of immunocompromise, a third dose may be administered at least 4 weeks after the second dose.

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine may not protect everyone.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

## WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE

### WHAT IS COVID-19?
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness leading to death. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

### WHAT IS COMIRNATY (COVID-19 VACCINE, mRNA) AND HOW IS IT RELATED TO THE PFIZER-BIONTECH COVID-19 VACCINE?

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[1]

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Revised: 23 August 2021

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE VACCINE?**
**Tell the vaccination provider about all of your medical conditions, including if you:**
- have any allergies
- have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine
- have ever fainted in association with an injection

**WHO SHOULD GET THE VACCINE?**
FDA has approved COMIRNATY (COVID-19 Vaccine, mRNA) for use in individuals 16 years of age and older and has authorized it for emergency use in individuals 12 through 15 years.

FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine in individuals 12 years of age and older.

**WHO SHOULD <u>NOT</u> GET THE VACCINE?**
You should not get the COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**
COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine include the following ingredients: mRNA, lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HOW IS THE VACCINE GIVEN?**
COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine will be given to you as an injection into the muscle.

The vaccination series is 2 doses given 3 weeks apart.

If you receive one dose of the vaccine, you should receive a second dose of the vaccine 3 weeks later to complete the vaccination series.

Revised: 23 August 2021

**HAVE COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE BEEN USED BEFORE?**
In clinical trials, approximately 23,000 individuals 12 years of age and older have received at least 1 dose of the Pfizer-BioNTech COVID-19 Vaccine. Data from these clinical trials supported the Emergency Use Authorization of the Pfizer-BioNTech COVID-19 Vaccine and the approval of COMIRNATY (COVID-19 Vaccine, mRNA). Millions of individuals have received the Pfizer-BioNTech COVID-19 Vaccine under EUA since December 11, 2020.

**WHAT ARE THE BENEFITS OF COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**
The vaccine has been shown to prevent COVID-19 following 2 doses given 3 weeks apart. The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE?**
There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:
- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine. In most of these people, symptoms began within a few days following receipt of the second dose of vaccine. The chance of having this occur is very low. You should seek medical attention right away if you have any of the following symptoms after receiving the vaccine:
- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

Side effects that have been reported with COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine include:
- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- myocarditis (inflammation of the heart muscle)
- pericarditis (inflammation of the lining outside the heart)
- injection site pain
- tiredness
- headache

Revised: 23 August 2021

- muscle pain
- chills
- joint pain
- fever
- injection site swelling
- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
- diarrhea
- vomiting
- arm pain

These may not be all the possible side effects of the vaccine. Serious and unexpected side effects may occur. The possible side effects of the vaccine are still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include either "COMIRNATY (COVID-19 Vaccine, mRNA)" or "Pfizer-BioNTech COVID-19 Vaccine EUA", as appropriate, in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

Revised: 23 August 2021

**WHAT IF I DECIDE NOT TO GET COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE?**

Under the EUA, it is your choice to receive or not receive the vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE?**

Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

**CAN I RECEIVE THE COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE AT THE SAME TIME AS OTHER VACCINES?**

Data have not yet been submitted to FDA on administration of COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine at the same time with other vaccines. If you are considering receiving COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine with other vaccines, discuss your options with your healthcare provider.

**WHAT IF I AM IMMUNOCOMPROMISED?**

If you are immunocompromised, you may receive a third dose of the vaccine. The third dose may still not provide full immunity to COVID-19 in people who are immunocompromised, and you should continue to maintain physical precautions to help prevent COVID-19. In addition, your close contacts should be vaccinated as appropriate.

**WHAT IF I AM PREGNANT OR BREASTFEEDING?**

If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

**WILL COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE GIVE ME COVID-19?**

No. The vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**

When you get your first dose, you will get a vaccination card to show you when to return for your second dose or if you have certain kinds of immunocompromise, your third dose of COMIRNATY (COVID-19 Vaccine, mRNA) or Pfizer-BioNTech COVID-19 Vaccine. Remember to bring your card when you return.

Revised: 23 August 2021

**ADDITIONAL INFORMATION**

If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com | 1-877-829-2619 |
| | (1-877-VAX-CO19) |

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**
Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**
The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the

date of receiving the vaccine. To learn more about this program, visit
www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**
An Emergency Use Authorization (EUA) is a mechanism to facilitate the availability and
use of medical products, including vaccines, during public health emergencies, such as
the current COVID-19 pandemic. An EUA is supported by a Secretary of Health and
Human Services (HHS) declaration that circumstances exist to justify the emergency
use of drugs and biological products during the COVID-19 pandemic.

The FDA may issue an EUA when certain criteria are met, which includes that there are
no adequate, approved, available alternatives. In addition, the FDA decision is based
on the totality of scientific evidence available showing that the product may be effective
to prevent COVID-19 during the COVID-19 pandemic and that the known and potential
benefits of the product outweigh the known and potential risks of the product. All of
these criteria must be met to allow for the product to be used in the treatment of
patients during the COVID-19 pandemic.

This EUA for the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY will end when
the Secretary of HHS determines that the circumstances justifying the EUA no longer
exist or when there is a change in the approval status of the product such that an EUA
is no longer needed.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-7.2

Revised: 23 August 2021

 Scan to capture that this Fact Sheet was provided to vaccine
recipient for the electronic medical records/immunization
information systems.

Barcode Date: 08/2021

## NEXT STEPS after receiving the COVID-19 Vaccine

### VA Side Effects and Adverse Events Reporting Fact Sheet

Whether you are an employee or a Veteran receiving the COVID-19 vaccine, you have taken an important step towards protecting yourself, your family and friends, and your communities from COVID-19.

### Now that you have received the vaccine, what can you expect?

Vaccines protect us by stimulating the body's natural immune system to produce antibodies to fight a virus. This is called an immune response. Vaccines are a way to trigger the immune response to allow the body to protect against becoming infected and getting sick from illnesses like COVID-19.

Many people who receive the COVID-19 vaccine who experience a reaction have mild symptoms (listed in the table below). These usually go away on their own within a few days. These side effects are a sign that your immune system is doing exactly what it is supposed to do. It is working and building up protection to disease.

| Local symptoms at the injection site may include: | General symptoms (not at the injection site) may include: | | |
|---|---|---|---|
| Pain – Discomfort | Chills | Muscle or Body Aches (myalgia) | Joint Pains (arthralgia) |
| Redness/Swelling/Itching | Fever | Fatigue or Tiredness | Allergic Reaction |
| | Headache | Nausea/Vomiting/Diarrhea | |

It is important to know what side effects to expect and which ones should be reported to your healthcare team or when to seek immediate medical attention. ***Contact your health care provider if your symptoms make you unable to work, do daily activities, or if you feel that you need urgent care for any of these symptoms.*** This reporting is part of the Emergency Use Authorization (EUA) safety monitoring process required by the U. S. Food and Drug Administration (FDA). You can play an important role in this process.

### If you experience a reaction to the vaccine, please use the table on the back of the sheet to record your symptoms and the day that you experienced them.

If you experience these symptoms ***and they have an impact on your daily routine***, please contact your provider and record your information in the table on the back of this sheet.

- If you are an employee and experience symptoms to the COVID-19 vaccine that impact daily activities, please contact your local Employee Occupational Health department at_____.
- If you are a Veteran and experience symptoms to the COVID-19 vaccine that impact daily activities, please contact your healthcare team at_____.
- If you are a non-Veteran, adolescent patient, or Veteran not eligible for general care at the VA and experience symptoms, please contact your primary care provider. In addition, please remember to share your CDC Vaccination Record card with your primary care provider or pediatrician (adolescents).

**Janssen Vaccine Only**: A very rare but serious side effect involving blood clots with low levels of platelets (blood cells that help your body stop bleeding) has occurred primarily among women aged 18-49 years following vaccination with the Janssen vaccine. In people who developed these blood clots and low levels of platelets, symptoms began approximately one to two weeks following vaccination. The chance of having this occur is remote. You should seek medical attention right away if you have any of the following symptoms after receiving the Janssen COVID-19 vaccine:
- Severe or persistent headaches or blurred vision
- Shortness of breath
- Chest pain
- Leg swelling
- Persistent abdominal pain
- Easy bruising or tiny blood spots under the skin beyond the injection site

**Moderna and Pfizer-BioNTech COVID-19 Vaccines Only**: Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received these vaccines. In most of these people, symptoms frequently began within a few days following receipt of the second dose. The chance of having this occur is very rare and according to CDC, the benefits of the vaccine outweigh the risks. You should seek medical attention right away if you have any of the following symptoms after receiving the Moderna or Pfizer-BioNTech COVID-19 Vaccine:

- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

## Your Safe Care is Our Mission



There are vaccines that require two doses and one that requires one dose. If you receive a vaccine requiring two doses, it is important for you to return for the 2nd dose to maximize immunity from the vaccine to protect yourself, your family and friends, and your community.

☐ **You will be returning for a 2nd dose on**:_____. Please bring this sheet and your Vaccination Record card when you return for your next appointment.

☐ **You do not need to return for a second dose.**

## COVID-19 Vaccine Monitoring Record

| Current Vaccines and Required Doses | | | | |
|---|---|---|---|---|
| Vaccine | Pfizer BioNTech | Moderna | Janssen | Other |
| Doses Required | 2 | 2 | 1 | |
| Days Apart | 21 days (minimum) | 28 days (minimum) | | |

*Please see the tables on the previous page to review the descriptions of and differences between injection site symptoms and general symptoms.*

| Day | Dose 1 | | Dose 2* (Not required for Janssen) | |
|---|---|---|---|---|
| | Have you had any injection site symptoms? Check if yes (write which one) | Have you had any general symptoms? Check if yes (write which one) | Have you had any injection site symptoms? Check if yes (write which one) | Have you had any general symptoms? Check if yes (write which one) |
| 1 (day of vaccination) | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ |
| 5 | ☐ | ☐ | ☐ | ☐ |
| 6 | ☐ | ☐ | ☐ | ☐ |
| 7 | ☐ | ☐ | ☐ | ☐ |
| **Week** | | | | |
| 2 (up to 14 days after vaccination) | ☐ | ☐ | ☐ | ☐ |
| 3 (up to 21 days) | ☐ | ☐ | ☐ | ☐ |
| 4 (up to 28 days) | ☐ | ☐ | ☐ | ☐ |
| 5 (up to 35 days) | ☐ | ☐ | ☐ | ☐ |
| 6 (up to 42 days) | ☐ | ☐ | ☐ | ☐ |

Other important events

Please contact your provider/clinic immediately if any of the following occur after you receive the vaccine:
- You are admitted to the hospital for any reason
- You receive a positive test for COVID-19
- If female, you become pregnant

**Notes** (any info needed to collect – temperature/date (if fever), medication taken, reported to doctor/clinic/ER, COVID-19 test)

*July 2021*

## Your Safe Care is Our Mission

VA | U.S. Department of Veterans Affairs

# Get vaccinated.
# Get your smartphone.
# Get started with v-safe.

## What is v-safe?

**V-safe** is a smartphone-based tool that uses text messaging and web surveys to provide personalized health check-ins after you receive a COVID-19 vaccination. Through **v-safe**, you can quickly tell CDC if you have any side effects after getting the COVID-19 vaccine. Depending on your answers, someone from CDC may call to check on you.

Your participation in CDC's **v-safe** makes a difference—it helps keep COVID-19 vaccines safe.

## How can I participate?

Once you get a COVID-19 vaccine, you can enroll in **v-safe** using your smartphone. Participation is voluntary and you can opt out at any time. You will receive text messages from **v-safe** around 2pm local time. To opt out, simply text "STOP" when **v-safe** sends you a text message. You can also start **v-safe** again by texting "START."

## How long do v-safe check-ins last?

During the first week after you get your vaccine, **v-safe** will send you a text message each day to ask how you are doing. Then you will get check-in messages once a week for up to 5 weeks. The questions **v-safe** asks should take less than 5 minutes to answer. If you need a second dose of vaccine, **v-safe** will provide a new 6-week check-in process so you can share your second-dose vaccine experience as well. You'll also receive check-ins 3, 6, and 12 months after your final dose of vaccine.

## Is my health information safe?

Yes. Your personal information in **v-safe** is protected so that it stays confidential and private.*

*To the extent **v-safe** uses existing information systems managed by CDC, FDA, and other federal agencies, the systems employ strict security measures appropriate for the data's level of sensitivity. These measures comply, where applicable, with the following federal laws, including the Privacy Act of 1974; standards enacted that are consistent with the Health Insurance Portability and Accountability Act of 1996 (HIPAA); the Federal Information Security Management Act, and the Freedom of Information Act.

12/01/20



**v-safe**℠

after vaccination



Use your smartphone to tell CDC about any side effects after getting the COVID-19 vaccine. You'll also get reminders if you need a second vaccine dose.

**Sign up with your smartphone's browser at**
**vsafe.cdc.gov**

**OR**

**Aim your smartphone's camera at this code**



# *How to register and use v-safe*

You will need your smartphone and information about the COVID-19 vaccine you received. This information can be found on your vaccination record card; if you cannot find your card, please contact your healthcare provider.

# *Register*

1.  Go to the *v-safe* website using one of the two options below:



2.  Read the instructions. Click **Get Started**.

3.  Enter your name, mobile number, and other requested information. Click **Register**.

4.  You will receive a text message with a verification code on your smartphone. Enter the code in *v-safe* and click **Verify**.

5.  At the top of the screen, click **Enter your COVID-19 vaccine information**.

6.  Select which COVID-19 vaccine you received (found on your vaccination record card; if you cannot find your card, please contact your healthcare provider). Then enter the date you were vaccinated. Click **Next**.

7.  Review your vaccine information. If correct, click **Submit**. If not, click **Go Back**.

8.  **Congrats! You're all set!** If you complete your registration before 2pm local time, *v-safe* will start your initial health check-in around 2pm that day. If you register after 2pm, *v-safe* will start your initial health check-in immediately after you register—just follow the instructions.

    You will receive a reminder text message from *v-safe* when it's time for the next check-in—around 2pm local time. Just click the link in the text message to start the check-in.

# *Complete a v-safe health check-in*

1.  When you receive a *v-safe* check-in text message on your smartphone, click the link when ready.

2.  Follow the instructions to complete the check-in.

## *Troubleshooting*

***How can I come back and finish a check-inlater if I'm interrupted?***
🔳 Click the link in the text message reminder to restartand complete your check-in.

***How do I update my vaccine information aftermy second COVID-19 vaccine dose?***
🔳 ***V-safe*** will automatically ask you to update your second dose information. Just follow the instructions.

**Need help with *v-safe*?**
Call 800-CDC-INFO (800-232-4636)
TTY 888-232-6348
Open 24 hours, 7 days a weekVisit [www.cdc.gov/vsafe](http://www.cdc.gov/vsafe)



12/31/2020