# EXHIBIT 13
# SecDef MEMO



# SJA UPDATE

**10 Sep 2021** — Mandatory COVID-19 Vaccinations — **21-4**

**Conehead POCs**

CAPT Rock DeTolve,
Division Director
703.614.0925

Mr. Steve Milewski,
Deputy Div Dir
703.614.5740 (office)
571-319-6729 (cell)

CDR Dominic Antenucci,
Branch Head 131,
Personnel Law
703.614.7404

LCDR Sarah Dorsett,
Branch Head 132,
Ethics/Stds of Conduct
703.614.7479

CDR Jennifer Pike,
Branch Head 133,
Legs/Regs/FOIA/PA/
Disability
703.614.7408

CDR Justin Pilling,
Branch Head 134,
Command Authority &
Investigations
703.614.5757

OJAG, Code 13
1000 Navy Pentagon,
Room 4D641
Washington, D.C.
20350-1000
Fax: 703.614.9400

1. <u>Purpose</u>. This SJA Update provides information and guidance to staff judge advocates on the mandatory COVID-19 vaccinations of Navy service members on active duty or in the Ready Reserve. We will tell you what we know, what we don't know, and what to expect in the coming days and weeks. All staff judge advocates should read enclosures (1) – (5), which are summarized below.

2. <u>Enclosures</u>

   (1) SECDEF memo of 24 Aug 21
   (2) ALNAV 062/21
   (3) NAVADMIN 190/21
   (4) BUMED memo 6300 Ser M00ntM00035 of 3 Sep 21
   (5) ASN (MR&A) memo of 8 Sep 21
   (6) NAVPERS 1070/613, COVID-19 Vaccination Administrative Counseling/Warning

3. <u>What we know</u>

- The primary authorities governing mandatory COVID-19 vaccinations of Navy service members are the SECDEF memo of 24 Aug 21, ALNAV 062/21, NAVADMIN 190/21, BUMED memo 6300 Ser M00/21M00035 of 3 Sep 21, and ASN (M&RA) memo of 8 Sep 21. *See* enclosures (1) – (5). All staff judge advocates should read these documents and be familiar with their requirements.

- **SECDEF's** mandate. Navy service members on active duty and in the Ready Reserve must become "<u>fully vaccinated</u>" against COVID-19 no later than 28 Nov 21 (for active-duty members) and 28 Dec 21 (for Ready Reserve members).[1] ALNAV 062/21, 4.

- The order to become fully vaccinated is a lawful order. Refusal to be fully vaccinated against COVID-19, absent an approved administrative or medical exemption, will constitute a failure to obey a lawful order and is punishable under the Uniform Code of Military Justice and/or may result in administrative action. ALNAV 062/21, 5; NAVADMIN 190/21, 3c.

- **"Fully vaccinated"**

  o Service members are considered "fully vaccinated" two weeks after completing the second dose of a two-dose COVID-19 vaccine or two

weeks after receiving a single dose of a one-dose vaccine. NAVADMIN 190/21, 2b.

o   Service members with a previous COVID-19 infection are **not** considered fully vaccinated. NAVADMIN 190/21, 3d(I).

- **Currently, there are three available exemptions from mandatory vaccinations.**

    (I) Service members who are actively participating in COVID-19 **clinical trials** are exempted from mandatory vaccination until the trial is complete in order to avoid invalidating such clinical trial results. SECDEF memo of 24 Aug 21; ALNAV 062/21 5; NAYADMIN 190/21 3d(2).

    (2) An **approved medical exemption** from the COVID-19 vaccine under BUMEDINST 6230.I5B of October 7, 2013. The approval authority is the first Navy Medical Department Flag Officer in the medical provider's chain of command. *See* NAVADMIN 190/21, 3d.

    (3) An **approved religious accommodation** for the COVID-19 vaccine under BU PERS Instruction 1730.11A of March 16, 2020 and MILPERSMAN 1730-020. *Id.* The approval authority is the Chief of Naval Personnel.

- We understand that BUMED, together with the other Military Departments, is reviewing the administrative exemption from *deployment (mobility) immunizations* within 180 days before separation or retirement under BUMEDINST 6230.I5B, 2-6b(l), in order to determine its applicability to mandatory COVID-19 vaccinations. Guidance will be forthcoming.

- **On 8 Sep 21, ASN (M&RA) clarified the use of the Pfizer-BioNTech vaccine for mandatory vaccinations in the DON.**

    o   **Bottom line - the Pfizer-BioNTech vaccine and the Comirnaty vaccine have the same formulation and are interchangeable.** Mandatory vaccinations in the Navy will use the current stock of the Pfizer-BioNTech vaccine. The Comimaty vaccine won't be readily available for eight to twelve weeks based on current estimates, which are subject to change.

- **New Page 13.** On 9 Sep 21, the JAG and OPNAY N3N5 approved a new Page 13, which implements the ASN (M&RA) memo of 8 Sep 21 regarding the use of the Pfizer-BioNTech vaccine. *See* enclosure (6). This version will be posted on the N3N5 portal, available at: https://portal.secnav.navy.miI/cop/ere/COVID/DocumentationandPDFTraining/Forms/Allitems.aspx.

---

[1] The Ready Reserve consists of service members in the Selected Reserve (SELRES) and the Individual Ready Reserve (IRR). *See* 1 0 U.S.C. chapter 1005.

The old Page 13 was and remains valid, but the new Page 1J clarifies the validity of vaccinations using the Pfizer-BioNTcch vaccine.

- **Withholding of Disciplinary Authority.** Enclosure (3) withholds commanders' authority to initiate non-judicial punishment. courts-mania!. or administrative processing in cases of Navy service members refusing the vaccine. This withholding would apply to all allegations of offenses arising from the member's refusal, including violations of UCMJ Articles 86 *(Failure 10 Go)*. 89 *(Disrespecr Toward a Superior Commissioned Officer)*. 90 *(Wi/lf11/ly Disobeying a Superior Commissioned Officer)*, 91 *(111s11bordinale Conduct Toward a Warranr, Noncommissioned, or Peffy G_fficer)*, and 92 *(Failure 10 Obey an Ore/er)*. Further questions pertaining to military justice should be referred to Code 20. hnps://porta1.secnav.navy.mi1/orgs/JAG/20/SitePages/Home.aspx

4. **Under further consideration**

- Who will be the COYID-19 Consolidated Disposition Authority (CCDA) and when the CCDA will be appointed.

- When additional guidance on providing matters LO the CCDA will be announced via NAVADMIN.

- How the CCDA will receive and process infonnation.

- How the Navy Reserve is effecting the mandate for service members in the SELRES and IRR.

5. **Best practices**

- **Master the applicable authorities.** You should advise your commanders. their staffs, and commanding officers regarding their duties and responsibilities under the applicable authorities governing mandatory vaccinations, as well as !he range of medical and administrative exemptions and counseling options available to service members. Take time to study the authorities. identify issues. and propose solutions to ISIC SJAs for discussion and resolution.

- **Expect the initial steps to involve data calls.** As a necessary first step. the CCDA will need information - the name. rank. duty status (active-duty. SELRES, lRR), and parent command of those service members who've refused to comply with the lawful order to receive the mandatory vaccination and do not have an approved or pending exemption. I low this information will be submitted to the CCDA is TBD. But you should expect lo assist and guide your commanders and commanding officers with taking the steps necessary under NA VADMIN 190/21. including the provision of a Page 13 counseling (enclosure (6)). to identify those service members who refuse the lawful order to become fully vaccinated against COYJD-19.

3



- **Civilians/Contractors.** Forward questions pertaining to civilian and contractor vaccinations to the appropriate OGC attorney in your chain of command.

- Expect additional SJA updates from Code 13. When we have updates, answers to questrnns, or further guidance, we'll do our best to publish it as quickly as possible.

**6. Branch 134 Points of Contact.** Current Branch 134 personnel are listed below. The Code 13 SharePoint site provides updated contact information at: https://portal.secnav.navy.mi1/orgs/JAG/1311/SitePages/Home.aspx.

> CDR Justin Pilling.justin.d.pilling@navy.mil; (703) 614-5757; LCDR Christian Colburn. christian.l.colburnl navy.mil: (703) 614-5783;LT Sara Black (primary POC for 138/1150 and EO/S1I appeal issues).
> sara.black(alnavy.miI; (703) 692-2421

4