# EXHIBIT 15
# ASST SEC DEF MEMO 09.14.21



**HEALTH AFFAIRS**

**ASSISTANT SECRETARY OF DEFENSE**

1200 DEFENSE PENTAGON
WASHINGTON, DC  20301-1200

MEMORANDUM FOR ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND
    RESERVE AFFAIRS
    ASSISTANT SECRETARY OF THE NAVY (MANPOWER AND
    RESERVE AFFAIRS
    ASSISTANT SECRETARY OF THE AIR FORCE (MANPOWER
    AND RESERVE AFFAIRS
    DIRECTOR, DEFENSE HEALTH AGENCY

SUBJECT:  Mandatory Vaccination of Service Members using the Pfizer-BioNTech COVID-19
    and Comirnaty COVID-19 Vaccines

    On August 23, 2021, the U.S. Food and Drug Administration (FDA) approved the biologics license application for the Comirnaty vaccine, made by Pfizer-BioNTech, as a two-dose series for prevention of coronavirus disease 2019 (COVID-19) in persons aged 16 years or older. Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine."[1]

    Consistent with FDA guidance, DoD health care providers will use both the Pfizer-BioNTech COVID-19 vaccine and the Comirnaty COVID-19 vaccine interchangeably for the purpose of vaccinating Service members in accordance with Secretary of Defense Memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," August 24, 2021.

    My point of contact for this guidance is Colonel Michael J. Berecz, who may be reached at (703) 681-8463 or michael.j.berecz.mil@mail.mil.

ADIRIM.TERRY.A.1523847127
Digitally signed by ADIRIM.TERRY.A.1523847127
Date: 2021.09.14 11:02:05 -04'00'

Terry Adirim, M.D., M.P.H., M.B.A.
Acting

cc:
Surgeon General of the Army
Surgeon General of the Navy
Surgeon General of the Air Force
Joint Staff Surgeon

[1] FDA, "Q&A for Comirnaty (COVID-19 Vaccine mRNA)," https://www.fda.gov/vaccines-blood-biologics/qa-comirnaty-covid-19-vaccine-mrna, accessed September 10, 2021.