# EXHIBIT 16
# DON BU/MED



**DEPARTMENT OF THE NAVY**
BUREAU OF MEDICINE AND SURGERY
7700 ARLINGTON BOULEVARD
FALLS CHURCH VA 22042

IN REPLY REFER TO
6300
Ser M00/21M00035
3 Sep 21

MEMORANDUM FOR COMMANDER, NAVAL MEDICAL FORCES ATLANTIC
COMMANDER, NAVAL MEDICAL FORCES PACIFIC
COMMANDER, NAVAL MEDICAL FORCES SUPPORT
COMMAND

Subj:   INTERCHANGABILITY OF FOOD AND DRUG ADMINISTRATION-APPROVED
PFIZER-BIONTECH VACCINE COMIRNATY® AND FOOD AND DRUG
ADMINISTRATION-AUTHORIZED PFIZER-BIONTECH VACCINE UNDER
EMERGENCY USE AUTHORIZATION

Ref:   (a) Comirnaty® Biologics License Application
(b) Emergency Use Authorization for Pfizer-BioNTech COVID-19 vaccine of
23 Aug 2021

1.   Purpose. Address the interchangeability of the Food and Drug Administration (FDA)-
approved Comirnaty® and FDA-authorized Pfizer-BioNTech Coronavirus Disease 2019
(COVID-19) vaccine.

2.   Background. On 23 August 2021, the FDA approved the Biologics License Application
submitted by Pfizer-BioNTech for individuals 16 years of age and older, reference (a).  On the
same day the FDA revised the Emergency Use Authorization (EUA) for the Pfizer-BioNTech
COVID-19 vaccine for individuals 12-15 years of age and for a third dose in
immunocompromised individuals, reference (b).

3.   The FDA-approved vaccine, and the vaccine used under the EUA, have the same
formulation, and can be used interchangeably to provide the COVID-19 vaccination series
without presenting any safety or effectiveness concerns. Navy medical providers can use Pfizer-
BioNTech doses previously distributed under the EUA to administer mandatory vaccinations.

B. L. GILLINGHAM

Copy  to:
COMPACFLT
COMUSFLTFORCOM
OPNAV (N3N5)
HQMC HS