# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSG, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S. DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |

| | |
|---|---|
| Commissioner of the Food & Drug Administration | * |
| | * |
| U.S. FOOD AND DRUG ADMINISTRATION | * |
| | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

As per the Court's Order dated Oct. 1, 2021, (ECF Dkt. #27), after granting Plaintiffs' Motion for Leave to Amend, the Plaintiffs submit the attached clean copy of the Amended Complaint for docketing as an exhibit to the Motion (ECF Dkt. #26).

Dated: October 6, 2021

Respectfully submitted,

   /s/  Todd S. Callender
Todd Callender, Esq.
Colorado Bar #25981
600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com
Attorney for the Plaintiffs

   /s/ Dale Saran
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
dalesaran@gmail.com
Telephone: 800-670-2577
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on Oct.6, 2021, I electronically filed the documents and attached amended complaint with the Clerk of Court using the CM/ECF system, which will send notifications via electronic mail to any parties or counsel on the system. I also certify that I have caused this to be served on the opposing parties not registered with CM/ECF using the same addresses used to effect service previously in the case.

    /s/  Todd S. Callender
Todd Callender, Esq.
Colorado Bar #25981
600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com
Attorney for the Plaintiffs

    /s/ Dale Saran
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
dalesaran@gmail.com
Telephone: 800-670-2577
Attorney for the Plaintiffs