# EXHIBIT 17



🇺🇸 An official website of the United States government  Here's how you know ⌄

**U.S. FOOD & DRUG ADMINISTRATION**

📖 Purple Book Glossary

🔍 Search FDA.gov

Purple Book Homepage  /  Simple Search

# Purple Book
# Database of Licensed Biological Products

## Simple Search Results for: *Comirnaty*    [NEW SEARCH]    [Navigate to Advanced Search]

The Simple Search Results page for the selected product includes all biological products that share a core name (*i.e.*, biosimilar, interchangeable, reference, and related biological products).

Matching card colors indicate a biological product is biosimilar to or interchangeable with a reference product.

### Biosimilar(s) ⓘ

*No biosimilar data at this time.*

### Interchangeable(s) ⓘ

*No interchangeable data at this time.*

### Reference Product(s) ⓘ



**Proprietary Name**
*Comirnaty*

**Proper Name**
*COVID-19 Vaccine, mRNA*

**PRODUCT LABEL**

To view a list and definitions of Product Presentation icons (e.g., , ), click here. Hover over icons to view additional information.

Grayed out Product Label links indicate that there is no product label available for the product.

**Purple Book Homepage**

About Purple Book

User Guide

FAQs

Patent List

Download Purple Book Data

FDA Archive    Visitor Information    FOIA

About FDA

Website Policies / Privacy

HHS.gov

Accessibility

No FEAR Act

USA.gov

Contact FDA

1-888-INFO-FDA (1-888-463-6332)