IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **DANIEL ROBERT** and **HOLLIE MULVIHILL**<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD AUSTIN**, in his official capacity as Secretary of Defense; **XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services; and **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration,<br><br>Defendants. | Case No. 1:21-cv-02228-RM-STV |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A COMBINED MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF FORTY PAGES

Pursuant to this Court's Practice Standards IV.A and IV.C, Defendants respectfully move to file a combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction, as well as leave to file a 40-page brief. In support of this motion, Defendants represent the following:

1. On October 6, 2021, Plaintiffs filed their complaint against the Secretary of Defense, the Secretary of Health and Human Services, and the Acting Commissioner of the Food and Drug Administration. ECF No. 6. Plaintiffs seek to enjoin the memorandum issued by the Secretary of Defense on August 24, 2021, concerning COVID-19 vaccination for service members ("DoD directive"). Plaintiffs purport to represent a class of "(at least) the active duty and reserve component members of the United States Armed Forces, National Guard members affected by this order who either have already recovered from COVID-19, as well

1

as all service members ordered to take any COVID-19 vaccine pursuant to the SECDEF order." *Id.* ¶ 8.

2. The lawsuit names two Plaintiffs, who serve in two different branches of the military (i.e., the Army and the Marine Corps). Because the different Military Services have different policies implementing the DoD directive, Plaintiffs are subject to different policies and different timelines for compliance.

3. Plaintiffs brought five separate claims—namely, that the DoD directive contravenes (1) the Administrative Procedure Act, (2) 10 U.S.C. § 1107, (3) 10 U.S.C. § 1107a, (4) 50 U.S.C. § 1520, and (5) the Equal Protection Clause.

4. On November 2, 2021, Plaintiffs filed their motion for a preliminary injunction. ECF No. 30. Plaintiffs seek to enjoin the DoD directive, an order directing DoD to grant exemptions to the DoD directive for every service member who has previously had COVID-19, and an order prohibiting DoD from taking any adverse administrative or disciplinary action against any service member who chooses to not comply with the DoD directive. *Id.* at 23.

5. In addition to addressing the merits of Plaintiffs' claims, Defendants' memorandum will also address numerous threshold constitutional questions of jurisdiction under Article III. Because Defendants would raise these same issues in a motion to dismiss, Defendants request to file a combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction. Combining this briefing would be more efficient for both the parties and the Court.

6. Unlike a typical preliminary injunction motion, Plaintiffs seek to enjoin the wholesale operation of a military program designed to mitigate the effects of the ongoing COVID-19 pandemic. Given the importance of the program, the myriad jurisdictional issues, and the

multiple claims raised, the additional pages requested are necessary for Defendants to provide the statutory and historic background and analysis to adequately address the issues raised by Plaintiffs' motion and complaint. Defendants will endeavor to be brief, and respectfully submit this Court would benefit from a fuller analysis of the issues presented here. The interests of justice will therefore be served by the requested extension.

7. Three other courts have permitted the Government to file at least a 40-page brief in opposition to the plaintiffs' motions for a preliminary injunction concerning the DoD directive. *See* Endorsed Order, *Navy Seal 1 v. Biden*, No. 21-cv-2429-SDM-TGW (M.D. Fla. Oct. 29, 2021), ECF No. 17 (granting Defendants' motion to file a 40-page opposition brief); Defs.' Opp'n to Pls.' Mots. for a Temporary Restraining Order and Prelim. Inj., *Doe v. Austin*, No. 21-cv-1211-AW-HTC (N.D. Fla. Oct. 21, 2021), ECF No. 31 (after obtaining leave from the court during a status hearing, filing a 67-page opposition brief to two motions for a preliminary injunction); Defs.' Opp'n to Emergency Application for Temporary Restraining Order and Prelim. Inj., *Church v. Biden*, No. 21-cv-2815-CKK (D.D.C. Nov. 2, 2021), ECF No. 13 (filing a 40-page opposition brief in compliance with Local Civil Rule 7(e), which permits opposition briefs of up to 45 pages).

Defendants, therefore, respectfully ask this Court to enter an order granting them permission to file a combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction of no more than 40 pages.

**Local Rule 7.1(a) Certification**

Undersigned counsel conferred with Plaintiffs' counsel by email on November 15, 2021. On November 16, 2021, Plaintiffs' counsel stated that Plaintiffs oppose the relief requested in this motion.

Dated: November 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

<u>/s/Courtney D. Enlow</u>
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov
