IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

DANIEL ROBERT and HOLLIE MULVIHILL,

    Plaintiffs,

v.

LLOYD AUSTIN, in his official capacity as Secretary of Defense;
XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; and
JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A COMBINED MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF FORTY PAGES**

---

Upon consideration of Defendants' Motion for Leave to File a Combined Motion to Dismiss and Opposition to Plaintiffs' Motion for a Preliminary Injunction of Forty Pages (ECF No. 32), and because good cause has been shown, it is, therefore, ORDERED that:

- Defendants' Motion is GRANTED;
- Defendants may filed a combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction; and
- Defendants' combined brief shall not exceed forty (40) pages.

DATED this 17th day of November, 2021.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge