UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DANIEL ROBERT | * |
| SSG, U.S. ARMY | * |
| | * |
| HOLLIE MULVIHILL | * |
| SSGT, USMC | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * |
| Secretary of Defense, | * |
| U.S. DEPARTMENT OF DEFENSE | * |
| Washington, D.C. 20301 | * |
| | * |
| and | * |
| | * |
| XAVIER BECERRA | * |
| Secretary of the U.S. Department of | * |
| Health and Human Services | * |
| U.S. DEPARTMENT OF HEALTH | * |
| AND HUMAN SERVICES | * |
| | * |
| and | * |
| | * |
| JANET WOODCOCK, Acting | * |

| | |
|---|---|
| Commissioner of the Food & Drug | * |
| Administration | * |
| U.S. FOOD AND | * |
| DRUG ADMINISTRATION | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SERVICE OF PROCESS

Attached please find the affidavit of completed service of the Complaint and Amended Complaint on the U.S. Attorney on behalf of the various Defendant U.S. agencies for appropriate filing by the Clerk of Court.

Dated: November 18, 2021

Respectfully submitted,

      /s/  Todd S. Callender
Todd Callender, Esq.
Colorado Bar #25981
600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com

      /s/ Dale Saran
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
dalesaran@gmail.com
Telephone: 480-466-0369
Attorneys for the Plaintiffs