# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Colorado

**Dan Robert, SSGT, U.S. Army, et al**

    Plaintiff(s),

vs.

**Lloyd Austin, in his official capacity as Secretary of Defense, U.S. Department of Defense, et al**

    Defendant(s).

Attorney: Todd Callender, Esq.

Todd Callender, Esq.
600 17th St., #2800, South
Denver CO 80202


*271016*

**Case Number: 1:21-CV-02228**

Legal documents received by Same Day Process Service, Inc. on **10/26/2021** at **4:03 PM** to be served upon **Courtney Enlow, Trial Attorney, U.S. Department of Justice - Civil Division, Federal Programs Branch at 1100 L St., NW, RM 12102, Washington, DC 20005**

I, **Cora Heishman**, swear and affirm that on **October 29, 2021** at **4:48 PM**, I did the following:

Served **Courtney Enlow, Trial Attorney, U.S. Department of Justice - Civil Division, Federal Programs Branch** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Amended Complaint; Exhibits by Certified Mailing to**   Courtney Enlow, Trial Attorney, U.S. Department of Justice - Civil Division, Federal Programs Branch at **1100 L St., NW, RM 12102, Washington, DC 20005**.

**Supplemental Data Appropriate to this Service:** On 10/29/2021, a copy of the legal documents was certified mailed to the subject with receipt number: 7021035000000198888747 to the address of: 1100 L St., NW, RM 12102, Washington, DC 20005. On 11/09/2021, the domestic return receipt was returned indicating that delivery was made on 11/03/2021.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 271016

