## Table of Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Secretary of Defense Message to the Force (Aug. 9, 2021) |
| 2. | Secretary of Defense Memorandum For Senior Pentagon Leadership, Commanders of the Combatant Commands, Defense Agency and DoD Field Activity Directors (Aug. 24, 2021) |
| 3. | Acting Assistant Secretary of Defense for Health Affairs Memorandum for Assistant Secretary of the Army (Manpower and Reserve Affairs), Assistant Secretary of the Navy (Manpower and Reserve Affairs), Assistant Secretary of the Air Force (Manpower and Reserve Affairs), and Director of the Defense Health Agency (Sept. 14, 2021) |
| 4. | Department of Defense Instruction ("DoDI") 6205.02 |
| 5. | Army Regulation ("AR") 40-562 |
| 6. | Fragmentary Order 5 to Headquarters Department of the Army Executive Order 225-21 ("Army FRAGO 5") |
| 7. | ALNAV 062/21 |
| 8. | MARADMIN 462/21, MARADMIN 533/21 |
| 9. | Congressional Research Service, Defense Health Primer: Military Vaccinations |
| 10. | Declaration of Peter Marks, M.D., Ph.D. |
| 11. | Declaration of Colonel Tonya Rans, M.D. |
| 12. | Declaration of Major Scott Stanley |
| 13. | Declaration of Colonel Michele Soltis |
| 14. | Declaration of Brigadier General Peter D. Huntley |
| 15. | Declaration of Captain Darek Wilcox |
| 16. | Declaration of Captain Christopher P. Tilque |
| 17. | Declaration of Nicole Powell-Dunford |
| 18. | Declaration of Whitney B. Gardner |