# Exhibit 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

|  |  |  |
|---|---|---|
| _____ ) | | |
| DAN ROBERT, SSG, U.S. Army, | ) | |
| HOLLIE MULVIHILL, SSgt, USMC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 21-cv-02228-RM |
| | ) | |
| LLOYD AUSTIN, in his official | ) | |
| capacity as Secretary of Defense, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

## DECLARATION OF COLONEL TONYA RANS

I, Colonel Tonya Rans, hereby state and declare as follows:

1.      I am currently employed by the U.S. Air Force as the Chief, Immunization Healthcare Division, Defense Health Agency – Public Health Directorate, located in Falls Church, Virginia. I have held the position since June 2017.  I am a medical doctor and have been board certified in Allergy/Immunology since 2008 and was a board certified Pediatrician from 2001-2015.

2.      In my current role, my responsibilities include directing a responsive, evidence-based, patient-centered organization promoting optimal immunization healthcare for all DoD beneficiaries and those authorized to receive immunization from DoD.  This includes assisting in policy development, providing implementation guidance and education, and engaging in clinical studies and research through clinical collaboration.  The Defense Health Agency-Immunization Healthcare Division (DHA-IHD) routinely engages with the medical representatives from the military departments, U.S. Coast Guard, Joint Staff, Combatant Commands, and others to develop

standardized immunization implementation guidance in accordance with published policy for consistency across DoD where possible.

3.      I am aware of the allegations set forth in the pleadings filed in this matter.  This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.

### Coronavirus Disease 2019 (COVID-19)

4.      As part of my official duties, I served as a member of the COVID-19 Vaccine Distribution Operational Planning Team (OPT), which was directed to develop and implement DoD's COVID-19 Vaccine Distribution plan.  The Coronavirus Task Force (CVTF) provided overarching guidance to the OPT.  The OPT provided routine and ad hoc updates on COVID-19 vaccine deliveries, administration, and adverse events to the CVTF.

5.      The virus that causes COVID-19 disease is SARS-CoV-2, a ribonucleic acid (RNA) virus from the Coronavirus family.  Like any RNA virus, the SARS-CoV-2 virus mutates and evolves constantly and regularly as it infects and replicates in host cells. Mutations that are beneficial to the virus (i.e., make the virus more easily spread between hosts, evade the immune system) are integrated into the viral genome, thereby increasing "survival" and replication opportunity.  This has been seen with the SARS-CoV-2 "Delta" variant, which is twice as contagious as previous variants.[1]  However, not all mutations are beneficial to the virus – some can result in virus death and therefore do not infect the host.  This is part of the normal biology cycle of all viruses.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html, last accessed November 17, 2021.

6.      The latest reports from the U.S. Centers for Disease Control and Prevention (CDC) indicate that the SARS-CoV-2 virus spreads when an infected person breathes out droplets and very small particles that contain the virus.[2]  These droplets and particles can be inhaled by other people or land on their eyes, noses, or mouth.  In some circumstances, viral particles may contaminate surfaces.  People who are closer than 6 feet from the infected person are most likely to get infected, especially in areas where there is poor ventilation.

7.      COVID-19 disease can cause acute symptoms such as fever/chills, cough, shortness of breath, fatigue, muscle aches, headache, loss of sense of smell or taste and/or sore throat. Symptoms appear 2-14 days (usually within 4-5 days) after viral exposure.[3]  The infection can affect people in different ways:  from asymptomatic, to limited and mild (for 2-3 days) to more severe (such as trouble breathing, chest pain, inability to think straight and inability to stay awake). Even with the availability of aggressive medical management and ventilator support in an intensive care setting for those with severe symptoms, hundreds of thousands with COVID-19 disease have died.  As of November 17, 2021, CDC reports that over 46 million individuals in the U.S. have been diagnosed with COVID-19 disease, over 3 million have been hospitalized, and over 764,000 have died (approximately 1 in 500 in the total U.S. population of 330 million).[4]  Per the CDC, the elderly and those with underlying medical conditions like cardiovascular disease, diabetes, chronic

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/faq.html, last accessed November 17, 2021.

[3] https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html, last accessed November 17, 2021.

[4] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html, last accessed November 17, 2021.

respiratory disease, obesity, pregnancy, immunocompromising conditions, or cancer are more likely to develop serious illness.[5]

8.      Although most people with COVID-19 get better within weeks of illness, some people experience post-COVID-19 conditions (aka long/long-haul COVID, Postacute Sequelae of COVID-19 (PASC), long-term effects of COVID, or chronic COVID). Post-COVID-19 conditions include a wide range of new, returning, or ongoing health problems four or more weeks after infection. Those who were asymptomatic during their COVID-19 infection may still develop post-COVID-19 conditions.  One systematic review assessing short and long-term rates of long-COVID in more than 250,000 COVID-19 survivors from 57 studies with an average age of 54 years demonstrated that more than 50% of these COVID-19 survivors continued to have a broad range of symptoms six months after resolution of the acute COVID-19 infection, of which the most common were functional mobility impairments, respiratory abnormalities, and mental health disorders.[6] Another study comparing outcomes in patients referred to outpatient rehabilitation clinics after COVID-19 reported poorer general, mental, and physical health and functioning compared with patients with no previous diagnosis of COVID-19 referred for cancer rehabilitation. Those referred for rehabilitation following COVID-19 were more likely to be male, younger, and employed.[7]   A study assessing clinical patterns, recovery time of COVID-19 illness in 147 international-level Paralympic and Olympic athletes showed that 86% had symptoms lasting ≤ 28

---

[5] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html, last accessed November 17, 2021.

[6] Groff, et al, *JAMA Network Open*, Short-term and Long-term Rates of Postacute Sequelae of SARS-CoV-2 Infection, https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2784918.

[7] Rogers-Brown JS, et al. CDC Morbidity and Mortality Weekly Report, Vol 70(27) 9 July 2021 https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7027a2-H.pdf.

days, whereas 14% had symptoms of longer duration.  In both groups, fatigue, dry cough, and headache were the predominant symptoms.[8]  Myocarditis associated with COVID-19 disease or mRNA COVID-19 vaccine is rare.  However, the risk of myocarditis associated with COVID-19 disease is consistently higher than the risk of myocarditis associated with dose 2 of mRNA COVID-19 vaccine in young adult males (where the adjusted risk is reported to be highest).  Hence, the risk to benefit ratio continues to be in favor of vaccination.

## COVID-19 Impacts on the Force

9.    Infectious diseases have been the single greatest threat to the health of those involved in military operations.  As the standard military unit shrinks and becomes more mobile to rapidly respond to global threats, any decrease in personal or unit readiness can significantly decrease operational efficiency and result in military ineffectiveness.  Similar to other viruses, SARS-CoV-2 virus can be easily transmitted to others prior to symptom development and therefore may infect significant numbers before being identified.  DoD personnel, including Service members, especially those in an operational setting (such as those working on ships, submarines, or engaged in the operation of aircraft and vehicles; those deployed to austere environments; or those engaged in routine field training and airborne exercises), work in environments where duties may limit the ability to strictly comply with mitigation measures such as wearing a face mask, avoiding crowded areas, maintaining physical distancing of at least 6 feet, increasing indoor ventilation, maintaining good hand hygiene, and quarantining if in close contact with a COVID-19 case.  Therefore, upon exposure, these individuals may be at higher risk to be diagnosed with COVID-19 compared to those who can robustly maintain all recommended

---

[8] Hull JH, et al.  Clinical patterns, recovery time and prolonged impact of COVID-19 illness in international athletes:  the UK experience.  *Br J Sports Med* 2021;0:1-8.  Doi 10.1136/bjsports-2021-104392.

mitigation strategies.  Further, although the elderly population and those with medical conditions are more likely to have severe disease, otherwise healthy Service members have developed "long-haul" COVID-19, potentially impacting their long-term ability to perform their missions.  Data presented from DoD's COVID-19 registry has demonstrated that of 111,767 active duty service members who had COVID-19 disease between February 1, 2020 to August 12, 2021, 37,838 (33.9%) had diagnoses for conditions requiring a healthcare visit 30-180 days following their illness, the most common being joint/muscle pain (15,614 or 14%) followed by chest pain/cough (7,887 or 7.1%).  In comparison, only 8.3% and 1.81%, respectively, of active duty service members had a healthcare visit for those diagnoses 30-180 days after vaccination.  All diagnoses associated with "Long-COVID-19 Syndrome" were found to be more common after COVID-19 disease than after COVID-19 vaccination. Some Service members have unfortunately succumbed to the disease, as described further below.  Service members and federal civilian employees are the military's most valuable asset; without a medically ready force and ready medical force, the military mission is at high risk of failure.  Recommendations from evidence-based medicine must remain the core approach to readiness.  These evidence-based recommendations will continue to be updated as our understanding of the disease, complications, and impact from vaccination continues to evolve.

10.     Between February 2020 and October 2021, there were 201,045 active duty service members identified as new cases of COVID-19 (see "Table" below). The largest monthly peak in cases occurred in January 2021, with 28,043 new cases identified (see "Figure" below). Other peaks occurred in August 2021 with 21,399 new cases and in July 2020 with 11,604 new cases. The percentage of cases that were hospitalized was highest at the start of the pandemic and trended downward through January 2021. The percentage of hospitalized cases then increased from 0.9%

in January 2021 to 2.0% in May 2021, and decreased to 1.0% in October 2021. In total, 28 active duty service members, and another 47 Reserve and National Guard members, have died from COVID-19 as of the end of October 2021. The number of active duty service members who died from COVID-19 remained very low throughout the first year of the pandemic, with a slight increase in the numbers of deaths occurring between December 2020 and February 2021, and a greater increase occurring between August and October 2021, coinciding with the increased spread of the Delta variant. More than one-half of the 28 deaths in active duty service members occurred between August and October 2021 (n=16).

**Table. New COVID-19 cases, hospitalizations, and deaths among active duty service members, February 2020 – October 2021**

|  | No. cases | No. hospitalizations | % hospitalizations | No. deaths |
|---|---|---|---|---|
| Feb-20 | 7 | 2 | 28.6 | 0 |
| Mar-20 | 1,149 | 57 | 5.0 | 0 |
| Apr-20 | 2,121 | 60 | 2.8 | 1 |
| May-20 | 1,201 | 22 | 1.8 | 0 |
| Jun-20 | 6,796 | 91 | 1.3 | 0 |
| Jul-20 | 11,604 | 176 | 1.5 | 0 |
| Aug-20 | 7,972 | 113 | 1.4 | 0 |
| Sep-20 | 6,085 | 96 | 1.6 | 0 |
| Oct-20 | 10,034 | 139 | 1.4 | 1 |
| Nov-20 | 20,361 | 189 | 0.9 | 0 |
| Dec-20 | 21,822 | 210 | 1.0 | 2 |
| Jan-21 | 28,043 | 256 | 0.9 | 2 |
| Feb-21 | 10,728 | 131 | 1.2 | 4 |
| Mar-21 | 7,889 | 132 | 1.7 | 0 |
| Apr-21 | 8,271 | 135 | 1.6 | 1 |

| | | | |
|---|---|---|---|
| May-21 | 4,224 | 84 | 2.0 | 0 |
| Jun-21 | 3,432 | 66 | 1.9 | 0 |
| Jul-21 | 11,287 | 217 | 1.9 | 1 |
| Aug-21 | 21,399 | 330 | 1.5 | 5 |
| Sep-21 | 12,064 | 163 | 1.4 | 6 |
| Oct-21 | 4,556 | 46 | 1.0 | 5 |

**Figure. New COVID-19 cases among active duty service members and percentage of cases**

**that were hospitalized, March 2020 – October 2021**



Note: February 2020 is not shown due to the very small number of cases

11.     The DoD has provided information on its website concerning the number of vaccinations provided by DoD, the vaccination of the force, and health impact of those who developed COVID-19 infections.[9]   As depicted below, data from November 17, 2021, demonstrated that of the 389,319 COVID-19 cases within the DoD, 5,515 individuals were

---

[9] https://www.defense.gov/Spotlights/Coronavirus-DOD-Response/, last accessed November 18, 2021.

hospitalized and 604 have died, including 75 military Service members (Service members include Active Duty, Reserves, and National Guard personnel).  In both the civilian sector and in the military, the overwhelming majority of individuals hospitalized or who died were not vaccinated or not fully vaccinated.

| DOD COVID-19 CUMULATIVE TOTALS | | | | |
| --- | --- | --- | --- | --- |
| | Cases | Hospitalized | Recovered | Deaths |
| Military | 252,658 | 2,280 | 248,295 | 75 |
| Civilian | 71,937 | 2,059 | 63,377 | 370 |
| Dependent | 40,223 | 492 | 38,959 | 33 |
| Contractor | 24,501 | 684 | 23,015 | 126 |
| Total | 389,319 | 5,515 | 373,646 | 604 |

12.    The bed capacity at DoD's military medical treatment facilities (MTFs) has generally followed local civilian hospital utilization, with some MTFs having high admission rates and a need to temporarily curtail medical services.  The National Guard has been called on extensively to provide medical support to the civilian population throughout the pandemic and Services have also provided "manning assist" to other DoD MTFs and civilian hospitals.

**Vaccine Impacts**

13.    Immunization is a global health and development success story, saving millions of lives across the age spectrum annually from illness, chronic conditions, and potentially death. Immunizations provide benefit at both the individual and community level.  First, by stimulating an active immune response, vaccinated individuals are largely protected from the disease of concern.  Second, when a high proportion of individuals are immune (i.e., herd immunity) human-to-human transmission is disrupted, thereby protecting those who remain susceptible (i.e., those

who may not be able to receive a vaccine or do not mount an adequate antibody response).  Disease prevention through immunization also mitigates the need for pharmacologic treatment (antibiotics, etc.), reducing the risk of drug-resistant pathogen development.

14.     As a key component of primary health care, the U.S. Food and Drug Administration (FDA), which provides regulatory allowance for immunizations, has licensed vaccines for over 20 different infectious diseases.  The Advisory Committee on Immunization Practices (ACIP), an advisory committee of the CDC, develops recommendations on how to use vaccines to control diseases in the United States.  The military also maintains awareness, surveillance, and provides guidance to DoD personnel and beneficiaries on vaccine-preventable diseases in the global setting.

15.     According to the CDC, over 442 million doses of COVID-19 vaccine have been given in the United States from December 14, 2020, through November 15, 2021.[10] Evidence continues to show that the incidence of SARS-CoV-2 infection, hospitalization, and death is higher in unvaccinated than vaccinated persons.  For adults aged 18 - 49 years, the rates of COVID-19 associated hospitalization has been consistently higher in the unvaccinated population as compared to the vaccinated population.[11]

---

[10] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html, last accessed November 18, 2021.

[11] https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalizations-vaccination, last accessed November 18, 2021.



Also, according to CDC data, deaths by vaccination status in August showed that unvaccinated persons had 6.1 times greater risk of testing positive for COVID-19 and an 11.3 times greater risk of dying from COVID-19.[12]



---

[12] https://covid.cdc.gov/covid-data-tracker/#rates-by-vaccine-status, last accessed November 18, 2021.



16.     Although COVID-19 vaccine effectiveness against **_infection_** has decreased over time, this is seen more significantly in individuals 65 years of age and older.  COVID-19 vaccine effectiveness against severe disease (hospitalization and death) remains high.[13]



---

[13] https://covid.cdc.gov/covid-data-tracker/#vaccine-effectiveness, last accessed November 18, 2021.



17.    As of November 17, 2021, DoD immunization sites have administered over 6.2 million doses of COVID-19 vaccine.  As of November 6, 2021, DoD has received a total of 7,020 unique Vaccine Adverse Event Reporting System (VAERS) reports (approximately 11 VAERS reports/10,000 doses administered).   Note that the number of VAERS reports/10,000 doses administered for DoD beneficiaries is likely to be lower, as the denominator does not take into account beneficiaries who receive vaccine in the civilian sector though DoD would still receive their VAERS report if the submitter indicated military affiliation.   Additionally, individuals who had an adverse event but did not submit a VAERS would not be known and therefore would not be counted.

18.    As of November, 2021, the DoD has received hundreds of thousands of BLA-manufactured, EUA-labeled vaccine doses and is using them.

19.    Approach to immunizations within DoD are outlined in DoD Instruction 6205.02, "DoD Immunization Program" dated June 19, 2019, which states that it is DoD policy that all DoD personnel and other beneficiaries required or eligible to receive immunizations will be offered

immunizations in accordance with recommendations from the CDC and its ACIP. Army Regulation 40-562, Bureau of Medicine and Surgery Instruction 6230.15B, Air Force Instruction 48-110_IP, Coast Guard Commandants Instruction M6230.4G, "Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases," October 7, 2013, further states the Military Service policy concerning immunizations follows the recommendations of the CDC, ACIP, and the prescribing information on the manufacturer's package inserts, unless there is a military-relevant reason to do otherwise.  This document does also describe general examples of medical exemptions, which include "evidence of immunity based on serologic tests, documented infection, or similar circumstances."  Some interpret this as a diagnosis of COVID-19 disease and/or results of a COVID-19 serologic test means that a medical exemption should be granted. However, of significance is the phrase "evidence of immunity."  CDC defines immunity as "protection from an infectious disease.  If you are immune to a disease, you can be exposed to it without becoming infected."[14] There are two major types of testing available for COVID-19: diagnostic tests, which assess for current infection, and antibody tests, which assesses for antibody production, indicative of either past infection and (in some tests) a history of vaccination.  The FDA states "We do not know how long antibodies stay in the body following infection with the virus that causes COVID-19. We do not know if antibodies give you protective immunity against the virus, so results from a serology test should not be used to find out if you have immunity from the virus. The FDA cautions patients against using the results from any serology test as an indication that they can stop taking steps to protect themselves and others, such as stopping social

---

[14] https://www.cdc.gov/healthyschools/bam/diseases/vaccine-basics.htm, accessed November 18, 2021.

distancing or discontinuing wearing masks."[15] As described further below, current COVID-19 lab test fact sheets state that it is unknown how long antibodies remain in the body infection after infection and if they confer immunity to infection.   Therefore, given the scientific evidence available at this time, a medical exemption based on the history of COVID-19 disease or serology results does not meet "evidence of immunity".   The presence of antibodies is not the same thing as being immune.

20.     The CDC states that "COVID-19 vaccination is recommended for everyone aged 5 years and older, regardless of a history of symptomatic or asymptomatic SARS-CoV-2 infection; this includes people with prolonged post-COVID-19 symptoms and applies to primary series doses, additional primary doses, and booster doses."  Viral testing to assess for acute SARS-CoV-2 infection or serologic testing to assess for prior infection is not recommended for the purpose of vaccine decision-making.   Present data are insufficient to determine an antibody titer threshold that indicates when an individual is protected from SARS-CoV-2 infection.   There is neither any FDA-authorized or FDA-approved test nor any other scientifically validated strategy that vaccination providers or the public can use to reliably determine whether a person is protected from infection.   Data from multiple studies indicate that the currently approved or authorized COVID-19 vaccines can be given safely to people with evidence of a prior SARS-CoV-2 infection."[16]

---

[15] https://www.fda.gov/consumers/consumer-updates/coronavirus-disease-2019-testing-basics, accessed November 19, 2021.

[16] https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html, accessed November 18, 2021.

21.     Further, CDC states "current evidence suggests that the risk of SARS-CoV-2 reinfection is low after a previous infection but may increase with time due to waning immunity. Among individuals infected with SARS-CoV-2, substantial heterogeneity exists in their immune response.  (The term "heterogeneity" means that those individuals have diverse or varying immune responses which, when compared to the subsequent response of those receiving the COVID-19 vaccine, are not as reliable or consistent.)  Conversely, the immune response following COVID-19 vaccination is more reliable, consistent, and predictable. A primary vaccination series decreases the risk of future infections in people with prior SARS-CoV-2 infection. Numerous immunologic studies have consistently shown that vaccination of individuals who were previously infected enhances their immune response, and growing epidemiologic evidence indicates that vaccination following infection further reduces the risk of subsequent infection, including in the setting of increased circulation of more infectious variants".[17]

22.     Although natural infection for some diseases, in some cases, can result in long-standing immunity (e.g., measles), there is risk of untoward outcomes from the disease itself, which can be chronic or even fatal.  Examples of harmful outcomes outside of COVID-19 include Pneumonia or invasive group B Strep from chickenpox, meningitis or epiglottitis from *Haemophilis influenza* type B, birth defects from rubella, liver cancer from Hepatitis B, and death from measles.

23.     Other examples of natural infections that do not mount long-standing immunity include Influenza, Respiratory Syncytial Virus, Malaria, Whooping cough, and rotavirus –re-

---

[17] https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html, accessed November 18, 2021.

infection is possible.  Multiple serotypes of some pathogen like influenza, pneumococcus, and possibly with the SARS-CoV-2 variants also makes determination of a protective serologic level more difficult, especially to say there is lifelong adequate immunity.

24.    Summarizing a review of 96 peer-reviewed and preprint publications, CDC provides an overview of current scientific evidence regarding infection-induced immunity.[18] Key findings include the following:

- Available evidence shows that fully vaccinated individuals and those previously infected with SARS-CoV-2 each have a low risk of subsequent infection for at least 6 months. Data are presently insufficient to determine an antibody titer threshold that indicates when an individual is protected from infection. At this time, there is no FDA-authorized or approved test that providers or the public can use to reliably determine whether a person is protected from infection.

  o The immunity provided by vaccine and prior infection are both high but not complete (i.e., not 100%).

  o Multiple studies have shown that antibody titers correlate with protection at a population level, but protective titers at the individual level remain unknown.

  o Whereas there is a wide range in antibody titers in response to infection with SARS-CoV-2, completion of a primary vaccine series, especially with mRNA vaccines, typically leads to a more consistent and higher-titer initial antibody response.

---

[18] https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/vaccine-induced-immunity.html, accessed November 19, 2021.

o   For certain populations, such as the elderly and immunocompromised, the levels of protection may be decreased following both vaccination and infection.

o   Current evidence indicates that the level of protection may not be the same for all viral variants.

o   The body of evidence for infection-induced immunity is more limited than that for vaccine-induced immunity in terms of the quality of evidence (e.g., probable bias towards symptomatic or medically-attended infections) and types of studies (e.g., observational cohort studies, mostly retrospective versus a mix of randomized controlled trials, case-control studies, and cohort studies for vaccine-induced immunity). There are insufficient data to extend the findings related to infection-induced immunity at this time to persons with very mild or asymptomatic infection or children.

## **Risks from COVID-19 Vaccination**

25.     Risks from immunization, including COVID-19 vaccines, are rare.  CDC provides routine updates on specific adverse events temporally associated with COVID-19 vaccines.[19] CDC updates as of November 16, 2021, include the following:

A.  **Anaphylaxis after COVID-19 vaccination is rare** and has occurred in approximately 2 to 5 people per million vaccinated in the United States**.**

B.  **Thrombosis with thrombocytopenia syndrome (TTS) after Johnson & Johnson's Janssen (J&J/Janssen) COVID-19 vaccination is rare.**  As of November 10, 2021,

---

[19] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html, last accessed November 19, 2021.

more than 16 million doses of the J&J/Janssen COVID-19 Vaccine have been given in the United States. CDC and FDA identified 50 confirmed reports of people who got the J&J/Janssen COVID-19 Vaccine and later developed TTS, including 5 confirmed reports of death. Women aged 18-49 years old especially should be aware of the rare but increased risk of this adverse event.

C. Guillain-Barre Syndrome - CDC and FDA are monitoring reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine. GBS is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. Most people fully recover from GBS, but some have permanent nerve damage. After more than 16 million J&J/Janssen COVID-19 Vaccine doses administered, there have been around 258 preliminary reports of GBS identified in VAERS as of November 10, 2021. These cases have largely been reported about 2 weeks after vaccination and mostly in men, many 50 years and older. CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

D. **Myocarditis and pericarditis after COVID-19 vaccination are rare.** As of November 10, 2021, VAERS has received 1,793 reports of myocarditis or pericarditis among people ages 12-29 who received COVID-19 vaccines. Most cases have been reported after mRNA COVID-19 vaccination (Pfizer-BioNTech or Moderna), particularly in male adolescents and young adults after the second dose. Through follow-up, including medical record reviews, CDC and FDA have confirmed 1,049 reports of myocarditis or pericarditis.

E. **Reports of death after COVID-19 vaccination are rare**.  More than 442 million doses of COVID-19 vaccines were administered in the United States from December 14, 2020, through November 15, 2021. During this time, VAERS received 9,810 reports of death (0.0022%) among people who received a COVID-19 vaccine. FDA requires healthcare providers to report any death after COVID-19 vaccination to VAERS, even if it's unclear whether the vaccine was the cause.  **Reports of adverse events to VAERS following vaccination, including deaths, do not necessarily mean that a vaccine caused a health problem.** A review of available clinical information, including death certificates, autopsy, and medical records, has not established a causal link to COVID-19 vaccines.  However, recent reports indicate a plausible causal relationship between the J&J/Janssen COVID-19 Vaccine and TTS, a rare and serious adverse event that causes blood clots with low platelets, which has caused 5 deaths.

26.  Additionally, on October 27 2021, the COVID-19 subcommittee of the WHO Global Advisory Committee on Vaccine Safety (GACVS) provided an updated statement regarding myocarditis and pericarditis reported with COVID-19 mRNA vaccines, stating, in part:  The GACVS COVID-19 subcommittee notes that myocarditis can occur following SARS-CoV-2 infection (COVID-19 disease) and that mRNA vaccines have clear benefit in preventing hospitalisation and death from COVID-19.  Countries should continue to monitor reports of myocarditis and pericarditis following vaccination by age, sex, dose and vaccine brand. Countries should consider the individual and population benefits of immunization relevant to

their epidemiological and social context when developing their COVID-19 immunisation policies and programs.[20]

## COVID-19 Antibody Tests

27. As described above, testing to assess for acute SARS-CoV-2 infection or serologic testing to assess for prior infection is not recommended for the purposes of vaccine decision-making.  As of November 19, 2021, the FDA's EUA Authorized Serology Test Performances[21] lists ~90 products, of which all of them had one of the following three statements about immunity interpretation:

A.  "You should not interpret the results of this test as an indication or degree of immunity or protection from reinfection."[22]

B.  "It is unknown how long antibodies to SARS-CoV-2 will remain present in the body after infection and if they confer immunity to infection. Incorrect assumptions of immunity may lead to premature discontinuation of physical distancing requirements and increase the risk of infection for individuals, their households and the public."[23]

---

[20] https://www.who.int/news/item/27-10-2021-gacvs-statement-myocarditis-pericarditis-covid-19-mrna-vaccines-updated, last accessed November 19, 2021.

[21] https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/eua-authorized-serology-test-performance, last accessed November 17, 2021.

[22] https://www.fda.gov/media/146369/download, last accessed November 19, 2021.

[23] https://www.fda.gov/media/138627/download, last accessed November 19, 2021.

C.  "It is unknown how long IgM or IgG antibodies to SARS-CoV-2 will remain present in the body after infection and if they confer immunity to infection. A positive result for XXX test may not mean that an individual's current or past symptoms were due to COVID-19 infection."[24]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 22, 2021, in Falls Church, Virginia

RANS.TONYA.S
UE.1081263031
Digitally signed by
RANS.TONYA.SUE.1081263031
Date: 2021.11.22 12:45:00
-05'00'

Tonya S. Rans
Colonel, Medical Corps, U.S. Air Force
Director, Immunization Healthcare Division
Public Health Directorate
Falls Church, Virginia

---

[24] https://www.fda.gov/media/137542/download, last accessed November 19, 2021.