# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **DANIEL ROBERT**, SSGT, U.S. Army, and **HOLLIE MULVIHILL,** SSGT, USMC,<br><br>      Plaintiffs,<br><br> v.<br><br>**LLOYD AUSTIN**, in his official capacity as Secretary of Defense, U.S. Department of Defense, **XAVIER BACERRA**, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food & Drug Administration,<br><br>      Defendants. | Case No. 1:21-cv-02228-RM |

## DECLARATION OF CHRISTOPHER P. TILQUE

I, Christopher P. Tilque, hereby state and declare as follows:

  1.  I am a Captain in the United States Marine Corps ("USMC"), currently assigned as the Officer-in-Charge ("OIC"), Air Traffic Control ("ATC"), at Marine Corps Air Station ("MCAS") New River, located in Jacksonville, North Carolina. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

  2.  I have been assigned to my current position since May 2020. Prior to my current assignment, I served as the Future Operations Officer for Marine Air Control Group 18 in Okinawa, Japan and then as a Student at Expeditionary Warfare School. As part of my current duties, I am responsible for the administration and oversight of the Air Traffic Control Facility at MCAS New River, which coordinates and directs activities related to airspace management and

1

the control of aircraft and vehicles within MCAS New River airspace. The primary function of ATC is to ensure the proper operation of aircraft and safety of aviators, aircrew, and persons by monitoring the location, speed, and course of aircraft in MCAS New River airspace, providing aviators information, instructions, or guidance as necessary, while in flight and during takeoff and landing. My duties include staffing and operation of control towers and associated radar control positions, maintenance for such systems, as well as the supervision of approximately 72 ATC and Air Traffic Control Maintenance (ATCM) Marines, and 15 Department of the Navy civilian employees who operate or maintain the systems in various capacities.

3. On August 26, 2021, I received notification that Staff Sergeant (SSgt) Hollie Mulvihill was a plaintiff in a pending lawsuit. SSgt Mulvihill had previously informed me that she was to be involved in a lawsuit related to the Department of Defense's COVID-19 vaccine requirement. Since June 2020, Staff Sergeant (SSgt) Mulvihill has been assigned to the ATC facility and serves as an Air Traffic Controller. Her administrative duties include serving as the assistant crew chief, supervising, mentoring, and ensuring the well-being of Marines on Crew B. Her operational duties include operating and instructing on all qualified ATC positions, which currently include: Tower Flight Data, Radar Flight Data and Radar Final Control and instructing Marines on Radar Final Control.

4. Marines assigned to the Air Traffic Control Facility, such as SSgt Mulvihill, operate in confined spaces in close proximity to other Marines. Control positions within the tower or radar facilities are generally not more than two-to-three feet apart, and Marines under instruction are obliged to work shoulder-to-shoulder with their instructor. In response to the COVID-19 pandemic, persons entering facilities located on the installation are required to wear masks when indoors except in limited circumstances, per DoD and Service policy. Marine Corps

2

Installation-East policy requires all Marines wear a mask while indoors, unless they are alone in a single-occupancy office, or in an office where six-foot social distancing is maintained. *See* Attachment A, MCI-EAST Commanding General's Policy Letter 008-21 (Aug. 4, 2021).

5. A Marine's vaccination status is significant to testing and quarantine requirements in the event the Marine develops symptoms of COVID-19, or is identified as a close contact of an individual who has tested positive for COVID-19. *See* Attachment B, II MEF COVID-19 Close Contact & Testing Decision Matrix. In the event an unvaccinated Marine is identified as being in close contact with a COVID-positive individual, they are required to test for COVID-19 and quarantine (generally known as being placed in restriction of movement, or "ROM") for 14 days, whether the test is negative or positive. Marines who are fully vaccinated, without symptoms, and who receive a negative COVID test are not required to quarantine. Persons in a quarantine or ROM status are required to remain at home except under limited circumstances.

6. Potential exposure to COVID-19 can have a significant impact on the operations of the Air Traffic Control Facility. The ATC is the key unit that enables all 14 squadrons assigned to MCAS New River to train and execute their respective missions. Any degradation of ATC operations will have a direct and detrimental effect on the resident squadrons' training capacity and military readiness. Specifically, the removal of small numbers of individuals due to the contraction of COVID-19 or quarantine (ROM) necessitates temporary reassignment of personnel and the radar and tower chief to cover operational duties. In the event of a personnel shortfall or the lack of personnel with required qualifications, it could become necessary to consolidate personnel to one ten-hour shift and curtail airfield hours. This would directly impact 14 resident squadrons, including two training squadrons, comprised of approximately 240

aircraft and the associated aircrew personnel, by significantly reducing allotted training times and severely limiting the amount of air traffic that can move in and around MCAS New River.

7. The ATC unit has experienced several COVID-19 occurrences and thus far has managed to cover the shortfalls. However, our current personnel qualification depth is greatly diminished due to Marines transferring from the unit or separating from service and, as explained, the loss of personnel in ATC due to COVID-19, even for short periods, will necessarily harm the mission of the Marine Corps at MCAS New River.

8. Following the release of the MARADMIN 462/21, I informed the entire unit of the policy and directed them to review the message in the event they had any questions. SSgt Mulvihill informed me she intended to seek a medical exemption based on her documented infection with COVID-19 and serologic test results. Unit leadership assisted her by contacting the cognizant medical office to determine the proper way for her to submit the exemption request. She was directed to schedule an appointment with the medical staff at Marine-Centered Medical Homeport New River. SSgt Mulvihill scheduled an appointment as directed, and on September 20, 2021, a medical provider advised SSgt Mulvihill that she would not be granted a medical exemption.

9. On October 28, 2021, SSgt Mulvihill submitted a second request for a medical exemption due to [redacted]. MARADMIN 462/21 provides that "a temporary medical exemption may be granted by a licensed DoD healthcare provider for [redacted], after individual consultation with that provider." MARADMIN 462/21 ¶ 3.j.4. SSgt Mulvihill was granted a temporary medical exemption due to [redacted] on October 28, 2021. This exemption is required to be renewed every 30 days by the command medical officer. *See* Attachment C, BUMED Notice 6150, Guidance for Coronavirus Disease 2019 Vaccination

4

Deferral Status Reporting (Sep. 21, 2021).[1] It is expected that her temporary exemption will be renewed for the duration of ▮▮▮▮▮▮▮▮. SSgt Mulvihill is not required to get vaccinated and will not be subject to any adverse administrative or disciplinary action for not getting vaccinated while she has a temporary medical exemption. Once her temporary exemption expires, SSgt Mulvihill will be ordered to receive the vaccine as required by MARADMIN 462/21, unless she obtains a permanent exemption.

10. SSgt Mulvihill has not been subject to any form of adverse employment action, discipline, or disparate treatment, nor any form of maltreatment or ostracism, as a result of either of her requests for a vaccination exemption, her temporary medical exemption, or as a result of this lawsuit.

11. Several months ago, prior to SSgt Mulvihill receiving a temporary medical exemption, she asked me about potential punishments associated with refusing the vaccine. In response to her inquiry regarding potential disciplinary action, I referred SSgt Mulvihill to the MARADMIN, which withholds authority to issue adverse administrative counseling to the special court-martial convening authority, Lieutenant Colonel Friedrick, Commanding Officer, Headquarters & Headquarters Squadron. Initial disposition authority for disciplinary cases involving vaccine refusals is withheld to the general court-martial convening authority, Brigadier General Andrew Niebel, Commanding General, Marine Corps Installations East. I referred her to the legal services office in the event she had further questions, as I do not have the authority to issue adverse administrative counseling or adjudicate potential disciplinary action under the MARADMIN or per my billet. Furthermore, adverse administrative counseling or potential

---

[1] Temporary exemptions for ▮▮▮▮▮▮▮ are coded under the "Medical Temporary (MT)" deferral code. Like other temporary deferrals, this designation remains in effect for only 30 days. After 30 days, the Service member must either receive the vaccine or update their deferral status.

disciplinary action considerations are premature at this point for any Marine who is in the process of seeking a medical or administrative exemption or for a Marine who has been granted a temporary exemption, such as SSgt Mulvihill.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of November, 2021.

TILQUE.CHRISTOPHER.PATRICK.11006021 52
Digitally signed by TILQUE.CHRISTOPHER.PATRICK.110 0602152
Date: 2021.11.23 19:16:44 -05'00'

C. P. TILQUE

Attachments: (A) MCI-EAST Commanding General's Policy Letter 008-21 of August 4, 2021
(B) II MEF COVID-19 Close Contact & Testing Decision Matrix
(C) BUMED Notice 6150 of September 21, 2021



UNITED STATES MARINE CORPS
MARINE CORPS INSTALLATIONS EAST-MARINE CORPS BASE
PSC BOX 20005
CAMP LEJEUNE NC 28542-0005

```
5530
G-3/5
04 AUG 2021
```

COMMANDING GENERAL'S POLICY LETTER 008-21

From:  Commanding General, Marine Corps Installations East-Marine Corps Base, Camp Lejeune
To:    Distribution List

Subj:  UPDATED MASK GUIDELINES FOR VACCINATED PERSONNEL ABOARD MARINE CORPS INSTALLATIONS EAST INSTALLATIONS

Ref:   (a) SecDef Memo of 28 July 2021

Encl:  (1) Standardized Policy Notification Placard

1. Purpose.  To promulgate updated policy regarding the wearing of masks aboard Marine Corps Installations East (MCIEAST) installations.

2. Cancellation.  CG's Policy Ltr 006-21.

3. Scope.  This policy applies to the entire MCIEAST community (all those working, living or otherwise visiting MCIEAST installations for any purpose).

4. Information

    a.  The nation is experiencing a rise in COVID cases with the Delta variant as the dominant threat.  Every installation in the MCIEAST area of responsibility is either in Substantial or High community transmission rates.  Installation and tenant Commanders must continue working together to contain the spread of COVID and encourage personnel to get vaccinated.

    b.  In accordance with the reference ALL PERSONNEL (vaccinated and unvaccinated) aboard MCIEAST installations will be required to wear a mask in all indoor installation facilities.  Face coverings are MANDATORY when entering any installation facility including, but not limited to:

        (1) Medical/Dental Facilities;

        (2) Commissary;

        (3) Mess Halls;

        (4) All MCCS Facilities (Marine Corps Exchange, Child Development Centers, food venues);

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited.

Subj:  UPDATED MASK GUIDELINES FOR VACCINATED PERSONNEL ABOARD MARINE CORPS INSTALLATION EASTS INSTALLATIONS

       (5) All Fitness Centers;

       (6) Operational Spaces; and

       (7) Single-Occupied office spaces (or where 6-foot social distance can be maintained) are exempt, but individuals should wear a mask when traversing building spaces and attending group meetings.

  c.  Face coverings are NOT required for people who:

       (1) Have health issues preventing the wearing of a face covering;

       (2) Are under the age of 2 (per CDC guidelines); or

       (3) Are actively eating or drinking.

5.  <u>Action</u>

  a.  All MCIEAST components and tenant commands, and the directors of all on base/station government and commercial activities are to observe and promote compliance with the measures detained in this policy.

  b.  This policy will remain in effect until terminated or revised by this headquarters.

*[signature]*

ANDREW M. NIEBEL

DISTRIBUTION:  A/B/C

2

ENCLOSURE (1)

# In Accordance with Department of Defense Guidance

# ALL PERSONNEL

# (vaccinated and unvaccinated) are required to wear a mask in all indoor facilities



1. All II MEF testing Mon-Fri is conducted at the Combined Respiratory Aid Station (CRAS) from 0730-1530. All symptomatic patients reporting to the CRAS will be screened and assessed by a medical provider. All persons needing asymptomatic contact tracing testing will arrange through their unit providers who will then coordinate with CRAS staff at (910)451-0453. The Naval Hospital Camp Lejeune Acute Respiratory Center is open Sat-Sun 0800-1600 for testing only of close contacts and well or minimally symptomatic people (no examination with a provider).

2. Close Contact: Someone who was within 6 feet of an infected person for a cumulative total of 15 minutes or more over a 24-hour period. An infected person can spread SARS-CoV-2 starting from 2 days before they have any symptoms (or, for asymptomatic patients, 2 days before the positive specimen collection date), until they meet criteria for discontinuing isolation.

3. Fully Vaccinated: 2 weeks after receiving the final dose of a vaccination series (2nd dose of Pfizer or Moderna, 1st dose of Janssen).

References
(a) USD for P&R Memorandum, "Force Health Protection Guidance (Supplement 15) Revision 2 – DoD Guidance for Coronavirus Disease 2019 Laboratory Testing Services," July 2, 2021
(b) MARADMIN 354-21
(c) https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html
(d) https://www.cdc.gov/coronavirus/2019-ncov/php/contact-tracing/contact-tracing-plan/appendix.html#contact



**DEPARTMENT OF THE NAVY**
BUREAU OF MEDICINE AND SURGERY
7700 ARLINGTON BOULEVARD
FALLS CHURCH VA 22042

Canc: Sep 2022
IN REPLY REFER TO
BUMEDNOTE 6150
BUMED-CIC
21 Sep 2021

BUMED NOTICE 6150

From:  Chief, Bureau of Medicine and Surgery

Subj:  GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION DEFERRAL STATUS REPORTING

Ref:   (a) BUMEDINST 6230.15B
       (b) SecDef Memo of 24 Aug 21
       (c) DoD Instruction 6205.02 of 23 July 2019
       (d) CNO WASHINGTON DC 311913Z Aug 21 (NAVADMIN 190/21)
       (e) CMC WASHINGTON DC 011400Z Sep 21 (MARADMIN 462/21)
       (f) BUPERSINST 1730.11A
       (g) MCO 1730.9 of 12 July 2021
       (h) NAVPERS 15560D
       (i) BUMEDNOTE 6300 of 3 Sep 2021 (Canc: Sep 2022)

1. <u>Purpose</u>.  Reference (a) establishes the tracking of readiness for naval forces in the Medical Readiness Reporting System (MRRS).  This notice establishes the interim process for healthcare providers to document approved Coronavirus Disease 2019 (COVID-19) vaccine exemptions per reference (a).

2. <u>Scope and Applicability</u>.  This notice applies to all Navy Medicine healthcare providers delivering care to Sailors and Marines.

3. <u>Background</u>.  With the release of reference (b) mandating COVID-19 vaccination of Service members, mandatory vaccination will be implemented consistent with reference (c).  Deferrals documented as "Medical Decline" or "Medically Contraindicated" will no longer be valid options for COVID-19 vaccine exemptions.  Paragraphs 4 and 5 of this notice provides clarifying guidance for documenting deferrals in MRRS specific to COVID-19 vaccination.  Due to the impact of Hurricane Ida, MRRS is unable to fully accommodate tracking of deferral statuses for the COVID-19 vaccine.  In the interim, the process listed in subparagraphs 4a through 4c will be used to document COVID-19 vaccine deferral status.

4. <u>COVID-19 Vaccination Administering Requirements and Reporting</u>:

   a.  Per reference (b), COVID-19 vaccination is mandatory for all Department of Defense Service members who are not medically or administratively exempt.  Service members who are not medically or administratively exempt must be fully vaccinated against COVID-19.

   b.  Navy and Marine Corps Service members' vaccination administration compliance will be monitored via MRRS.  Designated command personnel will access MRRS to track personnel to ensure compliance.

BUMEDNOTE 6150
21 Sep 2021

    c. Per references (d) and (e), COVID-19 vaccinations will continue to be documented in an approved electronic health record (EHR) to the maximum extent practicable. When an approved EHR is not available, COVID-19 vaccinations will be entered in MRRS.

5. COVID-19 Vaccination Exemptions and Reporting

    a. Per reference (a), there are two types of vaccination exemptions, medical and administrative. Administrative exemptions include religious accommodations. The process for obtaining exemptions for mandatory vaccinations is provided in reference (a), for medical and administrative exemptions and references (f) through (h), Military Personnel Manual, article 1730-020, for religious accommodations. Specifically for the COVID-19 vaccination, in addition to the processes in reference (a), the authority to grant approval of a permanent medical exemption for Navy personnel is the first Navy Medical Department flag officer in the medical provider's chain of command and will follow the process outlined in reference (i). For Marine Corps personnel, a permanent medical exemption must be approved per reference (e) and follow-on supplemental guidance. Navy Medical Departments may send questions regarding the permanent medical exemption process to usn.ncr.bumedfchva.mbx.bumed---2019-ncov-response-cell@mail.mil.

    b. Process for Reporting of Exemptions:

        (1) COVID-19 vaccine exemptions must be entered in MRRS via the "Multiple Medical Entry" or "Individual Immunization Entry" options.

        (2) The MRRS "Comprehensive Medical Entry" option must not be used at this time to enter COVID-19 vaccination exemptions until MRRS is properly configured with the exemption options listed in the "Comprehensive Medical Entry" option. All entries using the deferral codes "Medical Decline" or "Medically Contraindicated" have been removed from MRRS reporting, and will be automatically deleted daily if used.

        (3) Administrative exemptions for COVID-19 vaccine must be entered into MRRS. Additionally, administrative exemptions may also be documented within an approved EHR. Prior to documenting any administrative exemption in MRRS, proof of administrative exemption, where applicable, should be verified by the Service member's command and documentation provided to the individual documenting in MRRS.

        (4) Medical exemption for COVID-19 vaccine should be entered in an approved EHR using the code "Medical Temporary" or "Medical Permanent." If unable to document with the appropriate code within the EHR, medical exemptions should be documented in MRRS. It is the responsibility of the medical department representative to ensure both the EHR and MRRS (both are required) reflect the appropriate medical exemption.

        (5) The categories for COVID-19 exemptions are:

BUMEDNOTE 6150
21 Sep 2021

| Deferral Code | Definitions | Duration |
|---|---|---|
| Admin Deceased (AD) | Individual is deceased | Indefinite |
| Admin Emergency Leave (AL) | Individual is on emergency leave | These designations will be in effect for only 30 days. After 30 days, the Service member will need to either receive the vaccine or update their deferral status. |
| Admin Permanent Change of Station (AP) | For individual already checked out of the command due to permanent change of station and awaiting to be gained at their next command. (Individuals should be vaccinated prior to permanent change status whenever possible) | |
| Admin Refusal (AR) | For individual without a medical contraindication who refused the vaccine and subjected to actions under the Uniformed Code of Military Justice. (May be revoked at any time.) | |
| Admin Separation (AS) | Individuals on terminal leave only. | |
| Admin Temporary (AT) | For individual that is operationally unavailable for vaccination. For example, deployed to a location or region where the mandatory vaccine is unavailable. | |
| Religious Accommodation Requested (RA) | RA is a subcategory of AF but for COVID-19 vaccinations, RA will be used separately to identify individuals awaiting determination of a religious accommodation exemption. | |
| Medical Temporary (MT) | 1. Individuals undergoing workup for Medical Contraindication to vaccination.<br>2. Confirmed COVID-19 cases awaiting recovery.<br>3. Pregnancy or other temporary medical contraindication as determined by a medical provider.<br>Note: Unless a Medical Evaluation Board is specifically related to a vaccine contraindication, MT must not be used for individuals awaiting Medical Evaluation Board, physical evaluation boards, or on limited duty. | |
| Medical Permanent (MP) | Not an appropriate option to be entered at the unit-level. Permanent medical exemptions should be entered by the appropriate authority after approval has been granted per references (e) and (i). | Indefinite |

3

BUMEDNOTE 6150
21 Sep 2021

6. <u>Point of Contact</u>.  Questions may be e-mailed to the Bureau of Medicine and Surgery crisis action team at usn.ncr.bumedfchva.mbx.bumed---2019-ncov-response-cell@mail.mil.

7. <u>Records Management</u>

   a.  Records created as a result of this notice regardless of format or media, must be maintained and dispositioned per the records disposition schedules located on the Department of the Navy Directorate for Administration, Logistics, and Operations, Directives and Records Management Division portal page at https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/Records-and-Information-Management/Approved%20Record%20Schedules/Forms/AllItems.aspx.

   b.  For questions concerning the management of records related to this notice or the records disposition schedules, please contact the local records manager or the Department of the Navy Directorate for Administration, Logistics, and Operations, Directives and Records Management Division program office.

8. <u>Information Management Control</u>.  The reports required in paragraphs 4 and 5, of this instruction are exempt from reports control per SECNAV M-5214.1 of December 2005, part IV, paragraph 7j.

G. D. SHAFFER
Acting

Releasability and distribution:
This notice is cleared for public release and is available electronically only via the Navy Medicine Web site at, https://www.med.navy.mil/Directives/