# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAN ROBERT, SSG, U.S. Army,<br>HOLLIE MULVIHILL, SSgt, USMC,<br><br>        Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official<br>capacity as Secretary of Defense,<br>*et al.*,<br><br>        Defendants. | No. 21-cv-02228-RM |

**DECLARATION OF COLONEL WHITNEY B. GARDNER**

I, COL Whitney B. Gardner, hereby state and declare as follows:

1. I am currently employed by the U.S. Army as the Chief of Staff for the U.S. Army Aviation Center of Excellence (USAACE), located at Fort Rucker, Alabama. I have been in this duty position since June 2021. Prior to this, I was assigned as the Garrison Commander of Fort Rucker and served in that position for 2 years. As the USAACE Chief of Staff, I am responsible for advising the Commanding General on the command and control of 9,000 personnel, management of an operating budget over $1B, and oversight of several hundred aircraft and unmanned aerial systems in three States. I lead a staff responsible for synchronizing Army Aviation modernization efforts, leadership development strategy, professional military education, doctrinal updates, and the training and qualification of more than 25,000 aviation students per year, including several thousand combat aviators from numerous allied nations. This declaration is based

on my personal knowledge as well as knowledge made available to me in the course of my official duties.

2. The USAACE and Fort Rucker Garrison began addressing COVID-19 on March 12, 2020 when the base operation plan was published. Since that time, COVID-19 and the Army's response to mitigating COVID-19 has had innumerable operational impacts on operations at Fort Rucker.

3. COVID-19 has had a devastating impact upon the lives and families of the Fort Rucker community. This community consists of the Service members assigned here, the Department of the Army Civilians and contractors that work here, as well as the families who live on Fort Rucker or in the surrounding area. As a result of COVID-19, there have been 20 deaths amongst Service members, contractors, Department of Army Civilians, and family members at Fort Rucker. In addition, there have been more than 3,000 reported cases of COVID-19 across that population as of November 19, 2021. In addition, countless other individuals have been directed to quarantine because of exposure to COVID-19 while at work, at home, at school, and childcare. This information is collected by the USAACE Command Surgeon based upon daily reports submitted by the units on Fort Rucker.

4. Because of the dangers posed by the disease, Fort Rucker has had to operate an around-the-clock quarantine facility on the installation to accommodate quarantined individuals, including those who became infected with COVID-19, as well as those who arrived to the installation for training or permanent change of station moves in accordance travel restrictions. The operation of this facility has placed additional strain on our troops and commanders, requiring 21,000 man hours for manning and administration annually. In addition to the physical and mental toll the virus and resulting response has taken, there has been a significant financial impact as well – Fort Rucker

spent $546,600 in operational costs for the quarantine facility for items including, but not limited to, meal delivery, linens, laundry services, cleaning supplies and additional supplies.

5. The installation also imposed various mitigation measures in response to COVID-19. These included social distancing restrictions, prohibitions on office interactions, and mandatory mask wear both on-post and off-post. Maximum office manning limitations as well as liberal telework policies were directed in order to minimize transmission rates. At various times during the pandemic, Service members were restricted from dining at restaurants and patronizing certain categories of businesses. Furthermore, travel restrictions prohibiting domestic travel beyond certain distances from the installation and foreign travel were in place along with screening and quarantine procedures upon return from certain destinations. Lastly, traditional celebrations and community events were suspended or modified in response to COVID-19. Promotions, graduations, awards ceremonies, and other public engagements were discontinued or only provided virtually. These requirements not only impacted the ability to conduct training, but also negatively impacted the ability to build morale and maintain esprit de corps.

6. COVID-19 has also had operational effects. In one instance, flight training was suspended for more than two weeks, affecting Initial Entry Rotary Wing and Graduate Course throughput to the Operational Force. Visits by Foreign National personnel and students were also restricted. A robust program to sanitize cockpits/classrooms after every flight/class was enacted increasing the work hours as well as costs for sanitizing equipment. Some in-person training courses were canceled or modified with virtual components to accommodate travel limitations on students.

7. Finally, in order to respond to the threat of COVID-19, our medical units designed and manned both a COVID-19 vaccination clinic and a COVID-19 screening clinic. They also

developed quarantine transportation protocols, procedures for conducting contact and trace operations for COVID-19 exposure, and sanitization standards for offices and other workplace environments.

8. The COVID-19 vaccine has had an exponentially positive impact on our ability to conduct necessary, in-person training and to ease the operational burdens that have resulted from the pandemic and virus. By getting our Soldiers vaccinated we are able to conduct training that we otherwise would have had to forego because of the dangers of spreading the virus to each other, our families, and our communities. For those who are vaccinated, they are now less likely to succumb to the disease, whether it be temporarily or permanently, which ultimately reduces the threat to readiness and mission accomplishment, and lessens the burdens on our Commanders and staff responsible for the training and wellbeing of our force. While the tangible benefits, such as increased student output, number of flight hours and field trainings and operational requirements, are more readily ascertainable, the intangible benefits are also apparent. While we remain cognizant that the threat from COVID-19 persists, for those who are vaccinated, they are now able to more fully focus on their training and job requirements without the added and very real fear that they may become gravely ill as a result of exposure to the virus. In addition, the reality that vaccinations have decreased serious illness and death also has the beneficial impact of reducing the strain on our medical personnel and facilities all of whom have been under incredible strain as a result of the virus' debilitating impacts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2021, in Fort Rucker, Alabama.

*Whitney Gardner*
Whitney B. Gardner
Colonel, U.S. Army
Chief of Staff
U.S. Army Aviation Center of Excellence
Fort Rucker, Alabama