## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSG, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S.  DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |

Commissioner of the Food & Drug          *

Administration                           *

U.S. FOOD AND                            *

DRUG ADMINISTRATION                      *

                                         *

UNITED STATES OF AMERICA                 *

                                         *

    Defendants.                          *

*    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO RESTRICT

COMES NOW Plaintiffs' legal counsel, Todd Callender and Dale Saran, to move this Court to restrict access to certain pleadings or documents identified herein in response to Defendants' Exhibit 16 in relation to Plaintiff Mulvihill's medical condition pursuant to D.C.COLO.LCR 47.1(c):

1      Plaintiff Mulvihill seeks restriction of certain parts (defined below) of Captain Christopher Tilque's affidavit in relation to privileged personal medical information that is not publicly known and protected information pursuant to DoD 6025.18-R, DoD Health Information Privacy Regulation (January 24, 2003) and DoD 6025.18, Implementation of the HIPAA Privacy Rule in DoD Health Care Programs (March 13, 2019).

2.      Plaintiff Mulvihill privacy interests outweigh the need of the public to understand the exact nature of the reason for her temporary exemption from compulsory inoculation and there is no public interest served by disclosing same.

3.      Plaintiff Mulvihill has not alerted family or friends of her temporary disability and has not had an opportunity to discuss or disclose this condition with interested yet uniformed parties,

which may cause her serious mental injury, undue stress, and hardship in her relationships and potential other harm if her condition changes.

4.      There is no other adequate remedy for this request of the Court insomuch as this temporary disability is the sole basis for Plaintiff's temporary exemption from the inoculations and there is no other means of achieving her privacy rights and desires.

5.      A level 2 restriction is sought to protect the privacy rights of the Plaintiff without impairing or restricting use of this information to the Defendants, their counsel, or the Court. Plaintiffs' counsel has previously conferred with the Defendants' counsel about this matter and the Defendants' counsel agreed that it would take no position with respect to this motion.

### Portions of the Subject Affidavit to be Restricted

6.      Plaintiff Mulvihill requests the Court to restrict either the entirety of the Affidavit to the parties described in the Level 2 category or in the alternative to restrict the following paragraphs:

     a)      Paragraph 9;

     b)      Footnote 1 on page 5.

7.      WHEREFORE, Plaintiffs pray this Honorable Court will grant this Motion to Restrict for the duration of the condition so as to limit any detriment or prejudice to either parties' interests. A proposed order accompanies this motion.

Dated: November 30, 2021

Respectfully submitted,

     /s/  *Todd S. Callender*
Todd Callender, Esq.
Colorado Bar #25981

600 17th St., Suite 2800 South
Denver, CO 80202
Telephone: (720) 704-7929
Email: todd@dradvocates.com
Attorney for the Plaintiffs


  */s/ Dale Saran*  
Dale Saran, Esq.
MA Bar #654781
19744 W 116th Terrace
Olathe, KS 66061
Telephone: 800-670-2577
Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

DANIEL ROBERT                           *

SSG, U.S. ARMY                          *

                                        *

HOLLIE MULVIHILL                        *

SSGT, USMC                              *

                                        *

      Plaintiffs,                       *

                                        *

        v.                             *

                                        *   Civil Action No. 1:21-cv-02228-RM-STV

LLOYD AUSTIN                            *

Secretary of Defense,                   *

U.S.  DEPARTMENT OF DEFENSE             *

Washington, D.C. 20301                  *

                                        *

      and                               *

                                        *

XAVIER BECERRA                          *

Secretary of the U.S. Department of     *

Health and Human Services               *

U.S. DEPARTMENT OF HEALTH               *

AND HUMAN SERVICES                      *

                                        *

      and                               *

                                        *

JANET WOODCOCK, Acting          *

Commissioner of the Food & Drug    *

Administration                  *

U.S. FOOD AND                   *

DRUG ADMINISTRATION             *

                                *

UNITED STATES OF AMERICA        *

                                *

    Defendants.              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **<u>ORDER</u>**

1.      On November 30, 2021, the plaintiffs filed a Motion to Restrict with a proposed order with a prayer for equitable relief in form of a Level 2 restriction on certain information in Defendants' Exhibit 16 to preserve patient privacy rights enumerated by law and military regulation.

2.      Having examined the pleadings and exhibits hereto, and there being no prejudice to the Defendants who are aware of Plaintiff Mulvihill's condition, it is:

**ORDERED, that the clerk of the Court restrict access, redact, remove, strike or delineate the Items per the Plaintiffs Motion to Restrict.**

Dated: November _____, 2021

_____

Honorable Raymond P. Moore

Judge of the District Court