Pritish Vora

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA 92691

(949) 292-8359

Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| DAN ROBERT, et. al., | Case No.: 1:21-cv-02228-RM-STV |
| Plaintiffs, | **MOTION FOR LEAVE TO FILE** |
| vs. | **AMICUS CURIAE** |
| LLOYD AUSTIN, et. al., | |
| Defendants. | Hon. Judge Raymond P. Moore |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file an informational brief in the above referenced matter to provide factual references that warrant judicial notice, to supplement the efforts of counsel for the Plaintiffs, and states as follows:

1. Amicus is an individual, concerned U.S. citizen from California and is familiar with the docket entries in this case regarding the implementation of the "Covid-19 vaccine mandate." Amicus has a PACER account and thus also is aware of other similar cases.

2. Amicus is a Pro Se, is not an attorney, does not hold any law degree, but is aware of the Federal Rules of Civil Procedure. Amicus has filed cases as a Plaintiff in the Central District of California in other matters. See, e.g., Vora v. LVNV Funding, LLC et al., No. 8:18-cv-01674-JLS-JDE (C.D. Cal. 2018).

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

3. Notwithstanding "the absence of a specific provision" in the rules authorizing amicus briefs, "District Courts have long been permitted to allow amicus appearances at their discretion." See Vigil v. AT&T, 1969 WL 118, at *1 (D.Colo. Sept. 9, 1969).

4. The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the Court's attention to law or facts that may otherwise escape consideration. See Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus., 694 F.2d 203, 204 (9th Cir. 1982). The implementation of a vaccine mandate is highly contested throughout the District Courts, and a matter of public interest. In fact, there are several cases pending that will have a strong likelihood to impact the outcome of mandates.

5. As explained in the attached brief, the "COMINARTY" package insert states it is <u>not</u> "interchangeable" with any Covid-19 vaccine. The CDC tabulates Covid-19 deaths in their Weekly Tracker as "confirmed" or **"presumed."** (Emphasis added). There are TWO fact sheets, one for recipients, and one for vaccine providers. Only the fact sheet <u>for vaccine providers</u> lists **DEATH as a severe adverse event**. The one for recipients does not. (Emphasis added).

6. Defendants recently filed voluminous declarations pursuant to their brief in opposition to the preliminary injunction (Doc 36), and motion to dismiss (Doc 37). Amicus sought concurrence with respective counsel from the parties regarding his motion for leave. Plaintiffs stated they were UNOPPOSED. Defendants stated they took no position on the motion.

7. Indeed, amicus briefs may even become dispositive to the outcome of a final appeal. See Federal Trade Commission v. Penn State Hershey Medical Center, 838 F.3d 327 (3rd Cir. 2016). The Court has not made a final determination on the merits of the amended complaint (Doc 29) or the preliminary injunction (Doc 30), and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

8. For the reasons set forth above, Amicus respectfully requests that the Court GRANT leave to file the Amicus Curiae brief, attached contemporaneously herewith.

Respectfully submitted on this day of ___Dec. 2, 2021___

By: ___/s/ Pritish Vora___

Pritish Vora, Amicus Curiae, Pro Se

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

# CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I mailed the original of the motion for leave to file Amicus Curiae in the above referenced matter to the Clerk of the Court via USPS, and a copy was sent to each of the parties' respective counsel below via USPS first class mail, postage prepaid.

By: _/s/ Pritish Vora_

Pritish Vora
Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

Attorneys for the Plaintiffs to be NOTICED:

Todd Callender, Esq.
Colorado Bar #25981
600 17th St. Suite 2800
South Denver, CO 80202
Telephone: (720) 704-7929
todd@dradvocates.com

Dale Saran, Esq.
MA Bar #654781
19744 W. 116th Terrace
Olathe, KS 66061
dalesaran@gmail.com
Telephone: 480-466-0369

Attorneys for the Defendants to be NOTICED:

Courtney D. Enlow
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20005
Tel: (202) 616-8467
courtney.d.enlow@usdoj.gov