## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSG, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S. DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |
| Commissioner of the Food & Drug | * | |
| Administration | * | |
| U.S. FOOD AND | * | |
| DRUG ADMINISTRATION | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### Declaration of SSGT Cami Long, USMC

My name is Cambrea "Cami" Long; I am a Staff Sergeant currently serving on

active duty in the United States Marine Corps.

1

1.      I currently attend the University of Colorado at Boulder on a scholarship from the Marine Corps. Every year the Marine Corps solicits applications from the entire enlisted rank in order to select a few dozen qualified enlisted Marines to go to college, complete the requirements for a bachelor's degree, successfully pass Officer Candidate School before attending college, and then receive a commission to return to the Fleet Marine Force as officers. I am one of the few dozen enlisted Marines selected for this program (MECEP) on the FY 2020 board.

2.      I am 28 years old and in my second year of school when the mandatory Covid-19 vaccination program was announced this past August. I live in Westminster, Colorado, by myself.

3.      I first asked for a medical exemption from the shot because of medical issues I had and because of related concerns I had regarding the lack of information about the effects of these mRNA shots on my ability to have children in the future. I know that the ongoing clinical trial specifically excluded pregnant women and women of child-bearing age.

4.      My medical exemption was denied and I am now facing administrative separation per MARADMIN 612/21, as well as the prior MARADMIN messages, 462/21 and 533/21.

5.      These Marine Administrative messages state that I will lose my status in the MECEP program, be required to pay back any money (tuition) that the government has paid for my education, and lose my VA benefits, including my post-9/11 GI Bill.

6.      Thursday, 2 December 2021, I signed a memorandum that ordered me to receive the Covid-19 vaccination. After signing and indicating that I do not intend to

receive the vaccination, I was walked to my Commanding Officer's office with the Executive Officer, Marine Officer Instructor, and Assistant Marine Officer Instructor as witnesses to sign a 6105 counseling stating that I will be administratively separated due to my choice to not receive the vaccination.  I have also been ordered to sign a promotion restriction and an administrative separation notification on Wednesday, 8 December 2021.

7.    I have repeatedly tried to explain to my commanding officer the difference between the licensed product, Comirnaty, and the EUA only Pfizer product and been told repeatedly that these differences do not matter and that I need to follow these "lawful orders."

8.    I am not in a position financially to be suddenly kicked out of the Marine Corps, indebted to the U.S. government for thousands of dollars, receive anything less than an Honorable discharge for my service, lose my eligibility for VA benefits, and lose my post-9/11 GI Bill benefits. I cannot adequately put into words what this would do to me given my circumstances.

9.    I have included the email I received from my Marine Officer Instructor, Captain Sean Murphy, USMC, while on leave instructing me that my participation in this lawsuit will make no difference as to my separation proceedings. I have also included the text messages I received on Monday, 6 December 2021, from my Assistant Marine Officer Instructor instructing me to sign documents for promotion restriction and an administrative separation notification on Wednesday, 8 December 2021.

Pursuant to 28 U.S.C. 1746, I declare under penalty that the foregoing is true and correct. Executed this 6th day of December, 2021.

3

12/06/2021

Cambrea Long
SSgt, USMC



Call  Inbox ×

**Sean Murphy**                                                Mon, Nov 29, 9:02 AM (7 days ago)
to Cambrea, Jeremy, Justin

SSgt—You have 5 minutes to call me.


Respectfully,

Capt Sean Murphy
Marine Officer Instructor
University of Colorado
Boulder, CO 80309-0374
Office: (303) 492-2580

**Cambrea Long** <Cambrea.Long@colorado.edu>            Mon, Nov 29, 9:56 AM (7 days ago)
to Sean

Good morning Sir,

After speaking to my attorney, I will be filing a federal lawsuit. I will get that paperwork to you and soon as I receive it.


Respectfully,

SSgt Long

**Sean Murphy**                                                Tue, Nov 30, 1:47 PM (6 days ago)
to Jeremy, Justin, Cambrea

SSgt Long,

You will come see me Thursday morning at 0800 to receive an order from the CO to receive your COVID vaccination within 7 days of 2-December. You will indicate if you will receive or not receive the shot. You have the ability to discuss the matter with the CO if you so choose, but if you deny the order that you receive on Thursday, administrative separation will begin immediately.

Whether you intend to file a lawsuit or not is your own choice, but has no bearing on you being ordered to receive the vaccination.

**Sean Murphy**                                                Tue, Nov 30, 1:47 PM (6 days ago)
to Jeremy, Justin, Cambrea

SSgt Long,

You will come see me Thursday morning at 0800 to receive an order from the CO to receive your COVID vaccination within 7 days of 2-December. You will indicate if you will receive or not receive the shot. You have the ability to discuss the matter with the CO if you so choose, but if you deny the order that you receive on Thursday, administrative separation will begin immediately.

Whether you intend to file a lawsuit or not is your own choice, but has no bearing on you being ordered to receive the vaccination.

**Cambrea Long** <Cambrea.Long@colorado.edu>            Tue, Nov 30, 4:13 PM (6 days ago)
to Sean

Thank you sir,

I will see you on Thursday.

Respectfully,

SSgt Long

5



