**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DANIEL ROBERT<br>SSG, U.S. ARMY<br><br>HOLLIE MULVIHILL<br>SSGT, USMC<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN<br>Secretary of Defense,<br>U.S. DEPARTMENT OF DEFENSE<br>Washington, D.C. 20301<br><br>and<br><br>XAVIER BECERRA<br>Secretary of the U.S. Department of<br>Health and Human Services<br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br><br>and<br><br>JANET WOODCOCK, Acting<br>Commissioner of the Food & Drug<br>Administration<br>U.S. FOOD AND<br>DRUG ADMINISTRATION<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Civil Action No. 1:21-cv-02228-STV |

**Declaration of SSG Steven Brown, U.S. Army**

My name is Steven Brown; I am a Staff Sergeant currently serving on active duty in the United States Army. I am currently stationed at Caserma Del Din, United States

1

Army Garrison (USAG) Italy, as a paratrooper in Danger Company, 54th Brigade Engineer Battalion, 173rd Infantry Brigade Combat Team.

1.     Since the mandatory inoculation program was announced on Aug. 23, 2021, I have made it known that I am willing to become fully vaccinated against coronavirus disease 2019 (COVID-19) and will comply with receiving the shot that meets the requirements for mandatory vaccinations as outlined by the Secretary of Defense (SECDEF). As of today, the only vaccine that falls into this category is the Food and Drug Administration (FDA) licensed and approved Comirnaty. After confirming with my Medical Provider on 27SEP21 that the FDA approved Comirnaty is not currently available and is not being provided to servicemembers in my unit, I requested a temporary administrative waiver, as permitted under AR 40-562, until the FDA approved vaccine becomes available. Despite this, I have been falsely characterized as a vaccine refusal, flagged from favorable action, and received a General Officer Memorandum of Reprimand from Major General Andrew M. Rohling.

2.     During my counseling process, my command provided me a DoD generated 'Vaccine Fact Sheet' to justify 'informed consent' that blatantly violates 21 USC § 360bbb-3. This 'Vaccine Fact Sheet' does not meet the legally required conditions of the Food, Drug & Cosmetic Act (FD&C) and is intentionally designed to deceive servicemembers while propagating false information. I personally know several servicemembers who have reluctantly succumbed to coercion and threats of punishment, subsequently waiving their right to refuse a vaccine authorized under an Emergency Use Authorization (EUA). As the attachments to this declaration show, despite my command's acknowledgement that the EUA vaccine is being administered in lieu of the FDA approved one, and my attempts to

submit for a temporary administrative waiver until the FDA approved one is distributed, I am being punished for failing to become vaccinated against COVID-19 before the deadline set in Army Fragmentary Order 5 (FRAGO-5) Execution Order 225-21 (EXORD 225-21).

3.      FRAGO-5 EXORD 225-21 deceives and circumvents servicemembers' rights by stating Commanders will ensure sufficient doses of Department of Defense (DoD) approved vaccines, despite the SECDEF's order to only use FDA approved vaccines for mandatory vaccinations. With the help of the memorandum written under the Assistant Secretary of Defense's letterhead, signed on 14SEP21 by the Acting Assistant Secretary of Defense for Health Affairs, Dr. Terry Adirim, the DoD has authorized the use of the EUA vaccine "as if the dosed were the licensed vaccine". The deceptive wordplay used in FRAGO-5 EXORD 225-21, and the aforementioned memorandum has served as a justification for providing servicemembers solely Emergency Use Authorized (EUA) vaccines. Servicemembers have the right to refuse an EUA vaccine under United States Code (USC) 10 § 1107a.

4.      Ordering servicemembers to get vaccinated when the FDA approved vaccine is not available is unethical, immoral, and illegal. Attempting to deceive and coerce servicemembers undermines the Army Values, the American People, and the Constitution that we are sworn to protect.

5.      I have filed two Inspector General (IG) complaints. One against the previously mentioned memorandum signed by Dr. Terry Adirim, and the other against the illegal inconsistencies in FRAGO 5 EXORD 225-21. I have utilized every professional military channel I am aware of to make my leadership aware of the illegal and deceptive nature of EXORD 225-21 so that it can be handled internally and at the lowest level. As my

attached substantiating documents show, my attempts to resolve these issues have fallen on deaf ears, and instead my command has decided to falsely characterize me as a vaccine refusal.

6.      Without this injunction, I will remain flagged for adverse action and be barred from reenlistment until I either receive the vaccination or am separated from the Army. This has already impacted my Tuition Assistance benefits, training opportunities, and has prevented my command from taking any favorable action.

7.      As outlined by the SECDEF, the military should be providing the FDA approved Comirnaty vaccine to servicemembers to fulfill the mandatory inoculation. There is no excuse for attempting to circumvent the law by providing servicemembers only the EUA vaccine and intentionally misleading them with illegal 'Fact Sheets', deceptive wordplay, and threats of punishment.

8.      I have attached all of the documentation that I have submitted to my command throughout my counseling and adverse action processes.

Pursuant to 28 U.S.C. 1746, I declare under penalty that the foregoing is true and correct. Executed this 4th day of December, 2021.

_____
Steven Brown
SSG, USA

**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵗʰ BRIGADE ENGINEER BATALLION
173ᵈ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                  23 September 2021

MEMORANDUM FOR RECORD

SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine for Mandatory Coronavirus Disease Vaccination

1.  According to the Secretary of Defense's Memorandum entitled *Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members*, dated 24AUG2021, Mandatory vaccination against COVID-19 will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance [1].

2.  The licensed vaccine [COMIRNATY (COVID-19 Vaccine, mRNA)] has the same formulation as the EUA-authorized vaccine [Pfizer-BioNTech COVID-19 Vaccine] and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are **legally distinct** with **certain differences** that do not impact safety or effectiveness [2]. Additionally, it is explicitly stated in the FDA fact sheet for the Emergency Use Authorization (EUA) of the Pfizer-BioNTech Covid-19 to prevent Coronavirus Disease 2019 (COVID-19), that the Pfizer-BioNTech COVID-19 Vaccine is **unapproved** and has been issued under EUA authority [3].

3.  In keeping within the guidance outlined by the Secretary of Defense and OPORD 21-029 (173B MANDATORY CORONAVRIUS DISEASE (COVID-19) SERVICE MEMBER (SM) VACCINATIONS), I do not volunteer for the EUA Pfizer-BioNTech COVID-19 Vaccine, and I want to be provided the FDA licensed COMIRNATY (COVID-19 Vaccine, mRNA). I am requesting a temporary administrative waiver until the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA) licensed vaccine is available in our location so that I can meet the Secretary of Defense's intent of 100% vaccination.

                                        Steven Brown
                                        SSG, USA
Encls                                   SCT Squad Leader

1.  Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021
2.  Pfizer-BioNTech COVID-19 Vaccine EUA LOA, reissued September 22, 2021
3.  Pfizer-BioNTech COVID-19 Vaccine EUA Fact Sheet for Recipients and Caregivers, Revised September 22, 2021

**Enclosure Sources**

Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members
https://media.defense.gov/2021/Aug/25/2002838826/-1/-1/0/MEMORANDUM-FOR-MANDATORY-CORONAVIRUS-DISEASE-2019-VACCINATION-OF-DEPARTMENT-OF-DEFENSE-SERVICE-MEMBERS.PDF

Pfizer-BioNTech COVID-19 Vaccine EUA LOA, reissued September 22 2021
https://www.fda.gov/media/150386/download

Pfizer-BioNTech COVID-19 Vaccine EUA Fact Sheet for Recipients and Caregivers
https://www.fda.gov/media/144414/download



vodafone IT 4G VPN 6:59 PM 46%

**CEWI Leader Chat**

They hav... the F...

**Mon, Sep 20**

We're gonna ask SGM

2:55 PM

❤️

@Steve Brown vaccine formation sometime on Wednesday, it will be the approved vaccine as per CSM

3:41 PM

**Thornburg**
@Steve Brown vaccine formation sometime on Wed...

Awww yeah! Rgr that, what time and where

3:42 PM

**Cam Barkley**

**SSG Jones**
1SG meeting notes:
-rating scheme! Done today

New Message

## DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| **AUTHORITY:** | 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army. |
| **PRINCIPAL PURPOSE:** | To assist leaders in conducting and recording counseling data pertaining to subordinates. |
| **ROUTINE USES:** | The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems of records notices also apply to this system. |
| **DISCLOSURE:** | Disclosure is voluntary. |

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Brown, Steven M. | SGT/E-5 | 23 September 2021 |

| Organization | Name and Title of Counselor |
|---|---|
| Delta Company, 54th BEB, 173rd IBCT (A) | Max W. Gustafson, CPT, Company Commander |

### PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

***COUNSELING STATEMENT FOR ENLISTED SOLDIERS DECLINING IMMUNIZATION***

On 24 August 2021, the Secretary of Defense directed the Secretary of the Army to begin full vaccination of the U.S. Army against the COVID-19 disease.

On 23 September 2021, you declined to receive the COVID-19 vaccine.

### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

[The following is sample language for the counseling required by AR 600-20, paragraph 5-4g(2). Please note that this counseling must be tailored to the specific facts of the case. Prior to issuing this counseling, Commanders will consult with their servicing Judge Advocate].

1. The purpose of the COVID-19 vaccines is to prevent the spread of the COVID-19 disease.

2. The COVID-19 disease may be present in a possible area of operation.

3. The COVID-19 vaccines are safe and effective at preventing the COVID-19 disease and reducing the risk of severe illness and death. COVID-19 vaccines reduce the risk of people spreading the virus that causes COVID-19. While you may have side effects after your vaccination, these are normal and should go away within a few days. It typically takes 2 weeks after vaccination for the body to build protection (immunity) against the virus that causes COVID-19. You are not fully vaccinated until 2 weeks after the second dose of a 2-dose vaccine or 2 weeks after a single dose vaccine. You can learn more about the COVID-19 vaccines at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html. Additionally, you may discuss any concerns you have about receiving the vaccine with medical professionals.

4. You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance NLT 29 September 2021, subject to the availability of vaccines. This is a lawful order. Failure to obey this order may result in punitive or adverse administrative action. Voluntary immunization with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after receiving this order, constitutes compliance with this order.

5. If you believe you should be granted a medical exemption, then discuss this with your health care provider. If you have already been vaccinated, you must provide valid proof of vaccination for inclusion in your medical records. If you wish to submit an administrative exemption request under AR 40-562, including a request for a religious accommodation, you must request it through your chain-of-command. Soldiers with active pending immunization exemption requests will not be immunized or subjected to adverse action for refusal to receive the vaccine, pending the outcome of their request or any appeal of a denied request. If you continue to refuse to be immunized after final denial of your exemption request/appeal, you will be in violation of my order in paragraph 4 above. You are further advised IAW AR 600-20, Appendix P-2b(4) that noncompliance with immunization requirements may adversely impact deployability, assignment, or international travel and that exemptions may be revoked under imminent risk conditions.

I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from the service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other Than Honorable discharge. If you receive an Honorable Discharge, you will be qualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions Discharge or an Other Than Honorable Discharge, you may be disqualified from reenlisting in the service for some period and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other Than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have low regard for less than Honorable discharges.

### OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

| | | |
|---|---|---|
| **DA FORM 4856, JUL 2014** | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 |
| | | APD LC v1 04ES |

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below)*

MANDATORY VACCINATION DECLINATION
(1) NLT 3 duty days after receipt of this counseling, the Service member will watch an educational video on the benefits of vaccination. The video is available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html _____ (SM initial when complete;) *MWb* (CDR initial when complete)
(2) NLT 3 duty days after the Service member watches the mandatory video, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4 _____ (SM initial when complete) *MWb* (CDR initial when complete)
(3) If the SM continues to refuse immunization, the commander directs the Soldier to meet with a medical professional (physician, physician assistant, or nurse practitioner) to discuss the vaccine and any concerns. _____ (SM initial when complete) *MWb* (CDR initial when complete) 27SEP21
(4) NLT 3 duty days after the Service member consults with a medical professional, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4 _____ (SM initial when complete) *MWb* (CDR initial when complete) 28 SEP21

*(handwritten left margin:)* 24SEP21 Provided MFR dated 24SEP21

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [ ] I agree [✓] disagree with the information above
Individual counseled remarks:

*(handwritten:)* Today I was ~~asked~~ offered the EUA Pfizer - BioNTech Covid-19 Vaccine and ordered to take it instead of the FDA Comirnaty mRNA Vaccine. I have provided an MFR stating I would like to receive the FDA approved vaccine as outlined by SECDEF

*(handwritten left margin:)* This is an illegal order

Signature of Individual Counseled: _____ Date: 23 SEP 2021

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Leaders will ensure Service member has the opportunity to discuss any request for an administrative or medical exemption with the chain-of-command, medical, Chaplain, and/or legal professionals, as appropriate.

Signature of Counselor: _____ Date: 23SEP21

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

| Counselor: | Individual Counseled: | Date of Assessment: |
|---|---|---|
| | | |

**Note: Both the counselor and the individual counseled should retain a record of the counseling.**



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54th BRIGADE ENGINEER BATALLION
173d INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                24 September 2021

MEMORANDUM FOR RECORD

SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine for Mandatory Coronavirus Disease Vaccination

1.  I have watched the required video as part of my plan of action. Since *I am willing* to take the U.S. Food Drug Administration (FDA) approved vaccine, I also read about both the approval and authorization processes of Emergency Use Authorization (EUA) and FDA products and how they differ.

2.  Under section 564 of the Federal Food, Drug, and Cosmetic Act (FD&C Act), when the Secretary of the Department of Health and Human Services (HHS) declares that an EUA is appropriate, the FDA may authorize unapproved medical products or unapproved uses of approved medical products to be used in an emergency to diagnose, treat, or prevent serious or life-threatening diseases or conditions caused by CBRN threat agents when certain criteria are met, including there are no adequate, approved, and available alternatives [1].

3.  The HHS Secretary declared that circumstances exist justifying the authorization of emergency use of drugs and biological products during the COVID-19 pandemic, pursuant to section 564 of the FD&C Act, effective March 27, 2020 [2].

4.  However, according to 10 U.S.C. § 1107a, in the case of the administration of a product *authorized for emergency use under section 564* of the Federal Food, Drug, and Cosmetic Act to members of the armed forces, individuals are *required* to be informed of an option to *accept or refuse* administration of a product, and that option **may be waived only by the President** only if the President determines, *in writing*, that complying with such requirement is not in the interests of national security [3].

5. The president has not, in writing, waived my option to refuse the administration of the Pfizer-BioNTech COVID-19 EUA product. Additionally, the Secretary of Defense (SECDEF) has stated that the only mandatory vaccines will be of full FDA licensure in accordance with FDA-approved labeling and guidance [4]. Finally, the FDA has made it explicitly clear that the **unapproved** product Pfizer-BioNTech COVID-19 Vaccine is **authorized under an EUA**, in individuals 12 and older [5] and is **legally distinct** in comparison to the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA). This makes any orders to receive the EUA vaccine illegal, and I am obligated to disobey unlawful orders.

1

6.  I, again, refuse to volunteer to receive the EUA Pfizer-BioNTech Covid-19 Vaccine and instead request to receive an administrative waiver until my unit receives the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA), so that I can meet the SECDEF's intent of 100% vaccination.



Steven Brown
SSG, USA
Encls                                                    SCT Squad Leader

1.  FDA MCM Legal, Regulatory, and Policy Framework Emergency Use Authorization, current as of 23 September 2021
2.  Emergency Use Authorization Declaration, effective 04 February 2020, published 01 April 2020
3.  10 USC 1107a: Emergency use products
4.  Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members
5.  Fact Sheet for Healthcare Providers Administering Vaccine, revised 22 September 2021

**Enclosure Sources**

[1]  https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization

[2]  https://www.federalregister.gov/documents/2020/04/01/2020-06905/emergency-use-authorization-declaration

[3]  http://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title10-section1107a&num=0&edition=prelim

[4]  https://media.defense.gov/2021/Aug/25/2002838826/-1/-1/0/MEMORANDUM-FOR-MANDATORY-CORONAVIRUS-DISEASE-2019-VACCINATION-OF-DEPARTMENT-OF-DEFENSE-SERVICE-MEMBERS.PDF

[5]  https://www.fda.gov/media/144413/download

**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54™ BRIGADE ENGINEER BATALLION
173ᵈ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                    29 September 2021

MEMORANDUM FOR RECORD

SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine for Mandatory Coronavirus Disease Vaccination

1.  Attached is the Memorandum for Record from CPT Palomino [1], the Aeromedical Physician Assistant I spoke to on 27SEP21 as part of my counseling process. I do have some comments to add context to some of his statements.

2.  Regarding paragraph 3a, I did not say, nor did I suggest, that the COVID-19 Vaccine was gene therapy, nor did I suggest that vaccination modifies your DNA. As I had explained, my question was out of sheer curiosity since I was unable to come to a definitive conclusion through my own research. My question was whether he could confirm that the codon optimization of the Pfizer-BioNTech COVID-19 Vaccine was the same as that in the COMIRNATY mRNA Vaccine. I said that I had read various trials of the BNT162b2 vaccine that incorporated different variants of the vaccine, with variant 9 (V9) differing from variant 8 (v8) due to the presence of optimized codons [2]. The COMIRNATY mRNA Vaccine is directly correlated to V9. During our conversation, I mentioned that I am aware that the optimization of codons touches upon gene therapy, and it is difficult to ascertain the long-term effects of products using such optimization in humans. His response was that he has not read up on the latest and great of codon optimization or corresponding nomenclature and cannot confirm whether they are the same. He added that when it comes to determining whether a vaccine is identical, from their medical perspective, it is based on the ingredients and mRNA sequencing, and they do not investigate how the codons are optimized.

3.  Regarding paragraph 3c, despite the fact that the difference in labeling is significant in whether a product is considered an FDA approved product [2] and using non-FDA approved labeling violates the guidance put out by the Secretary of Defense (SECDEF) as a requirement for a mandatory vaccine [3], CPT Palomino also claimed the vaccines are identical. This is misleading as the Fact Sheet for Healthcare Providers Administering Vaccine for the Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID-19 Vaccine clearly states that the products are legally distinct with **certain differences** that do not impact safety or effectiveness [4]. If there are certain differences, it is misleading to say they are identical.

1

AESE-BGG-D
SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine

4.  Regarding paragraph 4, I have several issues with the Memorandum from the Assistant Secretary of Defense [5], and I hope to utilize any professional channels possible to make sure these issues are heard and addressed. First, the sole source of the claims made in the memorandum is a page on the FDA website, not by any sort of FDA approved and/or signed document or fact sheet. Second, the document tries to cherry pick words and rearrange sentences to make statements come across as legal. Most importantly, **FDA guidance does not supersede the United States Code**. The document fails to mention that the products are **legally distinct** with certain differences [4]. The document fails to mention that the EUA for the Pfizer-BioNTech Vaccine was *reissued* two weeks before the COMIRNATY (COVID-19 Vaccine, mRNA) received FDA approval and that the Pfizer-BioNTech COVID-19 Vaccine's EUA is still active for individuals *12 and older* [4]. The document fails to mention that, as per the referenced website, *for purposes of administration, **doses distributed under the EUA*** are interchangeable with the licensed doses. The document suggests that the FDA stated that the vaccine *should* uses doses under the EUA while the referenced website says *can* use doses. Throughout every approval document and fact sheet, the vaccines are stated as legally distinct, and clearly state that the Pfizer-BioNTech COVID-19 Vaccine is an **unapproved product and is authorized under an EUA**, with the latest revision being a week ago today. As this product is legally distinct, this means that the Pfizer-BioNTech COVID-19 Vaccine still receives authorization from Section 564 of the Federal Food, Drug, and Cosmetic Act (FD&C), while COMIRNATY (COVID-19 Vaccine, mRNA) does not. 10 U.S.C. § 1107a specifically applies to the administration of a product authorized for emergency use under section 564 of the FD&C Act to members of the armed forces. The **Assistant Secretary of Defense does not have the authority** to waive a servicemembers right to accept or refuse an EUA vaccine. This responsibility is that of the President, and the President alone and is only waivable in writing [6]. This is an attempt to circumvent the law via wordsmithing and cherry-picking. **This memo needs to be rescinded immediately** to protect the rights of our servicemembers and to prevent coercion and wrongful punishment.

5.  My final comment regarding his response is that in paragraph 2, he stated that the vaccine which they (the Vicenza Health Clinic) have on hand is the Pfizer-BioNTech COIVD-19 Vaccine and later states in paragraph 3c that these vaccines do not have the COMIRNATY label on the [vial]. This means that the order that was given in OPORD 21-029 [7] to vaccinate all Soldiers who are not otherwise exempt was designed to fail as there is no FDA approved vaccine available that meets SECDEF guidance at the Vicenza Health Clinic. Furthermore, the desired end state can be obtained only if the soldiers waive their right to refuse an EUA vaccine. **An end state or order that's success depends on the infringement of a servicemember's rights is immoral, unethical, and illegal.** This order needs to be rescinded or updated to allow for administrative waivers until Vicenza Health Clinic can receive an FDA approved vaccine that is in line with the guidance put out by the Secretary of Defense.

AESE-BGG-D
SUBJECT:   Request for Food and Drug Administration (FDA) approved Vaccine


6.  I, again, refuse to volunteer to receive the EUA Pfizer-BioNTech Covid-19
Vaccine and instead request to receive an administrative waiver until my unit
receives the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA), so that I can
meet the SECDEF's intent of 100% vaccination.




                                        Steven Brown
                                        SSG, USA
Encls                                   SCT Squad Leader

1. MFR from CPT Palomino 28SEP21
2. August 23, 2021, Summary Basis for Regulatory Action - Comirnaty
3. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of
Department of Defense Service Members, August 24, 2021
4. Fact Sheet for Healthcare Providers Administering Vaccine, revised 22 September
2021
5. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-BLA
6. 10 USC 1107a Emergency use products
7. OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)

## REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (Flag)

For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1.

### SECTION I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. DATE OF RANK | e. SPECIALTY/PMOSC | f. COMPONENT |
|---|---|---|---|---|---|
| Brown, Steven M. | 1464975043 | SSG | 07/01/2021 | 35P2P | RA |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. UIC | i. FLAGGED SOLDIER'S EMAIL ADDRESS ( gov or .mil) |
|---|---|---|
| D Co, 54th BEB(A), 173rd IBCT (A), APO, AE 09605, E1 | WAC8D0 | steven.m.brown249.mil@mail.mil |

| j. HR OFFICE CONTROLLING FLAGGING ACTION | k. TELEPHONE NUMBER | l. THIS ACTION IS TO: |
|---|---|---|
| | | [✓] INITIATE A FLAG (Sections II and IV only) |
| | | [ ] REMOVE A FLAG (Sections III and IV only) |

### SECTION II - INITIATE A FLAG

**a. NON-TRANSFERABLE FLAG**

[✓] A FLAG IS INITIATED, EFFECTIVE    20210929    FOR THE FOLLOWING REASON:

[✓] Adverse Action (A)

[ ] Involuntary Separation - field initiated (B)

[ ] Referred OER, AER, or Relief for Cause NCOER (D)

[ ] Security Violation or Loss of Security Clearance (E)

[ ] HQDA - Delay of Promotion or Removal from a Selection List (F)

[ ] AMEDD Lack of License or Certification (I)

[ ] Commander's Investigation (L)

[ ] Law Enforcement Investigation (M)

[ ] Reserve Components Non-compliance with 10 USC §10206 (N)

[ ] JAG Lack of License or Certification (O)

[ ] Deny Auto Promotion to PV2/PFC/SPC (P)

[ ] Lautenberg Amendment (Q)

[ ] Administratively Non-deployable for Retention (R)

[ ] No Family Care Plan (S)

[ ] Deny Auto Promotion to 1LT/CW2 (T)

[ ] Drug Abuse (U)

[ ] Alcohol Abuse (V)

[ ] HQDA - Involuntary Separation (W)

**b. TRANSFERABLE FLAG**

[ ] ACFT Failure (J)     [ ] Army Body Composition Program (K)     [ ] Punishment Phase (H)
Date Punishment Complete: _____

### SECTION III - REMOVE A FLAG

**a. FLAG TO REMOVE**

[ ] A FLAG (Two-Digit Flag Code) _____ , WITH AN EFFECTIVE DATE OF _____ ) IS HEREBY REMOVED.

EFFECTIVE DATE OF THIS FLAG REMOVAL IS _____ , FOR THE FOLLOWING REASON:

**b. DISPOSITION**

[ ] Final Action Favorable (C)     [ ] Final Action Unfavorable (D)     [ ] Final Action Specified (E)     [ ] Erroneous (Z)

### SECTION IV - AUTHENTICATION

| a. UNIT COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| Gustafson, Max W. | 1408451210 | CPT | WAC8D0 | RA |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. UNIT COMMANDER'S EMAIL ADDRESS ( gov or .mil) |
|---|---|
| D Co, 54th BEB(A), 173rd IBCT (A) APO, AE 09605 | max.w.gustafson.mil@mail.mil |

| | h. UNIT COMMANDER'S SIGNATURE | i. DATE |
|---|---|---|
| | | 29SEP21 |

### SECTION V - VALIDATION (Required for any Flag over 6 months old)

| a. BN COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| | | | | |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. BN COMMANDER'S EMAIL ADDRESS ( gov or .mil) |
|---|---|
| | |

| | h. BN COMMANDER'S SIGNATURE | i. DATE |
|---|---|---|
| | | |

DA FORM 268, APR 2021          PREVIOUS EDITIONS ARE OBSOLETE          Page 1 of 2
APD AEM v1.01ES



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54™ BRIGADE ENGINEER BATALLION
173™ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                                  16 October 2021

MEMORANDUM FOR RECORD

SUBJECT: Request for Food and Drug Administration (FDA) approved vaccine for Mandatory Coronavirus Disease Vaccination

1.  Today, 16OCT21, I was told by the Danger Company Commander, CPT Max Gustafson, that he had received documents from Legal in regards to my refusal to volunteer for the Emergency Use Authorized (EUA) vaccine, and that I *needed* to fill out and sign the corresponding Memorandum [1]. After refusing to sign a document that did not accurately reflect my position, he allowed for me to cross out the portion I disagreed with and write in that I am willing to become fully vaccinated with a vaccine that has received full licensure from the FDA *when it becomes available*.

2.  As part of the Memorandum's enclosed documents, I was given a copy of FRAG 5 to HQDA EXORD 225-21, as well as ANNEX LL [2]. ANNEX LL is titled 'Vaccine Information Fact Sheet', and is a gross misrepresentation of the Fact Sheets that are legally required to be provided by the FDA when administering the Pfizer-BioNTech COVID-19 EUA vaccine.

3.  Firstly, the document makes the inaccurate claim that the FDA-approved COVID-19 Comirnaty vaccine is the same as the Pfizer-BioNTech vaccine that was administered under the FDA's Emergency Use Authorization. This is easily disproven, as the actual factsheet on the FDA website states that the vaccines are formulated the same but **are legally distinct with certain differences** [3].

4.  Below the aforementioned statement, the document attempts to suggest that the Pfizer & BioNTech COVID-19 Vaccine has the same legal approvals as the FDA approved Comirnaty Vaccine by not differentiating between the two.

5. The fact that this document is being passed off as an official Fact Sheet with no sourcing, endorsements, or references, is deceptive and is clearly designed to circumvent the law and deprive service members of their rights. Since the Pfizer & BioNTech COVID-19 Vaccine is an **unapproved** product under an EUA, the caregiver (in this case, the US Government) **is required** to communicate to the recipient information **that is consistent** with the "Vaccine Information Fact Sheet for Recipients and Caregivers". In addition to Annex LL being inconsistent, the 'Fact Sheet' legally needs to include the following [3]:

    a.  **FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine, which is not an FDA-approved vaccine.**

    b.  The recipient of their caregiver **has the option to accept or refuse the Pfizer-BioNTech COVID-19 Vaccine.**

AESE-BGG-D
SUBJECT:  Request for Food and Drug Administration (FDA) approved vaccine

c.  The significant known and potential risks and benefits of the Pfizer-BioNTech COVID-19 vaccine, and the extent to which such risks and benefit are unknown.

d.  Information about available alternative vaccines and the risks and benefits of those alternatives.

6.  With points 5b and 5d being absent from the 'Fact Sheet' and 5a stating the complete opposite of what is written in Annex LL, this document is in clear violation of the laws and guidance the FDA is obligated to follow. This is another attempt to word-smith and cherry-pick sentences designed to suggest 'FDA' guidance, and while doing so, the document blatantly violates the very same guidance and laws it is trying to suggest. As such, this document needs to be rescinded or updated so it accurately reflects the legal guidelines of the FDA, and all service members need to be accurately informed of their rights.

7.  Moving forward, I will refuse to sign any document that suggests that I am refusing an FDA approved vaccine. This assertion is false, and signing such a document would be making a false statement, which is punishable under UCMJ Article 107, as well as well as 10 USC § 907 Article 107. As such, any orders or requirements to force me to sign such a document would be unethical, immoral, and illegal.

8.  I once again refuse to volunteer to take the EUA Pfizer & BioNTech COVID-19 Vaccine and request an administrative waiver until my unit receives the FDA approved Comirnaty (COVID-19 Vaccine, mRNA), so that I can meet the SECDEF's intent of 100% vaccination.

Steven Brown
SSG, USA
SCT Squad Leader

Encls

1.  Memo for Commander, SETA-F 16OCT21
2.  Annex LL Vaccine Information Fact Sheet
3.  Fact Sheet for Healthcare Providers Administering Vaccine, EUA of the Pfizer-BioNTech COVID-19 Vaccine



**DEPARTMENT OF THE ARMY**
HEADQUARTERS
UNITED STATES ARMY SOUTHERN EUROPEAN TASK FORCE, AFRICA
APO AE 09630

NOV 0 2 2021

ARAF-CG

MEMORANDUM FOR SSG Steven M. Brown, XXX-X2-1287,  D Company, 54th Brigade Engineer Battalion (Airborne), 173d Infantry Brigade Combat Team (Airborne), APO AE  09605

SUBJECT:  General Officer Memorandum of Reprimand

1.  You are reprimanded for disobeying a lawful order by refusing to become fully vaccinated against Coronavirus Disease 2019 (COVID-19).  In response to direction by the Secretary of Defense, on 14 September 2021, the Secretary of the Army directed that Army Soldiers receive a COVID-19 vaccination.  In response to this direction, you were counseled on your requirement to receive the vaccine, given an opportunity to view an educational video about the vaccine, and provided an opportunity to consult with a medical professional to discuss the vaccine and any concerns you had about being vaccinated.  Subsequently, your unit commander lawfully ordered you to receive a COVID-19 vaccination and you unjustifiably disobeyed that order.  Your actions are unacceptable, and adversely impact the health and readiness of the force.

2.  As a Noncommissioned Officer (NCO), you are charged with the responsibility of setting the example for subordinates to emulate.  You failed in that responsibility and undermined your ability to lead Soldiers by refusing to follow a lawful order that impacts your individual and unit readiness, health, and safety.  Your actions fell below the standards expected of a NCO in the United States Army, and your continued refusal to become fully vaccinated may result in more serious actions being taken against you.  I trust that your future duty performance will reflect the degree of professionalism expected of every NCO assigned to this command.

3.  This is an administrative reprimand imposed under the provisions of Army Regulation (AR) 600-37 and not as punishment under Article 15, Uniform Code of Military Justice.  Prior to making my filing decision, I will consider any matters you submit in extenuation, mitigation, or rebuttal.  You will be provided, by separate cover, a copy of the evidence which forms the basis for this reprimand.  You will immediately acknowledge receipt of this reprimand in writing.  You will forward any matters you wish me to consider through your chain of command within 7 calendar days, using the format prescribed in AR 600-37, paragraph 3-7.

3 Encls
1.  DA Form 4856 x2
2.  SSG Brown's MFR dtd 29 SEP 21
3.  Flag/SRB

ANDREW M. ROHLING
Major General, USA
Commanding

**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵀᴴ BRIGADE ENGINEER BATALLION
173ᵈ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                                 9 November 2021

MEMORANDUM FOR RECORD

SUBJECT:   Rebuttal to General Officer Letter of Reprimand (GOMOR)

1.  I have not refused to become fully vaccinated against Coronavirus Disease 2019 (COVID-19) and have continually requested the Food and Drug Administration (FDA) licensed vaccine as ordered by the Secretary of Defense (SECDEF). My counseling statements and GOMOR falsely characterize events; the FDA approved vaccine is not available in the United States and the Department of Defense (DoD) is knowingly using an Emergency Use Authorization (EUA) shot (BioNTech) in lieu of the licensed one. I have attached a timeline with substantiating documents [1] depicting how events have transpired throughout my counseling process.

2.  FRAGO 5 EXORD 225-21 deceives and circumvents servicemember rights by stating Commanders will ensure sufficient doses of "DoD approved vaccines" despite the SECDEF's order to use only FDA licensed vaccines for mandatory vaccinations. This deceptive wordplay has served as a justification for providing solely EUA vaccines. Servicemembers have the right to refuse an EUA vaccine under United States Code (USC) 10 § 1107a. **Ordering servicemembers to get vaccinated when the FDA approved vaccine is not available is unethical, immoral, and illegal.** Attempting to deceive and coerce servicemembers **undermines the Army Values, the American People, and the Constitution that we are sworn to protect**. As legally ordered by the SECDEF, I will only accept the FDA licensed vaccine, and I will not compromise my integrity nor my moral courage by surrendering to coercion and wrongful punishment.

3.  The shots are NOT "interchangeable"; "interchangeable" biologic products are governed by 42 USC § 262. The FDA's own "Purple Book" lists Comirnaty as having no bioequivalent product [2]. This shows that BioNTech is not "interchangeable" with Comirnaty as a matter of law.

4.  I joined the military to protect our freedoms and the rights of Americans and have served my country over 8 years with Duty and Honor. I ask that Major General Andrew Rohling recognizes the false characterization of my GOMOR, reconsiders its issue, and stands up for our freedoms, our rights, and the American Way of Life.

BROWN.STEVEN.
MICHAEL.14649
75043

Digitally signed by
BROWN.STEVEN.MICHAEL.1
464975043
Date: 2021.11.09 10:22:23
+01'00'

Encls
1. MFR GOMOR Timeline
   & Substantiating Documents
2. FDA's Purple Book Screenshot

Steven M. Brown
SSG, USA
Respondent



**DEPARTMENT OF THE ARMY**
DANGER COMPANY, 54ᵀᴴ BRIGADE ENGINEER BATALLION
173ᴰ INFANTRY BRIGADE COMBAT TEAM (AIRBORNE)
CASERMA DEL DIN, ITALY
APO AE 09630

AESE-BGG-D                                                      9 November 2021

MEMORANDUM FOR RECORD

SUBJECT:   General Officer Memorandum of Reprimand (GOMOR) Supplemental Timeline of Events & Substantiating Documents

1.  This memorandum is meant to supplement my Rebuttal to General Officer Letter of Reprimand (GOMOR) memorandum dated 09NOV21. The following timeline chronologically lists events that have taken place which pertain to the military's vaccine mandate as well as my response to any orders to receive the vaccine.

2.  23AUG21 – The Food & Drug Administration (FDA) approved Full Licensure of the Pfizer-BioNTech Vaccine Corminaty (COVID-19 Vaccine, MRNA) for individuals 16 years of age and older (*attached 1. Approval Letter – Comirnaty 23AUG21).*

3.  23AUG21 – The FDA extended the Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 Vaccine, citing the lack of available FDA approved vaccines as one of the extension justifications (*attached 2. Pfizer Letter of Authorization to issue with BLA approval 08.23.21).*

4.  24AUG21 – Secretary of Defense (SECDEF) Lloyd J. Austin signs the Memorandum for Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members (*attached 3. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021).*

5.  14SEP21 – Terry Adirim signs a memorandum under the Assistant SECDEF's letterhead justifying the interchangeable use of the FDA approved Pfizer-BioNTech Vaccine Corminaty (COVID-19 Vaccine, MRNA) with the EUA Pfizer-BioNTech COVID-19 Vaccine for Department of Defense (DoD) vaccine administration (*attached 4. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-BLA).*

6.  14SEP21 – Department of the Army (DA) Washington releases FRAGO 5 to HQDA EXORD 225-21 COVID-19 Steady State Operations, initiating phase 1 of the implementation of mandatory vaccinations of servicemembers (*attached 5. FRAGO 5 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS).*

7.  17SEP21 – ORORD 21-029 (173D Mandatory Coronavirus Disease (COVID-19) Service Member (SM) Vaccinations) is released by HQ, 173D IBCT(A) *(attached 6. OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)).*

1

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

8.  20SEP21 – SSG Steven Brown (respondent) is ordered to attend a formation on 22SEP21 (later changed to 23SEP21) at Vicenza Medical Clinic (VMC) for the mandatory vaccination and is told that the approved vaccine will be there *(attached 7. Brown, Steven Signal Message 20SEP21)*.

9.  23SEP21 – During the vaccination formation, SSG Brown, along with other servicemembers, had the opportunity to speak with the lead medical officer on duty. The medical officer confirmed that the vaccines on hand did not include the FDA approved vaccine. Following this, SSG Brown was ordered by 1SG Erica Plaisance (Company 1SG) and CPT Max Gustafson (Company Commander) to take the vaccine that was being provided at VMC. SSG Brown informed them that VMC did not have the FDA approved vaccines, and under United States Code (USC) 10 § 1107a, servicemembers have the right to refuse an EUA vaccine. Furthermore, SSG Brown requested support to instead receive the FDA approved vaccine that was defined by the SECDEF or a temporary waiver until the VMC could receive the FDA approved vaccine. Despite asking for support to obtain the FDA approved vaccine, SSG Brown received his first vaccine refusal counseling, was ordered to watch an educational video, and submitted his first Memorandum for Record (MFR) dated 23SEP21 *(attached 8. Brown, Steven MFR Request for FDA approved Vaccine, 23SEP21)*.

10.  24SEP21 – CPT Gustafson counseled SSG Brown as part of the vaccine refusal counseling, again ordered SSG Brown to get the vaccine, and SSG Brown again stated that he wanted to be vaccinated with the FDA approved vaccine that was defined by the SECDEF. Despite his willingness to become vaccinated with the FDA approved COVID-19 Vaccine that was defined by the SECDEF, SSG Brown was counseled for vaccine refusal, and ordered to speak with the medical provider on Caserma Del Din *(attached 9. Brown, Steven MFR Request for FDA approved Vaccine, 24SEP21)*.

11.  27SEP21 – SSG Brown met with CPT Palomino, the Aeromedical Physician Assistant who confirmed that the vaccine currently being provided is not the FDA approved vaccine that is defined by the SECDEF. CPT Palomino submits his MFR recounting his meeting with SSG Brown to CPT Gustafson *(attached 10. MFR from CPT Palomino 28SEP21)*.

12.  28SEP21 – SSG Brown receives the final portion of his vaccine refusal counseling and is ordered to get the vaccine by Close of Business (COB) of 29SEP21 (*attached 11. Brown, Steven DA Form 4856 Vaccine Refusal Counseling*).

13.  28SEP21 – SSG Brown initiates an IG Complaint against CPT Gustafson and 1SG Plaisance for continuing to order him to receive the vaccine at VMC despite VMC not having the FDA approved vaccine *(attached 12. Brown, Steven DA Form 1559 28SEP21)*.

14.  29SEP21 – SSG writes and signs his third MFR, to add context to CPT Palomino's MFR, and again requests the FDA approved vaccine, or a temporary exception until it is available *(attached 13. Brown, Steven MFR Request for FDA approved Vaccine, 29SEP21)*.

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

15.  29SEP21 – CPT Gustafson counsels SSG Brown at COB and initiates a flag coded "A" for adverse action for refusing to receive the COVID-19 vaccine that has receive full licensure from the FDA, in accordance with FDA approved labeling *(attached 14. Brown, Steven DA Form 4856 Notification of flag code A initiation, 15. Brown, Steven DA Form 268 Report to Suspend Favorable Personnel Actions).*

16.  30SEP21 – SSG Brown formally withdraws his IG Complaint against CPT Max Gustafson and Erica Plaisance and files a new IG Complaint calling for the rescindment or modification of the Memorandum signed by Terry Adirim under the Assistant SECDEF letterhead *(attached 16. Brown, Steven DA Form 1559 30SEP21).*

17.  15OCT21 – Liberty Counsel files a class action lawsuit along with a motion for a temporary restraining order and injunction against the President of the United States, SECDEF, and U.S. Secretary of the Department of Homeland Security Alejandro Mayorkas, on behalf of members from five branches of the military who have been unlawfully mandated to get the COVID vaccine *(attached 17. Liberty Counsel Class Action Lawsuit, 18. Liberty Counsel Motion for Temporary Restraining Order and Preliminary Injunction).*

18.  16OCT21 – SSG Brown is told by CPT Gustafson that he must sign the memorandum that he received from Legal. SSG Brown is provided Annex LL, titled 'Vaccine Information Fact Sheet'. Annex LL is an illegally published and distributed document as it violates the FDA legal requirements of publishing a Fact Sheet that is inconsistent with the FDA Fact Sheets and missing legally required information *(attached 19. Annex LL Vaccine Information Fact Sheet, 20. Brown Steven MFR Request for FDA approved Vaccine 16OCT21).*

19.  02NOV21 - SSG Daniel Robert, US Army & SSGT Hollie Mulvihill, USMC file a motion for a preliminary injunction, citing the SECDEF's along with his DoD collaborators' illegal vaccination program and the knowingly coercion and violations of 10 U.S.C. §1107, 10 U.S.C. §1107a, and 21 U.S.C. §360bbb-3 *(attached 21. Robert, Daniel and Mulvihill, Hollie Preliminary Injunction Motion).*

20.  02NOV21 - Lieutenant Colonel (LTC) Theresa Long, MD, MPH, FS signs and files an Affidavit in support of motion for preliminary injunction as a whistleblower under the Military Whistleblower Protection Act, of 10 U.S.C. § 1034 which confirms that the FDA vaccine is still not available, states physically fit servicemembers are experiencing severe adverse reactions from the EUA vaccines and calls for an immediate pause of all COVID-19 vaccinations *(attached 22. Long, Theresa Affidavit Exh 18).*

21.  02NOV21 - MG Andrew M. Rohling signs a GOMOR for SSG Brown for refusing to become fully vaccinated against Coronavirus Disease 2019 (COVID-19) *(attached 23. Brown, Steven GOMOR 02NOV21).*

21.  04NOV21 - After returning from a BDE Exercise the day prior (Bayonet Ready), SSG Brown opens a new IG complaint to stop the distribution of Annex LL, and the rescindment or modification of EXORD 225-21 as well as all subsequent OPORDS,

AESE-BGG-D
SUBJECT:   General Officer Memorandum of Reprimand Supplemental Timeline

including but not limited to OPORD 21-029, to allow for temporary waivers until the FDA approved vaccine is available *(attached 24 Brown, Steven DA Form 1559 04NOV21).*

22.  04NOV21 - SSG Brown meets with CPT Gustafson, 1SG Plaisance, and SGT John Nichols (BDE Legal), and is served MG Rohling's GOMOR. SSG Brown signs an acknowledgement confirming, he has read and understand the GOMOR and has 7 days to submit a rebuttal and any substantiating documents *(attached 25. Brown, Steven Acknowledgement of GOMOR 04NOV21).*

23. 09NOV21 – SSG Brown submitted his rebuttal to MG Rohling's GOMOR along with this timeline of relevant events.


                                        Steven Brown
                                        SSG, USA
Encls                                   Respondent

1. Approval Letter - Comirnaty August 23, 2021
2. Pfizer Letter of Authorization to issue with BLA approval 08.23.21
3. Memorandum for Mandatory Coronavirus Disease 2019, Vaccination of Department of Defense Service Members, August 24, 2021
4. Assistant SECDEF Memorandum for COVID-19 COMIRNATY EUA-BLA
5. FRAGO 5 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
6. OPORD 21-029 (173D Mandatory COVID-19 SM Vaccinations)
7. Brown, Steven Signal Message 20SEP21
8. Brown, Steven MFR Request for FDA approved Vaccine, 23SEP21
9. Brown, Steven MFR Request for FDA approved Vaccine, 24SEP21
10. MFR from CPT Palomino 28SEP21
11. Brown, Steven DA Form 4856 Vaccine Refusal Counseling
12. Brown, Steven DA Form 1559 28SEP21
13. Brown, Steven MFR Request for FDA approved Vaccine, 29SEP21
14. Brown, Steven DA Form 4856 Notification of flag code A initiation
15. Brown, Steven DA Form 268 Report to Suspend Favorable Personnel Actions
16. Brown, Steven DA Form 1559 30SEP21
17. Liberty Counsel Class Action Lawsuit
18. Liberty Counsel Motion for Temporary Restraining Order and Preliminary Injunction
19. Annex LL Vaccine Information Fact Sheet
20. Brown Steven MFR Request for FDA approved Vaccine 16OCT21
21. Robert, Daniel and Mulvihill, Hollie Preliminary Injunction Motion
22. Long, Theresa Affidavit Exh 18
23. Brown, Steven GOMOR 02NOV21
24. Brown, Steven DA Form 1559 04NOV21
25. Brown, Steven Acknowledgement of GOMOR 04NOV21