

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE DISTRICT OF WASHINGTON**

10 November 2021

HQ AFDW/IGQ
1500 West Perimeter Road, Suite 2700.02
Joint Base Andrews MD 20762

Lt Col Matthew Curtin,
Email: matthew.curtin.1@us.af.mil

Lt Col Curtin,

I am writing to inform you of the final disposition of IG Complaint FRNO 2021-16341.  In accordance with AFI 90-301, *Inspector General Complaints Resolution, Para 3.20,* our office conducted a complaint analysis and determined that an IG assist was the most appropriate resolution path.

> **Issue #1**: *There is a legal distinction between the Pfizer FDA approved and labeled COMIRNATY and the Pfizer Emergency Use Authorized (EUA) BioNTech COVID 19 vaccines. COMIRNATY is the only full-licensure FDA approved COVID 19 vaccine.*
>
> **Issue #2**: *Vaccination order is alleged to be illegal and violates 10 USC 1107(f)(3)(A), DoDI 6200.02, Nuremberg Code 1947.  6 MDG is incorrectly offering the EUA BioNTech as the FDA approved Pfizer vaccine.*  This office attempted to contact you several times to clarify the violation of the Nuremberg Code 1947.  Since we did not receive a response from you, we dismissed this portion of the case.

Please see the attached memo for the response from AF/JA that addresses both your issues.  Since this matter is being addressed in civilian court, the matter cannot be resolved through the IG Complaints Resolution Program.  Based upon the information provided above, AFDW/IG considers the case closed.

If you wish a review of the handling of your case or the determination, you may request a review by the next higher-level IG, who is the Department of the Air Force Inspector General (DAF/IG).  You must request this review in writing within 90 days of receiving this response and provide specific reasons why you believe the handling of your case was not valid or procedurally correct.  You are required to provide additional information that justifies a higher-level review of our actions.  Simply disagreeing with the findings is not sufficient cause or justification for a higher-level review or additional investigation.

Please e-mail your request to daf.ighotline@us.af.mil or mail your request to the following address:
DAF/IGQ
1140 Air Force Pentagon
Washington, DC 20330-1140

Of note, per AFI 90-301, Para 2.7. "IGs cannot delay command and personnel actions based on the filing of an IG complaint or the initiation of an IG investigation.  Filing an IG complaint will not delay or prevent completion of command actions such as reassignment, retirement, discharge, nonjudicial punishment, etc., unless deemed necessary by appropriate commanders."

> Controlled by: DAF/IGQ
> CUI Category: CUI/SP-PRIIG
> Distribution/Dissemination Control: FEDCON
> POC:  AFDW.IG.Workflow@us.af.mil

**PRIDE ... TEAMWORK ... SUCCESS**

We appreciate you giving the Inspector General this opportunity to assist with your concern. Please do not hesitate to contact the Inspector General again should you ever need assistance with another matter. The Air Force Inspector General's office is dedicated to identifying and resolving issues, creating an atmosphere of trust, and instilling confidence in Air Force leadership.

We understand the importance of our role as independent assessors, and we consider each case in earnest so that our Airmen can remain focused on the mission. This concludes our actions with regard to this issue.

                                          MICHAEL J. MILLS, GS-12, USAF
                                          Complaints & Inquiries Specialist

Attachment:
AF/JA MFR Response

**ATTACHMENT**



DEPARTMENT OF THE AIR FORCE
OFFICE OF THE JUDGE ADVOCATE GENERAL
CIVIL LAW AND LITIGATION

15 October 2021

MEMORANDUM FOR RECORD

FROM: AF/JA

SUBJECT: Interchangeable Use of EUA-Authorized Pfizer-BioNTech Vaccine and Fully-Licensed Comirnaty

1. For legal questions regarding the interchangeability of EUA-labeled Pfizer-BioNTech vaccine vials and the Comirnaty-labeled vaccine vials, the Department of the Air Force refers the complainant to the Secretary of Defense memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," dated 24 August 2021; the Secretary of the Air Force memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of the Air Force Military Members," dated 3 September 2021, and attachments; and Acting Assistant Secretary of Defense for Human Affairs (ASD(HA)) memorandum, "Mandatory Vaccination of Service Members using the Pfizer-BioNTech COVID-19 and Comirnaty COVID-19 Vaccine," dated 14 September 2021. The aforementioned documents can be located and reviewed at https://usaf.dps.mil/teams/COVID-19/SitePages/Home.aspx.

2. Due to pending civil litigation on this matter (*see e.g., Robert, et al. v. Austin, et al.*, No. 21-cv-2228 (D. Colo); *Costin, et al. v. Biden, et al.*, 1:21-cv-2484 (D.D.C.); and *Doe, et al. v. Austin, et al.*, 3:21-cv-01211 (N.D. Fla)), the Department of the Air Force has no further comment.

PRESTON.ROBERT.J.II.1099931740
Digitally signed by PRESTON.ROBERT.J.II.1099931740
Date: 2021.10.15 13:51:10 -04'00'

ROBERT J. PRESTON II, SES, USAF
Director, Civil Law and Litigation