# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DANIEL ROBERT | * | |
| SSGT, U.S. ARMY | * | |
| | * | |
| HOLLIE MULVIHILL | * | |
| SSGT, USMC | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-02228-RM-STV |
| LLOYD AUSTIN | * | |
| Secretary of Defense, | * | |
| U.S. DEPARTMENT OF DEFENSE | * | |
| Washington, D.C. 20301 | * | |
| | * | |
| and | * | |
| | * | |
| XAVIER BECERRA | * | |
| Secretary of the U.S. Department of | * | |
| Health and Human Services | * | |
| U.S. DEPARTMENT OF HEALTH | * | |
| AND HUMAN SERVICES | * | |
| | * | |
| and | * | |
| | * | |
| JANET WOODCOCK, Acting | * | |

| | |
|---|---|
| Commissioner of the Food & Drug Administration | * * |
| U.S. FOOD AND DRUG ADMINISTRATION | * * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF LT COL JARED L. ALLEN IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

I, Lt Col Jared Allen, hereby declare as follows:

1. I am employed as a Drill-Status Guardsman (DSG) Staff Officer in the 186th Air Operations Group (AOG) in the 186th Air Refueling Wing (ARW) at Key Field Meridian, MS.

2. Around 1400 CDT on 4 November 2021, I went to our Medical Group clinic and asked the Commanding Officer to see what vials of COVID-19 vaccine they had. He stated they did not have COMIRNATY but only the Pfizer-BioNTech vaccine. The vial he showed me is pictured (See Appendix A).

4. Thereafter, I submitted an administrative exemption request on or about 7 November 2021 to the 186th ARW Commanding Officer Col Cynthia Smith and the Vice Commander Col Britt Watson. The exemption requested that my medical recorded be coded in ASIMS as "MS" per AFI 48-110 due to a lack of supply at Key Field. In response, Col Watson e-mailed me the Assistant SECDEF (Health Affairs) memo from September that interprets "interchangeable" to mean that Pfizer can be substituted and mandated in place of COMIRNATY and declared they were abiding by that policy. I have to date not received any formal acceptance or denial of my exemption in writing.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief..

Dated: December 2, 2021

Respectfully submitted,

_____
Jared Allen

**APPENDIX A**





