Monday, December 6, 2021

Greetings,

To whom it may concern, my name is Amy Mateo. I serve as a Captain in the Army Reserve Stationed at Pinellas Park, Florida with Bravo Company, 436th Civil Affairs Battalion (WRT2BO).

As the attached pictures show, at the time I am being ordered to take a COVID Vaccine there is only Pfizer BioNTech (Emergency Use Authorized) available. There is no fully licensed Comirnaty and we are not told to distinguish between the two.



This is true to the best of my knowledge and belief.

Amy Mateo
DODID:1182650397