

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE OFFICERS TRAINING CORPS
374 UCB
UNIVERSITY OF COLORADO BOULDER
BOULDER, COLORADO 80309

1910
SJA

From: Staff Sergeant Cambrea L. Long, XXXXXX/7257, USMC
To:   Commanding Officer, Naval Reserve Officer Training Corps, University of Colorado

Subj: ACKNOWLEDGMENT OF RIGHTS TO BE EXERCISED OR WAIVED DURING SEPARATION PROCEEDINGS

Ref: (a) CO's ltr

1. _____ I acknowledge receipt of the reference notifying me of proceedings to discharge me by reason of Best Interest to the Service.

2. _____ I understand that I am being recommended for separation with a honorable characterization of service and that the least favorable characterization which I may receive is general (under honorable conditions). I understand that failure to complete my enlistment contract with an honorable characterization of service may preclude my eligibility for benefits from the Department of Veterans Affairs or other organizations and have an adverse effect on future civilian employment. If I am separated with a characterization of service of general, I understand that I may petition the Veterans Benefits Administration of the Department of Veterans Affairs for certain benefits under the laws administered by the Secretary of Veterans Affairs.

3. In view of the above, I choose to execute the following rights:

   a. _____ I (have) (have not) included statements in rebuttal to this proposed separation.

   b. _____ I (have) (have not) consulted with counsel. I realize it is in my best interests to do so before exercising or waiving any of my rights. My counsel's name is: _____.

   c. _____ I (do) (do not) desire to obtain copies of documents that will be forwarded to the CG, Marine Corps Recruiting Command supporting this proposed separation.

4. _____ I understand that if I am separated before I complete an active duty service requirement incurred because I received advance education assistance, bonuses, or special pays, I may be required to reimburse the U.S. government on a pro rata basis for the unserved portion of the active service requirement.

5. _____ I have read and fully understand the information contained in the Purpose and Scope of the NDRB and BCNR.

6. I understand the basis for which I am being recommended for separation, IAW MCO 1900.16 CH 2 paragraph 6214: Separation in the best interest of the service.


_____    _____
Witness            date            Respondent         date