# Reply Exhibit 1

Dale Saran
Attorney at Law

19744 W. 116th Ter.                                          Phone: 800.670.2577
Olathe, KS 66061                                             email: dalesaran@gmail.com

05 October 2021

Dear Sir/Ma'am,

I am one of the attorneys of record who filed the civil action *Robert, Mulvihill, et al. v. Department of Defense (DoD), Food and Drug Administration (FDA), et al.*, in Colorado federal district court, #1:21-cv-2228. That case challenges the mandatory vaccine program launched by Secretary of Defense Lloyd J. Austin's Aug. 24, 2021, Memorandum on behalf of two classes of plaintiffs:

(1) all members of the armed forces who have been ordered to receive vaccination with anything other than a product "fully licensed" by the FDA because that explicitly violates federal law (21 U.S.C. §360bbb-3);
(2) all members of the armed forces who have already had COVID-19 and therefore have already-acquired, natural immunity.

The second class of plaintiffs are presumptively exempt from being vaccinated against a virus that they have already had, in accordance with longstanding and well-established principles of immunology and virology, which are contained in DoD Instruction AR 40-562[1] - regardless of the licensure status of any vaccine against COVID-19. AR 40-562, ¶2-6, expressly exempts service members from vaccination who have previously had an infection from the same virus.

I have advised all plaintiff members of both classes not to receive the shots while the litigation is pending because it would jeopardize their standing as members of the plaintiff classes.
Kristie A. Stefinsky is a member of the class of plaintiffs. Kristie A. Stefinsky should be legally exempted from the shot until the court has ruled on the merits of the litigation. Attempts to interfere with a person's rights and status in ongoing federal litigation will be referred to the judge for his consideration and action.

Sincerely,

*Dale F. Saran*
DALE F. SARAN
Attorney at Law
MA Bar #654781

Copy to: file

---

[1] The all-service publication also goes by different service specific names, including AFI 48-110, BUMEDINST 6230.15B, and CG COMDTINST M6230.4G.