**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02228-RM-STV

DAN ROBERT, SSG, U.S. Army,
HOLLIE MULVIHILL, SSgt, U.S. Marine Corps, and other similarly situated individuals,

    Plaintiffs,

v.

LLOYD AUSTIN, in his official capacity as Secretary of Defense, U.S. Department of Defense,
XAVIER BACERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and
JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 48) of Judge Raymond P. Moore entered on January 11, 2022, it is

ORDERED that judgment is hereby entered in favor of Defendants Lloyd Austin, Xavier Bacerra, and Janet Woodcock, and against Plaintiffs Dan Robert, SSG, and Hollie Mulvihill, SSgt.   It is

FURTHER ORDERED that this case is closed.

    Dated at Denver, Colorado this 11th day of January, 2022.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                          s/C. Pearson, Deputy Clerk