# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **DAN ROBERT** <br> SSG, U.S. ARMY <br><br> **HOLLIE MULVIHILL** <br> SSGT, USMC <br><br>     **Plaintiffs**, <br><br>     v. <br><br> **LLOYD AUSTIN** <br> Secretary of Defense, <br> U.S. DEPARTMENT OF DEFENSE <br> Washington, D.C. 20301 <br><br>     and <br><br> **XAVIER BECERRA** <br> Secretary of the U.S. Department of <br> Health and Human Services <br> U.S. DEPARTMENT OF HEALTH <br> AND HUMAN SERVICES <br><br>     and <br><br> **JANET WOODCOCK**, Acting <br> Commissioner of the Food & Drug <br> Administration <br> U.S. FOOD AND <br> DRUG ADMINISTRATION <br><br>     **Defendants**. | CA No. 1:21-cv-02228-RM-STV |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, Plaintiffs Dan Robert, Hollie Mulvihill, for themselves and on behalf of the class of persons they represent, appeal to the United States Court of Appeals for the Tenth Circuit from the final Judgment [Doc. 49] and the Order [Doc. 48] granting the Defendants' Motion to Dismiss, both entered on January 11,

2022, in the United States District Court for the District of Colorado.

Dated: February 1, 2022

                          Respectfully submitted,

                          /s/   *Todd S. Callender*

                          Todd S. Callender, Esq.
                          Colorado Bar #25981
                          Disabled Rights Advocates PLLC
                          600 17th St., Suite 2800
                          Denver, CO 80202
                          (303) 228 7065, Ext. 7068
                          todd@dradvocates.com
                          Attorney for the Plaintiffs

                          /s/   *Dale Saran*

                          Dale Saran, Esq.
                          19744 W. 116th Terrace
                          Olathe, KS 66061
                          (480) 466-0369
                          Attorney for the Plaintiffs