ALLMTN,APPEAL,JD1,MJ CIV PP,TERMED
**U.S. District Court – District of Colorado**
**District of Colorado (Denver)**
**CIVIL DOCKET FOR CASE #: 1:21–cv–02228–RM–STV**

Robert et al v. Austin et al
Assigned to: Judge Raymond P. Moore
Referred to: Magistrate Judge Scott T. Varholak
Cause: 10:1107 Armed Forces: Use Of Investigational New
Drug
**Plaintiff**

Date Filed: 08/17/2021
Date Terminated: 01/11/2022
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Dan Robert**
*SSGT, U.S. Army*

represented by **Dale F. Saran**
Dale F. Saran, Attorney at Law
19744 116th Terrace
Olathe, KS 66061
508–415–8411
Email: dalesaran@gmail.com
*ATTORNEY TO BE NOTICED*

**Todd Samson Callender**
Disabled Rights Advocates PLLC
600 17th Street
Suite 2800 South
Denver, CO 80202
303–228–7065
Fax: 303–260–6401
Email: todd@dradvocates.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hollie Mulvihill**
*SSGT, USMC and Other Similarly
Situated Individuals*

represented by **Dale F. Saran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Samson Callender**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lloyd Austin**
*in his official capacity as Secretary of
Defense, U.S. Department of Defense*

represented by **Andrew Evan Carmichael**
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
202–514–3346
Fax: 202–616–8470
Email: andrew.e.carmichael@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Courtney D. Enlow**
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20530
202–616–8467
Email: courtney.d.enlow@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xavier Becerra**
*in his official capacity as Secretary of the*
*U.S. Department of Health and Human*
*Services*

represented by **Andrew Evan Carmichael**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney D. Enlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janet Woodcock**
*in her official capacity as Acting*
*Commissioner of the U.S. Food & Drug*
*Administration*

represented by **Andrew Evan Carmichael**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney D. Enlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2022 | 50 | NOTICE OF APPEAL as to 49 Judgment, 48 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion for Leave,, Order on Motion for Preliminary Injunction, by Plaintiffs Hollie Mulvihill, Dan Robert (Filing fee $ 505, Receipt Number BCODC–8294292) (Saran, Dale) (Entered: 02/01/2022) |
| 01/11/2022 | 49 | FINAL JUDGMENT pursuant to 48] Order. Entered by the Clerk of the Court on 1/11/2022. (cpear) (Entered: 01/11/2022) |
| 01/11/2022 | 48 | ORDER granting 37 Motion to Dismiss for Failure to State a Claim, granting 37 Motion to Dismiss for Lack of Jurisdiction, denying 42 Motion for Leave, and denying 30 Motion for Preliminary Injunction. Judgment shall enter accordingly. Entered by Judge Raymond P. Moore on 1/11/2022. (cpear) (Entered: 01/11/2022) |
| 12/30/2021 | 47 | REPLY to Response to 37 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction *combined with opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 30), per Court Order (ECF 33)* filed by Defendants Lloyd Austin, Xavier Becerra, Janet Woodcock. (Attachments: # 1 Table of Exhibits, # 2 Exhibit 1 – Letter from Dale Saran, # 3 Exhibit 2 – Letter from Todd Callender)(Enlow, Courtney) (Entered: 12/30/2021) |
| 12/16/2021 | 46 | RESPONSE to 37 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction *combined with opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 30), per Court Order (ECF 33)* filed by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Exhibit Exh. 28 – SSgt Long SEP Notice, # 2 Exhibit Exh. 29 – NavAdmin)(Saran, Dale) (Entered: 12/16/2021) |
| 12/13/2021 | 45 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re 44 Notice of Entry of Appearance, filed by attorney Andrew E. Carmichael. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Manage my Account tab at the PACER website at https://www.pacer.gov/, pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (sdunb, ) (Entered: 12/13/2021) |
| 12/13/2021 | 44 | NOTICE of Entry of Appearance by Andrew Evan Carmichael on behalf of Lloyd Austin, Xavier Becerra, Janet WoodcockAttorney Andrew Evan Carmichael added to party Lloyd Austin(pty:dft), Attorney Andrew Evan Carmichael added to party Xavier Becerra(pty:dft), Attorney Andrew Evan Carmichael added to party Janet Woodcock(pty:dft) (Carmichael, Andrew) (Entered: 12/13/2021) |
| 12/07/2021 | 43 | REPLY to Response to 30 First MOTION for Preliminary Injunction , 37 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction *combined with opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 30), per Court Order (ECF 33)* filed by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Exhibit Doe v. Austin N.D. FL, # 2 Affidavit SSgt Long Decl, # 3 Affidavit SSgt Brown Decl, # 4 Affidavit TSgt Whitney Decl, # 5 Affidavit LtCol Curtin Decl, # 6 Exhibit Doe v Rumsfeld Order, # 7 Affidavit CDR Furman Decl, # 8 Affidavit LtCol Allen Decl, # 9 Affidavit Capt Mateo Decl)(Saran, Dale) (Entered: |

| | | |
|---|---|---|
| | | 12/07/2021) |
| 12/06/2021 | 42 | MOTION for Leave to File Amicus Curiae by Pritish Vora. (Attachments: # 1 Proposed Amicus Brief)(sdunb, ) (Entered: 12/07/2021) |
| 12/06/2021 | 41 | ORDER granting 38 Plaintiffs' Motion to Restrict. The Clerk of Court is directed to place Dkt. No. 37–17 under Restriction Level 1. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/6/2021. Text Only Entry(stvlc1, ) (Entered: 12/06/2021) |
| 12/01/2021 | 40 | MEMORANDUM regarding 38 Unopposed MOTION for Leave to Restrict filed by Hollie Mulvihill. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 12/1/2021. (Text Only Entry) (rmsec ) (Entered: 12/01/2021) |
| 12/01/2021 | 39 | MINUTE ORDER This matter is set for a Scheduling Conference on 1/18/2022 11:45 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. The parties may participate in the conference telephonically by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. The parties shall submit a joint Proposed Scheduling Order on or before 1/11/2022. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/1/2021. (stvlc1, ) (Entered: 12/01/2021) |
| 11/30/2021 | 38 | Unopposed MOTION for Leave to Restrict by Plaintiff Hollie Mulvihill. (Saran, Dale) (Entered: 11/30/2021) |
| 11/23/2021 | 37 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction *combined with opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 30), per Court Order (ECF 33)* by Defendants Lloyd Austin, Xavier Becerra, Janet Woodcock. (Attachments: # 1 Table of Exhibits, # 2 Exhibit 1 – Secretary of Defense Memorandum (Aug. 9, 2021), # 3 Exhibit 2 – Secretary of Defense Memorandum (Aug. 24, 2021), # 4 Exhibit 3 – Acting Assistant Secretary of Defense for Health Affairs Memorandum (Sept. 14, 2021), # 5 Exhibit 4 – Department of Defense Instruction 6205.02, # 6 Exhibit 5 – Army Regulation 40–562, # 7 Exhibit 6 – Army FRAGO 5, # 8 Exhibit 7 – ALNAV 062/21, # 9 Exhibit 8 – MARADMIN 462/21, MARADMIN 533/21, # 10 Exhibit 9 – Congressional Research Service, Defense Health Primer: Military Vaccinations, # 11 Exhibit 10 – Declaration of Peter Marks, M.D., Ph.D., # 12 Exhibit 11 – Declaration of Colonel Tonya Rans, M.D., # 13 Exhibit 12 – Declaration of Major Scott Stanley, # 14 Exhibit 13 – Declaration of Colonel Michele Soltis, # 15 Exhibit 14 – Declaration of Brigadier General Peter D. Huntley, # 16 Exhibit 15 – Declaration of Captain Darek Wilcox, # 17 Exhibit 16 – Declaration of Captain Christopher P. Tilque, # 18 Exhibit 17 – Declaration of Nicole Powell–Dunford, # 19 Exhibit 18 – Declaration of Whitney B. Gardner)(Enlow, Courtney) Modified to restrict exhibit pursuant to ECF 41 on 12/6/2021 (cmadr, ). (Entered: 11/23/2021) |
| 11/23/2021 | 36 | BRIEF in Opposition to 30 First MOTION for Preliminary Injunction *and Combined Motion to Dismiss (per court order ECF 33)* filed by Defendants Lloyd Austin, Xavier Becerra, Janet Woodcock. (Attachments: # 1 Table of Exhibits, # 2 Exhibit 1 – Secretary of Defense Memorandum (Aug. 9, 2021), # 3 Exhibit 2 – Secretary of Defense Memorandum (Aug. 24, 2021), # 4 Exhibit 3 – Acting Assistant Secretary of Defense for Health Affairs Memorandum (Sept. 14, 2021), # 5 Exhibit 4 – Department of Defense Instruction 6205.02, # 6 Exhibit 5 – Army Regulation 40–562, # 7 Exhibit 6 – Army FRAGO 5, # 8 Exhibit 7 – ALNAV 062/21, # 9 Exhibit 8 – MARADMIN 462/21, MARADMIN 533/21, # 10 Exhibit 9 – Congressional Research Service, Defense Health Primer: Military Vaccinations, # 11 Exhibit 10 – Declaration of Peter Marks, M.D., Ph.D., # 12 Exhibit 11 – Declaration of Colonel Tonya Rans, M.D., # 13 Exhibit 12 – Declaration of Major Scott Stanley, # 14 Exhibit 13 – Declaration of Colonel Michele Soltis, # 15 Exhibit 14 – Declaration of Brigadier General Peter D. Huntley, # 16 Exhibit 15 – Declaration of Captain Darek Wilcox, # 17 Exhibit 16 – Declaration of Captain Christopher P. Tilque, # 18 Exhibit 17 – Declaration of Nicole Powell–Dunford, # 19 Exhibit 18 – Declaration of Whitney B. Gardner)(Enlow, Courtney) (Entered: 11/23/2021) |
| 11/18/2021 | 35 | SUMMONS Returned Executed by Dan Robert, Hollie Mulvihill. (Attachments: # 1 Affidavit Svc on DoD – Complaint and Amended Comp., # 2 Affidavit Svc on FDA – Complaint and Amended Comp., # 3 Affidavit Svc on HHS – Complaint and Amended Comp.)(Saran, Dale) (Entered: 11/18/2021) |
| 11/18/2021 | 34 | SUMMONS Returned Executed upon *US Atty OBO* defendant(s) Lloyd Austin served on 10/29/2021, answer due 12/28/2021; Xavier Becerra served on 10/29/2021, answer due 12/28/2021; Janet Woodcock served on 10/29/2021, answer due 12/28/2021. (Attachments: # 1 Affidavit Svc on USA – Both Complaints, Summons, Exhibits)(Saran, Dale) (Entered: 11/18/2021) |

| | | |
|---|---|---|
| 11/17/2021 | 33 | ORDER granting 32 for Leave to File Excess Pages and to file a combined motion to dismiss and opposition to Plaintiffs' Motion for a Preliminary Injunction. By Judge Raymond P. Moore on 11/17/2021.(sdunb, ) (Entered: 11/17/2021) |
| 11/17/2021 | 32 | MOTION for Leave to File Excess Pages *and to file a combined motion to dismiss and opposition to Plaintiffs' Motion for a Preliminary Injunction* by Defendants Lloyd Austin, Xavier Becerra, Janet Woodcock. (Attachments: # 1 Proposed Order (PDF Only))(Enlow, Courtney) (Entered: 11/17/2021) |
| 11/17/2021 | 31 | NOTICE of Entry of Appearance by Courtney D. Enlow on behalf of All Defendants Attorney Courtney D. Enlow added to party Lloyd Austin(pty:dft), Attorney Courtney D. Enlow added to party Xavier Becerra(pty:dft), Attorney Courtney D. Enlow added to party Janet Woodcock(pty:dft) (Enlow, Courtney) (Entered: 11/17/2021) |
| 11/02/2021 | 30 | First MOTION for Preliminary Injunction by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Exhibit Exh. 17 – COMIRNATY Purple Book Listing, # 2 Exhibit Exh. 18 – LTC Long, MD Affidavit)(Saran, Dale) (Entered: 11/02/2021) |
| 10/06/2021 | 29 | AMENDED COMPLAINT against Lloyd Austin, Xavier Becerra, Janet Woodcock, filed by Dan Robert, Hollie Mulvihill.(sdunb, ) (Entered: 10/06/2021) |
| 10/06/2021 | 28 | SUPPLEMENT/AMENDMENT to 26 First MOTION to Amend/Correct/Modify *COMPLAINT Clean Amended Complaint* by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Exhibit Clean Amended Complt)(Saran, Dale) (Entered: 10/06/2021) |
| 10/01/2021 | 27 | ORDER: Before the Court is Plaintiffs' Motion for Leave to File Amended Complaint 26 , which the Court hereby GRANTS. Plaintiffs' Amended Complaint 18 is hereby STRICKEN, as Plaintiffs indicate in their Motion it was file erroneously. Plaintiffs are ORDERED to file a clean version of the proposed Amended Complaint attached to their Motion [23–1] on or before October 6, 2021, and the Clerk shall docket it as such. SO ORDERED by Judge Raymond P. Moore on 10/1/2021. (Text Only Entry)(rmsec ) (Entered: 10/01/2021) |
| 09/29/2021 | 26 | First MOTION to Amend/Correct/Modify *COMPLAINT* by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Proposed Document AMENDED COMPLAINT, # 2 Exhibit FDA BLA APPROVAL LTR, # 3 Exhibit FDA PFIZER EUA LTR 08.23.21, # 4 Exhibit BOYCE LTR TO HCP, # 5 Exhibit FDA BNT FACT SHEET, # 6 Exhibit SEC DEF MEMO, # 7 Exhibit SJA UPDATE FULL, # 8 Exhibit ASST SEC DEF MEMO 09.14.21, # 9 Exhibit DON BU–MED)(Callender, Todd) (Entered: 09/29/2021) |
| 09/29/2021 | 25 | ORDER: Before the Court is Plaintiffs' Motion to Withdraw 24 , seeking to withdraw several exhibits and two motions. The Motion is GRANTED. The Motions for Preliminary Injunction 13 , 16 are deemed WITHDRAWN as well as the Exhibits 14 , 15 , 17 , 21 , 22 . SO ORDERED by Judge Raymond P. Moore on 9/29/2021. (Text Only Entry)(rmsec ) (Entered: 09/29/2021) |
| 09/29/2021 | 24 | MOTION to Withdraw 15 Exhibits, 17 Exhibits, 13 Final MOTION for Preliminary Injunction , 22 Exhibits, 16 Final MOTION for Preliminary Injunction , 21 Exhibits, 14 Exhibits by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/29/2021) |
| 09/24/2021 | 23 | NOTICE of Entry of Appearance by Dale F. Saran on behalf of All Plaintiffs Attorney Dale F. Saran added to party Hollie Mulvihill(pty:pla), Attorney Dale F. Saran added to party Dan Robert(pty:pla) (Saran, Dale) (Entered: 09/24/2021) |
| 09/24/2021 | 22 | Exhibits in Support Exhibits for 18 Amended Complaint by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/24/2021) |
| 09/24/2021 | 21 | Exhibits in Support 18 Amended Complaint Robert et al v Austin et al by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Modified on 9/27/2021 edited to add link)(evana, ). (Entered: 09/24/2021) |
| 09/24/2021 | 20 | MINUTE ORDER: Before the Court are two Motions for Preliminary Injunction 13 16 . On or before September 29, 2021, Plaintiffs are ORDERED to file a motion withdrawing one of them. Plaintiffs have also filed an Amended Complaint 18 , albeit without seeking leave to do so. *See* Fed. R. Civ. P. 15(a)(1). Pursuant to D.C.COLO.LCivR 15.1(a), a party "who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g., underlines) the text to be added." Accordingly, Plaintiffs are further ORDERED to comply with the Local Rule on or before September 29, 2021. SO ORDERED by Judge |

| | | |
|---|---|---|
| | | Raymond P. Moore on 9/24/2021. (Text Only Entry) (rmsec) (Entered: 09/24/2021) |
| 09/24/2021 | 19 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 13 Final MOTION for Preliminary Injunction 16 Final MOTION for Preliminary Injunction 18 Amended Complaint filed by attorney Todd Callender. Attorney or pro se has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents.(Text Only Entry) (evana, ) (Entered: 09/24/2021) |
| 09/24/2021 | 18 | **STRICKEN** AMENDED COMPLAINT *Robert et al v Austin et al* against Lloyd Austin, Xavier Becerra, Janet Woodcock, filed by Dan Robert, Hollie Mulvihill.(Callender, Todd) Modified on 10/4/2021 (rmsec, ). (Entered: 09/24/2021) |
| 09/24/2021 | 17 | Exhibits in Support *Motion For Preliminary Injunction* by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/24/2021) |
| 09/23/2021 | 16 | MOTION for Preliminary Injunction by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/23/2021) |
| 09/23/2021 | 15 | Exhibits in Support *2A_Exhibit B – COMIRNATY Package Insert* by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/23/2021) |
| 09/23/2021 | 14 | Exhibits in Support *1A_Exhibit A – Samuel N Sigoloff CV 2021* by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/23/2021) |
| 09/23/2021 | 13 | MOTION for Preliminary Injunction by Plaintiffs Hollie Mulvihill, Dan Robert. (Callender, Todd) (Entered: 09/23/2021) |
| 09/01/2021 | 12 | ORDER. The Court finds the requirements for a TRO are not satisfied and DENIES Plaintiffs' Motion (ECF No. 7 ). By Judge Raymond P. Moore on 09/01/2021. (athom, ) (Entered: 09/01/2021) |
| 09/01/2021 | 11 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/1/2021. (Text Only Entry) (rmsec) (Entered: 09/01/2021) |
| 09/01/2021 | 10 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By Judge Raymond P. Moore on 9/1/2021. (Text Only Entry) (rmsec ) (Entered: 09/01/2021) |
| 08/30/2021 | 9 | REASSIGNING JUDGE. Pursuant to 8 Order, this action is randomly reassigned to Judge Raymond P. Moore,. All future pleadings should be designated as **21–cv–2228–RM**. (Text Only Entry) (angar, ) (Entered: 08/30/2021) |
| 08/30/2021 | 8 | MINUTE ORDER In light of 7 Plaintiff's Motion for Temporary Restraining Order, the Clerk of Court is directed to reassign this case to a District Judge. See D.C.COLO.LCivR 40.1(c)(2)(a). SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/30/2021. Text Only Entry (stvlc1, ) (Entered: 08/30/2021) |
| 08/30/2021 | 7 | MOTION for Temporary Restraining Order by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Exhibit 1–3)(Callender, Todd) (Entered: 08/30/2021) |

| 08/25/2021 | 6 | SUMMONSES issued by Clerk. (cmadr, ) (Entered: 08/25/2021) |
|---|---|---|
| 08/20/2021 | 5 | SUMMONS REQUEST as to Defendants re 1 Complaint, by Plaintiffs Hollie Mulvihill, Dan Robert. (Attachments: # 1 Summons, # 2 Summons)(Callender, Todd) (Entered: 08/20/2021) |
| 08/17/2021 | 4 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. Summons submitted has incorrect caption and not issued. The summons must name all parties Please file completed summons for issuance using the event Summons Request. (cpomm, ) (Entered: 08/17/2021) |
| 08/17/2021 | 3 | Case assigned to Magistrate Judge Scott T. Varholak. Text Only Entry (cpomm, ) (Entered: 08/17/2021) |
| 08/17/2021 | 2 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 1 Complaint, filed by attorney Todd Samson Callender. **DO NOT REFILE THE DOCUMENT. Action to take** – counsel must submit a change of contact Through PACER.gov.(Text Only Entry) (cpomm, ) (Entered: 08/17/2021) |
| 08/17/2021 | 1 | COMPLAINT against All Defendants (Filing fee $ 402,Receipt Number ACODC–8025727)Attorney Todd Samson Callender added to party Hollie Mulvihill(pty:pla), Attorney Todd Samson Callender added to party Dan Robert(pty:pla), filed by Dan Robert, Hollie Mulvihill. (Attachments: # 1 Exhibit Exhibits 1–8, # 2 Civil Cover Sheet Civil Cover Sheet, # 3 Summons Summons, # 4 Summons Summons, # 5 Summons Summons)(Callender, Todd) (Entered: 08/17/2021) |